IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| ETHAN RADVANSKY, on behalf of himself and those similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>KENDO HOLDINGS, INC., d/b/a Fenty Beauty,<br><br>        Defendants. | Case No. 3:23-cv-00214-LMM |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR STAY OF PROCEEDINGS AND ENTRY OF BRIEFING SCHEDULE**

Having reviewed the above-referenced motion and for good cause shown, the Court **GRANTS** Defendant Kendo Holdings, Inc.'s ("Kendo") Unopposed Motion for Stay of Proceedings and Entry of Briefing Schedule. These proceedings are hereby stayed pending resolution of Kendo's forthcoming Rule 12 motion. The deadline for Kendo to file its Rule 12 motion is August 4, 2025; Plaintiff's response is due September 4, 2025; and Kendo's reply is due September 25, 2025.

**IT IS SO ORDERED** this _____ day of _____, 2025.

By: _____
    HON. LEE MARTIN MAY
    United States District Judge