UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Ethan Radvansky, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> Kendo Holdings, Inc., d/b/a Fenty Beauty, <br><br> Defendant. | ) Case No.: 23-cv-00214 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION FOR EXTENSION OF TIME FOR THE PLAINTIFF TO FILE AN OPPOSITION TO THE MOTION FOR JUDGMENT ON THE PLEADINGS AND FOR THE DEEFENDANT TO FILE ITS REPLY**

Plaintiff Ethan Radvansky ("Plaintiff") and Defendant Kendo Holdings, Inc. ("Defendant"), by and through undersigned counsel, respectfully submit this Joint Motion for Extension of Time with respect to briefing Defendant's pending Motion for Judgment on the Pleadings (ECF No. 43).

1. On August 13, 2025, Defendant filed its Motion for Judgment on the Pleadings with Brief in Support. Pursuant to Local Rule 7.1(B), Plaintiff's response would ordinarily be due within 21 days, and Defendant's reply would be due 14 days thereafter.

2. In order to accommodate the schedules of both parties, the parties have conferred and agreed to a reciprocal extension of time. Specifically, Plaintiff requests, and Defendant consents to, a two-week extension for Plaintiff's filing of

his opposition brief, moving that deadline to **September 18, 2025**. In exchange, Defendant requests, and Plaintiff consents to, a two-week extension for Defendant's reply brief, moving that deadline to **October 23, 2025**.

    3.    This request is made in good faith and not for the purpose of delay. Granting this Joint Motion will ensure both parties adequate time to fully and fairly address the issues raised in the Motion for Judgment on the Pleadings and will not prejudice any party.

WHEREFORE, the parties respectfully request that the Court enter an order (1) extending Plaintiff's deadline to respond to Defendant's Motion for Judgment on the Pleadings to September 18, 2025, and (2) extending Defendant's deadline to file a reply brief to October 23, 2025.

Date: August 22, 2025

| /s/ *Anthony I. Paronich* | /s/ *Lori Chang* |
|---|---|
| Anthony I. Paronich (*pro hac vice*) | Steven J. Rosenwasser |
| Paronich Law, P.C. | (SBN GA 614908) |
| 350 Lincoln Street, Suite 2400 | William E. Eye |
| Hingham, MA 02043 | (SBN GA 688914) |
| Telephone: (617) 485-0018 | Greenberg Traurig, LLP |
| anthony@paronichlaw.com | 3333 Piedmont Road NE, Suite 2500 |
| | Atlanta, GA 30305 |
| Aaron D. Radbil (*pro hac vice*) | Telephone:  678.553.2100 |
| James L. Davidson (*pro hac vice*) | Facsimile:  678.553.2212 |
| Greenwald Davidson Radbil PLLC | Steven.Rosenwasser@gtlaw.com |
| 5550 Glades Road, Suite 500 | eyew@gtlaw.com |
| Boca Raton, Florida 33431 | |
| (561) 826-5477 | Lori Chang |
| aradbil@gdrlawfirm.com | (SBN CA 228142) (*pro hac vice*) |

| | |
|---|---|
| jdavidson@gdrlawfirm.com | Greenberg Traurig, LLP |
| | 1840 Century Park East, Suite 1900 |
| Steve Koval | Los Angeles, California 90067-2121 |
| The Koval Firm, LLC | Telephone:  310.586.7700 |
| 3575 Piedmont Rd NE | Facsimile:   310.586.7800 |
| 15 Piedmont Center Suite 120 | changl@gtlaw.com |
| Atlanta, GA 30305 | |
| Steve@KovalFirm.com | |
| | |
| *Counsel for Plaintiff and the proposed class* | *Attorneys for Defendant Kendo Holdings, Inc.* |

## CERTIFICATE OF SERVICE

I certify that this document has been filed through the Court's CM/ECF System.

*/s/ Anthony I. Paronich*
Anthony I. Paronich (*pro hac vice*)

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1.C & 7.1.D

Pursuant to L.R. 7.1.D, I certify that this document has been prepared with 14-point, Times New Roman font, approved by the Court in L.R. 5.1.C.

*/s/ Anthony I. Paronich*
Anthony I. Paronich (*pro hac vice*)
