IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| ETHAN RADVANSKY on behalf of himself and others similarly situated, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 3:23-cv-00214-LMM |
| KENDO HOLDINGS, INC. d/b/a Fenty Beauty, | : : : : | |
| Defendant. | : | |

## **ORDER**

This matter is before the Court on the parties' Joint Motion for Extension of Time for the Plaintiff to File an Opposition to the Motion for Judgment on the Pleadings and for the Defendant to File its Reply. Dkt. No. [44]. Plaintiff's opposition brief shall be filed by September 18, 2025. Defendant's reply shall be due by October 23, 2025.

**IT IS SO ORDERED** this 25th day of August, 2025.

_____
**Leigh Martin May**
**Chief United States District Judge**