# EXHIBIT A



The
OXFORD
Encyclopedic
English Dictionary

EDITED BY
JOYCE M. HAWKINS
AND
ROBERT ALLEN

CLARENDON PRESS · OXFORD

*Oxford University Press, Walton Street, Oxford OX2 6DP*

*Oxford New York Toronto*
*Delhi Bombay Calcutta Madras Karachi*
*Kuala Lumpur Singapore Hong Kong Tokyo*
*Nairobi Dar es Salaam Cape Town*
*Melbourne Auckland Madrid*
*and associated companies in*
*Berlin Ibadan*

*Oxford is a trade mark of Oxford University Press*

*Published in the United States by*
*Oxford University Press Inc., New York*

*© Oxford University Press 1991*

*First published 1991*
*Reprinted 1991, 1994*

*All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, without the prior permission in writing of Oxford University Press. Within the UK, exceptions are allowed in respect of any fair dealing for the purpose of research or private study, or criticism or review, as permitted under the Copyright, Designs and Patents Act, 1988, or in the case of reprographic reproduction in accordance with the terms of the licences issued by the Copyright Licensing Agency. Enquiries concerning reproduction outside these terms and in other countries should be sent to the Rights Department, Oxford University Press, at the address above*

*This book is sold subject to the condition that it shall not, by way of trade or otherwise, be lent, re-sold, hired out or otherwise circulated without the publisher's prior consent in any form of binding or cover other than that in which it is published and without a similar condition including this condition being imposed on the subsequent purchaser*

*British Library Cataloguing in Publication Data*
*Data available*

*Library of Congress Cataloging in Publication Data*
*Data available*

*ISBN 0-19-861248-6 Plain Edition*
*ISBN 0-19-861266-4 Thumb Index Edition*

*Printed in the United States of America*

# Contents

Preface vii
Guide to the Use of the Dictionary ix
Abbreviations and Symbols xv

THE OXFORD ENCYCLOPEDIC ENGLISH DICTIONARY 1

Chronology of World Events 1687
Chronology of Scientific Developments 1728

APPENDICES

1. Countries of the World 1732
2. The Commonwealth 1737
3. States of the United States of America 1739
4. The Soviet Union: Constituent Republics 1740
5. The British Isles 1741
6. The British Constitution 1742
7. The US Constitution 1743
8. The United Nations 1744
9. The European Community 1745
10. Kings and Queens of England and the United Kingdom 1746
11. Prime Ministers and Presidents 1752
12. Weather 1755
13. The Beaufort Scale 1756
14. Shapes and Forms in Mathematics 1757
15. Weights, Measures, and Notations 1758
16. Chemical Elements 1760
17. Electronics: some symbols and notations 1761
18. Astronomy 1762
19. Navigation 1764
20. Geology 1765
21. Ecology 1766
22. Terms for Groups of Animals etc. 1767
23. The Animal Kingdom 1768
24. The Plant Kingdom 1769
25. The Body 1770
26. Alphabets 1774
27. Indo-European Languages 1776
28. Hallmarks 1777
29. Musical Notation and the Orchestra 1778
30. Architecture 1780
31. Social Trends 1782
32. Sports and Games 1784

MAPS *at end*

in bones. Also called ERGOCALCIFEROL, *vitamin* $D_2$. [CALCIFEROUS + -OL[1]]

**calciferous** /kælˈsɪfərəs/ *adj.* yielding calcium salts, esp. calcium carbonate. [L CALX lime + -FEROUS]

**calcify** /ˈkælsɪ,faɪ/ *v.tr.* & *intr.* (**-ies, -ied**) **1** harden or become hardened by deposition of calcium salts; petrify. **2** convert or be converted to calcium carbonate. □□ **calcific** /-ˈsɪfɪk/ *adj.* **calcification** /-fɪˈkeɪʃ(ə)n/ *n.*

**calcine** /ˈkælsɪn, -saɪn/ *v.* **1** *tr.* **a** reduce, oxidize, or desiccate by strong heat. **b** burn to ashes; consume by fire; roast. **c** reduce to calcium oxide by roasting or burning. **2** *tr.* consume or purify as if by fire. **3** *intr.* undergo any of these. □□ **calcination** /-ˈneɪʃ(ə)n/ *n.* [ME f. OF *calciner* or med.L *calcinare* f. LL *calcina* lime f. L CALX]

**calcite** /ˈkælsaɪt/ *n.* natural crystalline calcium carbonate. [G *Calcit* f. L CALX lime]

**calcium** /ˈkælsɪəm/ *n.* a soft grey metallic element of the alkaline earth group, first isolated by Sir Humphry Davy in 1808. A common element in the earth's crust, it occurs naturally in limestone, fluorite, and gypsum, but never uncombined. The metal now has a number of specialized uses. Calcium is also essential to life: many physiological processes depend on the movement of calcium ions, and calcium salts are an essential constituent of bone, teeth, and shells. ¶ Symb.: **Ca**; atomic number 20. □ **calcium carbide** a greyish solid used in the production of acetylene. **calcium carbonate** a white insoluble solid occurring naturally as chalk, limestone, marble, and calcite, and used in the manufacture of lime and cement. **calcium hydroxide** a white crystalline powder used in the manufacture of plaster and cement; slaked lime. **calcium oxide** a white crystalline solid from which many calcium compounds are manufactured: also called QUICKLIME, CALX. **calcium phosphate** the main constituent of animal bones, used as bone ash fertilizer. **calcium sulphate** a white crystalline solid occurring as anhydrite and gypsum. [L CALX lime + -IUM]

**calcrete** /ˈkælkriːt/ *n. Geol.* a conglomerate formed by the cementation of sand and gravel with calcium carbonate. [L *calc* lime + *concrete*]

**calcspar** /ˈkælkspɑː(r)/ *n.* = CALCITE. [CALC- + SPAR[3]]

**calculable** /ˈkælkjʊləb(ə)l/ *adj.* able to be calculated or estimated. □□ **calculability** /-ˈbɪlɪtɪ/ *n.* **calculably** *adv.*

**calculate** /ˈkælkjʊ,leɪt/ *v.* **1** *tr.* ascertain or determine beforehand, esp. by mathematics or by reckoning. **2** *tr.* plan deliberately. **3** *intr.* (foll. by *on, upon*) rely on; make an essential part of one's reckoning (*calculated on a quick response*). **4** *tr. US colloq.* suppose, believe. □□ **calculative** /-lətɪv/ *adj.* [LL *calculare* (as CALCULUS)]

**calculated** /ˈkælkjʊ,leɪtɪd/ *adj.* **1** (of an action) done with awareness of the likely consequences. **2** (foll. by *to* + infin.) designed or suitable; intended. □□ **calculatedly** *adv.*

**calculating** /ˈkælkjʊ,leɪtɪŋ/ *adj.* (of a person) shrewd, scheming. □□ **calculatingly** *adv.*

**calculation** /,kælkjʊˈleɪʃ(ə)n/ *n.* **1** the act or process of calculating. **2** a result got by calculating. **3** a reckoning or forecast. [ME f. OF f. LL *calculatio* (as CALCULATE)]

**calculator** /ˈkælkjʊ,leɪtə(r)/ *n.* **1** a device (esp. a small electronic one) used for making mathematical calculations. **2** a person or thing that calculates. **3** a set of tables used in calculation. [ME f. L (as CALCULATE)]

**calculus** /ˈkælkjʊləs/ *n.* (*pl.* **calculuses** or **calculi** /-,laɪ/) **1** *Math.* **a** a particular method of calculation or reasoning (*calculus of probabilities*). **b** the infinitesimal calculuses of integration or differentiation (see *integral calculus, differential calculus*). Calculus emerged in the 17th c. from the work of Leibnitz, Newton, and their predecessors as the method of finding rates of change of varying quantities. It was developed for its main applications in mechanics and in geometry, where it provides techniques for finding tangents of curves and areas of curvilinear figures. **2** *Med.* a stone or concretion of minerals formed within the body. □□ **calculous** *adj.* (in sense 2). [L, = small stone used in reckoning on an abacus]

**Calcutta** /kælˈkʌtə/ the capital of the State of West Bengal, an important port and industrial centre and the second-largest city of India; pop. (1981) 9,166,000. Founded c.1690 by the East India Company, it was the capital of India from 1833 to 1912. □ **Black Hole of Calcutta** a dungeon in Fort William, Calcutta, where, following the capture of Calcutta by the Nawab of Bengal in 1756, 156 English prisoners were confined in a narrow cell 6 m (20 ft.) square for the night of 20 June, only 23 of them still being alive the next morning.

**Caldecott** /ˈkɔːldɪ,kɒt/, Randolph (1846–86), English graphic artist and water-colour painter, best known for his illustrations to children's books.

**Calder** /ˈkɔːldə(r)/, Alexander (1898–1976), American sculptor and painter, famous as the inventor of the mobile. He held his first exhibition of mobiles in 1932; his non-moving sculptures he called by contrast 'stabiles'. Calder concentrated on free and uncontrolled movement in sculptural art rather than the carefully planned and controlled movements used by later kinetic artists.

**caldera** /kɔːlˈdeərə/ *n.* a large volcanic depression. [Sp. f. LL *caldaria* boiling-pot]

**Calderón de la Barca** /kɔːldə,rɒn də lɑː ˈbɑːkə, ˈkɒl-/, Pedro (1600–81), Spanish dramatist and poet, author of some 120 plays.

**caldron** var. of CAULDRON.

**Caledonian** /,kælɪˈdəʊnɪən/ *adj.* & *n.* —*adj.* **1** of or relating to Scotland or (in Roman times) Caledonia (= northern Britain). **2** *Geol.* of a mountain-forming period in Europe in the Palaeozoic era. —*n.* a Scotsman. □ **Caledonian Canal** a system of lochs and canals in Scotland from Inverness on the east coast to Fort William in the west, linking the North Sea with the Atlantic Ocean. The work of Thomas Telford, it was opened in 1822.

**calefacient** /,kælɪˈfeɪʃ(ə)nt/ *n.* & *adj. Med.* —*n.* a substance producing or causing a sensation of warmth. —*adj.* of this substance. [L *calefacere* f. *calēre* be warm + *facere* make]

**calendar** /ˈkælɪndə(r)/ *n.* & *v.* —*n.* **1** a system by which the beginning, length, and subdivisions of the year are fixed. (See *Gregorian, Julian calendar*.) **2** a chart or series of pages showing the days, weeks, and months of a particular year, or giving special seasonal information. **3** a timetable or programme of appointments, special events, etc. —*v.tr.* register or enter in a calendar or timetable etc. □ **calendar month** (or **year**) see MONTH, YEAR. □□ **calendric** /-ˈlendrɪk/ *adj.* **calendrical** /-ˈlendrɪk(ə)l/ *adj.* [ME f. AF *calender*, OF *calendier* f. L *calendarium* account-book (as CALENDS)]

**calender** /ˈkælɪndə(r)/ *n.* & *v.* —*n.* a machine in which cloth, paper, etc., is pressed by rollers to glaze or smooth it. —*v.tr.* press in a calender. [F *calendre(r)*, of unkn. orig.]

**calends** /ˈkælendz/ *n.pl.* (also **kalends**) the first of the month in the ancient Roman calendar. [ME f. OF *calendes* f. L *kalendae*]

**calendula** /kəˈlendjʊlə/ *n.* any plant of the genus *Calendula*, with large yellow or orange flowers, e.g. marigold. [mod.L dimin. of *calendae* (as CALENDS), perh. = little clock]

**calenture** /ˈkælentʃə(r)/ *n. hist.* a tropical delirium of sailors, who think the sea is green fields. [F f. Sp. *calentura* fever f. *calentar* be hot ult. f. L *calēre* be warm]

**calf**[1] /kɑːf/ *n.* (*pl.* **calves** /kɑːvz/) **1** a young bovine animal, used esp. of domestic cattle. **2** the young of other animals, e.g. elephant, deer, and whale. **3** *Naut.* a floating piece of ice detached from an iceberg. □ **calf-love** romantic attachment or affection between adolescents. **in** (or **with**) **calf** (of a cow) pregnant. □□ **calfhood** *n.* **calfish** *adj.* **calflike** *adj.* [OE *cælf* f. WG]

**calf**[2] /kɑːf/ *n.* (*pl.* **calves** /kɑːvz/) the fleshy hind part of the human leg below the knee. □□ **-calved** /kɑːvd/ *adj.* (in *comb.*). [ME f. ON *kálfi*, of unkn. orig.]

**calfskin** /ˈkɑːfskɪn/ *n.* calf-leather, esp. in bookbinding and shoemaking.

**Calgary** /ˈkælgərɪ/ a city in southern Alberta in SW Canada, situated to the east of the Rocky Mountains, on the edge of a rich agricultural and stock-raising area; pop. (1986) 636,100; metropolitan area pop. 671,300. Originally known as Fort Brisebois, Calgary was established in 1875 as a fort of the Northwest Mounted Police. The Calgary Stampede, inaugurated in 1912, is an annual rodeo.

**Cali** /ˈkɑːlɪ/ an industrial city and transportation centre in western Colombia, capital of the Valle del Cauca department; pop. (1985) 1,350,550.

**calibrate** /ˈkælɪ,breɪt/ *v.tr.* **1** mark (a gauge) with a standard scale of readings. **2** correlate the readings of (an instrument) with a standard. **3** determine the calibre of (a gun). **4** determine the correct capacity or value of. □□ **calibration** /-ˈbreɪʃ(ə)n/ *n.* **calibrator** *n.* [CALIBRE + -ATE[3]]

**calibre** /ˈkælɪbə(r)/ *n.* (*US* **caliber**) **1 a** the internal diameter of a gun or tube. **b** the diameter of a bullet or shell. **2** strength or quality of character; ability, importance (*we need someone of your calibre*). □□ **calibred** *adj.* (also in *comb.*). [F *calibre* or It. *calibro*, f. Arab. *ḳālib* mould]

**caliche** /kəˈliːtʃɪ/ *n.* **1** a mineral deposit of gravel, sand, and nitrates, esp. Chile saltpetre, found in dry areas of America. **2** = CALCRETE. [Amer. Sp.]

**calico** /ˈkælɪ,kəʊ/ *n.* & *adj.* —*n.* (*pl.* **-oes** or *US* **-os**) **1** a cotton cloth, esp. plain white or unbleached. **2** *US* a printed cotton fabric. —*adj.* **1** made of calico. **2** *US* multicoloured, piebald. [earlier *calicut* f. *Calicut* in India]

**Calicut** /ˈkælɪ,kʌt/ a seaport in Kerala in SW India, on the Malabar coast; pop. (1981) 546,000.

**Calif.** *abbr.* California.

**California** /,kælɪˈfɔːnɪə/ a State on the Pacific coast of the US, ceded by Mexico in 1848; pop. (est. 1985) 23,667,950. The discovery of gold there in the same year led to a rapid influx of settlers. California became the 31st State of the US in 1850; capital, Sacramento. □ **Lower California** see BAJA CALIFORNIA. □□ **Californian** *adj.* & *n.*

**californium** /,kælɪˈfɔːnɪəm/ *n. Chem.* an artificially made transuranic radioactive metallic element, first obtained in 1950 by bombarding curium with helium ions. It is now used in industry and medicine as a source of neutrons. ¶ Symb.: **Cf**; atomic number 98. [CALIFORNIA (where it was first made) + -IUM]

**Caligula** /kəˈlɪgjʊlə/ the nickname (lit. 'baby boot') of the Roman emperor Gaius, given to him as an infant by the soldiers on account of the military boots which he wore while in camp on the Rhine with his parents Germanicus and Agrippina. (See GAIUS.)

**caliper** var. of CALLIPER.

**caliph** /ˈkeɪlɪf, ˈkæl-/ *n.* esp. *hist.* the chief Muslim civil and religious ruler, regarded as the successor of Muhammad. (See below.) □□ **caliphate** *n.* [ME f. OF *caliphe* f. Arab. *ḵalīfa* successor]

The first caliph (Abu Bakr), who had been one of the Prophet Muhammad's earliest converts and most devoted disciples, was instituted by acclamation of the small Muslim community following the death of Muhammad in AD 632. He and the following three caliphs had had personal links with the Prophet and were dedicated to developing the community along the path he had marked out, being responsible for implementation of the precepts of Islamic rule and legislation; this also entailed military leadership as the community expanded across and beyond the Arabian Sea. Subsequently the caliphate became a hereditary position with the establishment of the Ummayyad and Abbasid dynasties (respectively 661–750 and 750–945), with the latter ruling in Baghdad until 1258 and then in Egypt until the Ottoman conquest (1517), though by the 11th c. most of the caliph's authority had been passed to a hierarchy of officials. The title was then held by the Ottoman sultans until the nationalist revolution of 1922, and the caliphate was abolished by Atatürk in 1924.

**calisthenics** var. of CALLISTHENICS.

**calk** *US* var. of CAULK.

**call** /kɔːl/ *v.* & *n.* —*v.* **1** *intr.* **a** (often foll. by *out*) cry, shout; speak loudly. **b** (of a bird or animal) emit its characteristic note or cry. **2** *tr.* communicate or converse with by telephone or radio. **3** *tr.* **a** bring to one's presence by calling; summon (*will you call the children?*). **b** arrange for (a person or thing) to come or be present (*called a taxi*). **4** *intr.* (often foll. by *at, in, on*) pay a brief visit (*called at the house; called in to see you; come and call on me*). **5** *tr.* **a** order to take place; fix a time for (*called a meeting*). **b** direct to happen; announce (*call a halt*). **6 a** *intr.* require one's attention or consideration (*duty calls*). **b** *tr.* urge, invite, nominate (*call to the bar*). **7** *tr.* name; describe as (*call her Della*). **8** *tr.* consider; regard or estimate as (*I call that silly*). **9** *tr.* rouse from sleep (*call me at 8*). **10** *intr.* guess the outcome of tossing a coin etc. **11** *intr.* (foll. by *for*) order, require, demand (*called for silence*). **12** *tr.* (foll. by *over*) read out (a list of names to determine those present). **13** *intr.* (foll. by *on, upon*) invoke; appeal to; request or require (*called on us to be quiet*). **14** *tr. Cricket* (of an umpire) disallow a ball from (a bowler). **15** *tr. Cards* specify (a suit or contract) in bidding. **16** *tr. Sc.* drive (an animal, vehicle, etc.). —*n.* **1** a shout or cry; an act of calling. **2 a** the characteristic cry of a bird or animal. **b** an imitation of this. **c** an instrument for imitating it. **3** a brief visit (*paid them a call*). **4 a** an act of telephoning. **b** a telephone conversation. **5 a** an invitation or summons to appear or be present. **b** an appeal or invitation (from a specific source or discerned by a person's conscience etc.) to follow a certain profession, set of principles, etc. **6** (foll. by *for*, or *to* + infin.) a duty, need, or occasion (*no call to be rude; no call for violence*). **7** (foll. by *for, on*) a demand (*not much call for it these days; a call on one's time*). **8** a signal on a bugle etc.; a signalling-whistle. **9** *Stock Exch.* an option of buying stock at a fixed price at a given date. **10** *Cards* **a** a player's right or turn to make a bid. **b** a bid made. □ **at call** = *on call*. **call away** divert, distract. **call-box** a public telephone box or kiosk. **call-boy** a theatre attendant who summons actors when needed on stage. **call down 1** invoke. **2** reprimand. **call forth** elicit. **call-girl** a prostitute who accepts appointments by telephone. **call in** *tr.* **1** withdraw from circulation. **2** seek the advice or services of. **calling-card** *US* = *visiting-card*. **call in** (or **into**) **question** dispute; doubt the validity of. **call into play** give scope for; make use of. **call a person names** abuse a person verbally. **call off 1** cancel (an arrangement etc.). **2** order (an attacker or pursuer) to desist. **call of nature** a need to urinate or defecate. **call out 1** summon (troops etc.) to action. **2** order (workers) to strike. **call-over 1** a roll-call. **2** reading aloud of a list of betting prices. **call the shots** (or **tune**) be in control; take the initiative. **call-sign** (or **-signal**) a broadcast signal identifying the radio transmitter used. **call to account** see ACCOUNT. **call to mind** recollect; cause one to remember. **call to order 1** request to be orderly. **2** declare (a meeting) open. **call up 1** reach by telephone. **2** imagine, recollect. **3** summon, esp. to serve in the army. **call-up** *n.* the act or process of calling up (sense 3). **on call 1** (of a doctor etc.) available if required but not formally on duty. **2** (of money lent) repayable on demand. **within call** near enough to be summoned by calling. [OE *ceallian* f. ON *kalla*]

**calla** /ˈkælə/ *n.* **1** (in full **calla lily**) = *arum lily*. **2** an aquatic plant, *Calla palustris*. [mod.L]

**Callaghan** /ˈkæləhən/, (Leonard) James (1912– ), British Labour politician, who became Prime Minister (1976–9) on Harold Wilson's resignation. The government did not command a majority in the House of Commons and therefore entered into an agreement with the Liberal Party (the Lib-Lab Pact) in 1977–8. Its position was weakened by widespread strikes in the so-called 'winter of discontent' (1978–9) called in protest at attempts to restrain increases in wages, and in 1979 the Conservatives, under Margaret Thatcher, won the election with a large majority.

**Callao** /kaɪˈjɑːəʊ/ the principal seaport of Peru; pop. (est. 1988) 318,300.

**Callas** /ˈkæləs/, Maria (real name Calageropoulos, 1923–77), operatic coloratura soprano, born in America of Greek parents. Her highly individual voice and great dramatic talent were responsible for the revival of works by Rossini, Bellini, and Donizetti, and her range included Wagnerian roles as well as the Italian repertory.

**caller** /ˈkɔːlə(r)/ *n.* **1** a person who calls, esp. one who pays a visit or makes a telephone call. **2** *Austral.* a racing commentator.

**calligraphy** /kəˈlɪgrəfɪ/ *n.* **1** handwriting, esp. when fine or pleasing. **2** the art of handwriting. □□ **calligrapher** *n.* **calligraphic** /-ˈgræfɪk/ *adj.* **calligraphist** *n.* [Gk *kalligraphia* f. *kallos* beauty]

of achieving one's purpose, esp. skilfully. **3** a manner of artistic execution in music, painting, etc. [F (as TECHNIC)]

**technocracy** /tek'nokrəsɪ/ *n.* (*pl.* **-ies**) **1** the government or control of society or industry by technical experts. **2** an instance or application of this. [Gk *tekhnē* art + -CRACY]

**technocrat** /'teknə,kræt/ *n.* an exponent or advocate of technocracy. ☐☐ **technocratic** /-'krætɪk/ *adj.* **technocratically** /-'krætɪkəlɪ/ *adv.*

**technological** /,teknə'lɒdʒɪk(ə)l/ *adj.* of or using technology. ☐☐ **technologically** *adv.*

**technology** /tek'nɒlədʒɪ/ *n.* (*pl.* **-ies**) **1** the study or use of the mechanical arts and applied sciences. **2** these subjects collectively. ☐☐ **technologist** *n.* [Gk *tekhnologia* systematic treatment f. *tekhnē* art]

**techy** var. of TETCHY.

**tectonic** /tek'tɒnɪk/ *adj.* **1** of or relating to building or construction. **2** *Geol.* relating to the deformation of the earth's crust or to the structural changes caused by this (see *plate tectonics*). ☐☐ **tectonically** *adv.* [LL *tectonicus* f. Gk *tektonikos* f. *tektōn* -*onos* carpenter]

**tectonics** /tek'tɒnɪks/ *n.pl.* (usu. treated as *sing.*) **1** *Archit.* the art and process of producing practical and aesthetically pleasing buildings. **2** *Geol.* the study of large-scale structural features (cf. *plate tectonics*).

**tectorial** /tek'tɔːrɪəl/ *adj. Anat.* **1** forming a covering. **2** (in full **tectorial membrane**) the membrane covering the organ of Corti (see CORTI) in the inner ear. [L *tectorium* a cover (as TECTRIX)]

**tectrix** /'tektrɪks/ *n.* (*pl.* **tectrices** /-,siːz, -'traɪsiːz/) = COVERT *n.* [mod.L f. L *tegere tect-* cover]

**Ted** /ted/ *n.* (also **ted**) *Brit. colloq.* a Teddy boy. [abbr.]

**ted** /ted/ *v.tr.* (**tedded**, **tedding**) turn over and spread out (grass, hay, or straw) to dry or for a bedding etc. ☐☐ **tedder** *n.* [ME f. ON *tethja* spread manure f. *tad* dung, *toddi* small piece]

**teddy** /'tedɪ/ *n.* (*pl.* **-ies**) **1** (also **Teddy**; in full **teddy bear**) a soft toy bear. President Theodore Roosevelt's bear-hunting expeditions occasioned a celebrated comic poem, accompanied by cartoons, in the *New York Times* of 7 Jan. 1906, concerning the adventures of two bears named 'Teddy B' and 'Teddy G'. These names were transferred to two bears (also known as the 'Roosevelt bears') presented to Bronx Zoo in the same year. Finally, the fame of these bears was turned to advantage by toy dealers, whose toy 'Roosevelt bears', imported from Germany, became an instant fashion in the US. **2** a woman's undergarment resembling camiknickers. [sense 1 from *Teddy*, pet-name of *Theodore* Roosevelt, d. 1919]

**Teddy boy** /'tedɪ/ *n. Brit. colloq.* **1** a youth, esp. of the 1950s, affecting an Edwardian style of dress and appearance. **2** a young rowdy male. [*Teddy*, pet-form of *Edward*]

***Te Deum*** /tiː 'diːəm, teɪ 'deɪəm/ **1 a** an ancient Latin hymn of praise beginning *Te Deum laudamus* 'We praise thee, O God', sung at matins, or on special occasions as a thanksgiving. **b** the music for this. **2** an expression of thanksgiving or exultation. [L]

**tedious** /'tiːdɪəs/ *adj.* tiresomely long; wearisome. ☐☐ **tediously** *adv.* **tediousness** *n.* [ME f. OF *tedieus* or LL *taediosus* (as TEDIUM)]

**tedium** /'tiːdɪəm/ *n.* the state of being tedious; boredom. [L *taedium* f. *taedēre* to weary]

**tee**[1] /tiː/ *n.* = T[1]. [phonet. spelling]

**tee**[2] /tiː/ *n.* & *v.* —*n.* **1** *Golf* **a** a cleared space from which a golf ball is struck at the beginning of play for each hole. **b** a small support of wood or plastic from which a ball is struck at a tee. **2** a mark aimed at in bowls, quoits, curling, etc. —*v.tr.* (**tees**, **teed**) (often foll. by *up*) *Golf* place (a ball) on a tee ready to strike it. ☐ **tee off 1** *Golf* play a ball from a tee. **2** *colloq.* start, begin. [earlier (17th c.) *teaz*, of unkn. orig.: in sense 2 perh. = TEE[1]]

**tee-hee** /tiː'hiː/ *n.* & *v.* (also **te-hee**) —*n.* **1** a titter. **2** a restrained or contemptuous laugh. —*v.intr.* (**tee-hees**, **tee-heed**) titter or laugh in this way. [imit.]

**teem**[1] /tiːm/ *v.intr.* **1** be abundant (*fish teem in these waters*). **2** (foll. by *with*) be full of or swarming with (*teeming with fish; teeming with ideas*). [OE *tēman* etc. give birth to f. Gmc, rel. to TEAM]

**teem**[2] /tiːm/ *v.intr.* (often foll. by *down*) (of water etc.) flow copiously; pour (*it was teeming with rain*). [ME *tēmen* f. ON *tœma* f. *tómr* (adj.) empty]

**teen** /tiːn/ *adj.* & *n.* —*adj.* = TEENAGE. —*n.* = TEENAGER. [abbr. of TEENAGE, TEENAGER]

**-teen** /tiːn/ *suffix* forming the names of numerals from 13 to 19. [OE inflected form of TEN]

**teenage** /'tiːneɪdʒ/ *adj.* relating to or characteristic of teenagers. ☐☐ **teenaged** *adj.*

**teenager** /'tiːn,eɪdʒə(r)/ *n.* a person from 13 to 19 years of age.

**teens** /tiːnz/ *n.pl.* the years of one's age from 13 to 19 (*in one's teens*).

**teensy** /'tiːnzɪ/ *adj.* (**teensier**, **teensiest**) *colloq.* = TEENY. ☐ **teensy-weensy** = *teeny-weeny*.

**teeny** /'tiːnɪ/ *adj.* (**teenier**, **teeniest**) *colloq.* tiny. ☐ **teeny-weeny** very tiny. [var. of TINY]

**teeny-bopper** /'tiːnɪ,bɒpə(r)/ *n. colloq.* a young teenager, usu. a girl, who keenly follows the latest fashions in clothes, pop music, etc.

**teepee** var. of TEPEE.

**teeshirt** var. of T-SHIRT.

**teeter** /'tiːtə(r)/ *v.intr.* **1** totter; stand or move unsteadily. **2** hesitate; be indecisive. ☐ **teeter on the brink** (or **edge**) be in imminent danger (of disaster etc.). [var. of dial. *titter*]

**teeth** pl. of TOOTH.

**teethe** /tiːð/ *v.intr.* grow or cut teeth, esp. milk teeth. ☐ **teething-ring** a small ring for an infant to bite on while teething. **teething troubles** initial difficulties in an enterprise etc., regarded as temporary. ☐☐ **teething** *n.*

**teetotal** /tiː'təʊt(ə)l/ *adj.* advocating or characterized by total abstinence from alcoholic drink. ☐☐ **teetotalism** *n.* [redupl. of TOTAL]

**teetotaller** /tiː'təʊtələ(r)/ *n.* (*US* **teetotaler**) a person advocating or practising abstinence from alcoholic drink.

**teetotum** /tiː'təʊtəm/ *n.* **1** a spinning-top with four sides lettered to determine whether the spinner has won or lost. **2** any top spun with the fingers. [T (the letter on one side) + L *totum* the whole (stakes), for which T stood]

**teff** /tef/ *n.* an African cereal, *Eragrostis tef.* [Amharic *ṭēf*]

**TEFL** /'tef(ə)l/ *abbr.* teaching of English as a foreign language.

**Teflon** /'teflɒn/ *n. propr.* polytetrafluoroethylene, esp. used as a non-stick coating for kitchen utensils. [*tetra-* + *fluor-* + *-on*]

**teg** /teg/ *n.* a sheep in its second year. [ME *tegge* (recorded in place-names), repr. OE (unrecorded) *tegga* ewe]

**Tegucigalpa** /te,guːsɪ'gælpə/ the capital of Honduras; pop. (1986) 604,600.

**tegular** /'tegjʊlə(r)/ *adj.* **1** of or like tiles. **2** arranged like tiles. ☐☐ **tegularly** *adv.* [L *tegula* tile f. *tegere* cover]

**tegument** /'tegjʊmənt/ *n.* the natural covering of an animal's body or part of its body. ☐☐ **tegumental** /-'ment(ə)l/ *adj.* **tegumentary** /-'mentərɪ/ *adj.* [L *tegumentum* f. *tegere* cover]

**te-hee** var. of TEE-HEE.

**Tehran** /teə'rɑːn/ the capital of Iran; pop. (1986) 6,042,600.

**Teilhard de Chardin** /taɪ'ɑːd də ʃɑː'dæ̃/, Pierre (1881–1955), French Jesuit philosopher and palaeontologist, best known for his evolutionary theory, blending science and theology, that man is evolving mentally and socially towards a perfect spiritual state.

**Tejo** see TAGUS.

**Te Kanawa** /te 'kɑːnəwə/, Dame Kiri (1944– ), New Zealand operatic soprano, who has sung in the world's leading opera houses, especially in works by Mozart, Strauss, and Verdi.

**tektite** /'tektaɪt/ *n. Geol.* a small roundish glassy body of unknown origin occurring in various parts of the earth. [G *Tektit* f. Gk *tēktos* molten f. *tēkō* melt]

**Tel.** *abbr.* **1** Telephone. **2 a** Telegraph. **b** Telegraphic.

**telaesthesia** /,telɪs'θiːzɪə/ *n.* (*US* **telesthesia**) *Psychol.* the supposed perception of distant occurrences or objects otherwise than by the recognized senses. ☐☐ **telaesthetic** /-'θetɪk/ *adj.* [mod.L, formed as TELE- + Gk *aisthēsis* perception]

**telamon** /'telə,məʊn/ *n.* (*pl.* **telamones** /-'məʊniːz/) *Archit.* a male figure used as a pillar to support an entablature. [L *telamones* f. Gk *telamōnes* pl. of *Telamōn*, name of a mythical hero]

**Tel Aviv** /tel ə'viːv/ a city on the Mediterranean coast of Israel, founded as a suburb of the port of Jaffa by Russian Jewish immigrants in 1909 and named Tel Aviv a year later; pop. (1987) 319,500 (with Jaffa).

**tele-** /'telɪ/ *comb. form* **1** at or to a distance (*telekinesis*). **2** forming names of instruments for operating over long distances (*telescope*). **3** television (*telecast*). **4** done by means of the telephone (*telesales*). [Gk *tēle-* f. *tēle* far off: sense 3 f. TELEVISION: sense 4 f. TELEPHONE]

**tele-ad** /'telɪ,æd/ *n.* an advertisement placed in a newspaper etc. by telephone.

**telecamera** /'telɪ,kæmrə, -mərə/ *n.* **1** a television camera. **2** a telephotographic camera.

**telecast** /'telɪ,kɑːst/ *n.* & *v.* —*n.* a television broadcast. —*v.tr.* transmit by television. ☐☐ **telecaster** *n.* [TELE- + BROADCAST]

**telecine** /'telɪ,sɪnɪ/ *n.* **1** the broadcasting of cinema film on television. **2** equipment for doing this. [TELE- + CINE]

**telecommunication** /,telɪkə,mjuːnɪ'keɪʃ(ə)n/ *n.* **1** communication over a distance by cable, telegraph, telephone, or broadcasting. **2** (usu. in *pl.*) the branch of technology concerned with this. [F *télé-communication* (as TELE-, COMMUNICATION)]

**teleconference** /'telɪ,kɒnfərəns/ *n.* a conference with participants in different locations linked by telecommunication devices. ☐☐ **teleconferencing** *n.*

**teledu** /'telɪ,duː/ *n.* a badger, *Mydaus javanensis*, of Java and Sumatra, that secretes a foul-smelling liquid when attacked. [Jav.]

**telefacsimile** /,telɪfæk'sɪmɪlɪ/ *n.* facsimile transmission (see FACSIMILE *n.* 2).

**telefax** /'telɪ,fæks/ *n.* = TELEFACSIMILE. [abbr.]

**telefilm** /'telɪfɪlm/ *n.* = TELECINE.

**telegenic** /,telɪ'dʒenɪk/ *adj.* having an appearance or manner that looks pleasing on television. [TELEVISION + *-genic* in PHOTOGENIC]

**telegony** /tɪ'legənɪ/ *n. Biol.* the supposed influence of a previous sire on the offspring of a dam with other sires. ☐☐ **telegonic** /,telɪ'gɒnɪk/ *adj.* [TELE- + Gk *-gonia* begetting]

**telegram** /'telɪ,græm/ *n.* a message sent by telegraph and then usu. delivered in written form. ¶ In UK official use since 1981 only for international messages. [TELE- + -GRAM, after TELEGRAPH]

**telegraph** /'telɪ,grɑːf, -græf/ *n.* & *v.* —*n.* **1 a** a system of or device for transmitting messages or signals to a distance esp. by making and breaking an electrical connection. (See below.) **b** (*attrib.*) used in this system (*telegraph pole; telegraph wire*). **2** (in full **telegraph board**) a board displaying scores or other information at a match, race meeting, etc. —*v.* **1** *tr.* send a message by telegraph to. **2** *tr.* send by telegraph. **3** *tr.* give an advance indication of. **4** *intr.* make signals (*telegraphed to me to come up*). ☐ **telegraph key** a device for making and breaking the electric circuit of a telegraph system. **telegraph plant** an E. Indian plant, *Desmodium gyrans*, whose leaves have a spontaneous jerking motion. ☐☐ **telegrapher** /'telɪ,grɑːfə(r), tɪ'legrəfə(r)/ *n.* [F *télégraphe* (as TELE-, -GRAPH)]

Electric telegraphy began just before the middle of the 19th c. The many inventors who helped to devise a working system were spurred on by the demands of the newly built railways for some means of conveying messages between signalmen to ensure the safety of trains. Samuel Morse, inventor of the Morse code, made use of the electromagnet and had made his first working model of a telegraph by 1835. The first practical telegraph in England was set up in 1837, linking Euston railway station in London with Camden station a mile away. A few years later, when the railway telegraph helped to bring about the arrest of a murderer, public interest in the invention was assured, and until c.1880, when telephones became more generally available, the telegraph was the standard means of rapid communication within a district. Telegraph wires and cables may be above or below ground or on the sea bed. Optical fibres and radio waves are also used to carry the signals, and satellites relay them from one part of the globe to another.

**telegraphese** /,telɪgrə'fiːz/ *n. colloq.* or *joc.* an abbreviated style usual in telegrams.

**telegraphic** /,telɪ'græfɪk/ *adj.* **1** of or by telegraphs or telegrams. **2** economically worded. ☐ **telegraphic address** an abbreviated or other registered address for use in telegrams. ☐☐ **telegraphically** *adv.*

**telegraphist** /tɪ'legrəfɪst/ *n.* a person skilled or employed in telegraphy.

**telegraphy** /tɪ'legrəfɪ/ *n.* the science or practice of using or constructing communication systems for the reproduction of information.

**Telegu** var. of TELUGU.

**telekinesis** /,telɪkaɪ'niːsɪs, -kɪ'niːsɪs/ *n. Psychol.* movement of objects at a distance supposedly by paranormal means. ☐☐ **telekinetic** /-'netɪk/ *adj.* [mod.L (as TELE-, Gk *kinēsis* motion f. *kineō* move)]

**Telemachus** /tɪ'leməkəs/ *Gk legend* the son of Ulysses and Penelope.

**Telemann** /'teɪlə,mæn/, Georg Philipp (1681–1767), German composer and organist. His voluminous output included 600 overtures, 44 Passions, 12 complete services, and 40 operas. In his lifetime his reputation far exceeded that of his contemporary, J. S. Bach.

**telemark** /'telɪ,mɑːk/ *n.* & *v. Skiing* —*n.* a swing turn with one ski advanced and the knee bent, used to change direction or stop short. —*v.intr.* perform this turn. [*Telemark* in Norway]

**telemarketing** /'telɪ,mɑːkɪtɪŋ/ *n.* the marketing of goods etc. by means of usu. unsolicited telephone calls. ☐☐ **telemarketer** *n.*

**telemessage** /'telɪ,mesɪdʒ/ *n.* a message sent by telephone or telex and delivered in written form. ¶ In UK official use since 1981 for inland messages, replacing *telegram*.

**telemeter** /'telɪ,miːtə(r), tɪ'lemɪtə(r)/ *n.* & *v.* —*n.* an apparatus for recording the readings of an instrument and transmitting them by radio. —*v.* **1** *intr.* record readings in this way. **2** *tr.* transmit (readings etc.) to a distant receiving set or station. ☐☐ **telemetric** /-'metrɪk/ *adj.* **telemetry** /tɪ'lemɪtrɪ/ *n.*

**teleology** /,telɪ'ɒlədʒɪ, ,tiː-/ *n.* (*pl.* **-ies**) *Philos.* **1** the explanation of phenomena by the purpose they serve rather than by postulated causes. **2** *Theol.* the doctrine of design and purpose in the material world. ☐☐ **teleologic** /-ə'lɒdʒɪk/ *adj.* **teleological** /-ə'lɒdʒɪk(ə)l/ *adj.* **teleologically** /-ə'lɒdʒɪkəlɪ/ *adv.* **teleologism** *n.* **teleologist** *n.* [mod.L *teleologia* f. Gk *telos teleos* end + -LOGY]

**teleost** /'telɪ,ɒst/ *n.* any fish of the subclass Teleostei of bony fish, including eels, plaice, salmon, etc. [Gk *teleo-* complete + *osteon* bone]

**telepath** /'telɪ,pæθ/ *n.* a telepathic person. [back-form. f. TELEPATHY]

**telepathy** /tɪ'lepəθɪ/ *n.* the supposed communication of thoughts or ideas otherwise than by the known senses. ☐☐ **telepathic** /,telɪ'pæθɪk/ *adj.* **telepathically** /,telɪ'pæθɪkəlɪ/ *adv.* **telepathist** *n.* **telepathize** *v.tr.* & *intr.* (also **-ise**).

**telephone** /'telɪ,fəʊn/ *n.* & *v.* —*n.* **1** an apparatus for transmitting sound (esp. speech) to a distance by wire or cord or radio, esp. by converting acoustic vibrations to electrical signals. (See below.) **2** a transmitting and receiving instrument used in this. **3** a system of communication using a network of telephones. —*v.* **1** *tr.* speak to (a person) by telephone. **2** *tr.* send (a message) by telephone. **3** *intr.* make a telephone call. ☐ **on the telephone 1** having a telephone. **2** by use of or using the telephone. **over the telephone** by use of or using the telephone. **telephone book** = *telephone directory*. **telephone booth** (or **kiosk**) a public booth or enclosure from which telephone calls can be made. **telephone box** *Brit.* = *telephone booth*. **telephone call** = CALL *n.* 4. **telephone directory** a book listing telephone subscribers and numbers in a particular area. **telephone exchange** = EXCHANGE *n.* 3. **telephone number** a number assigned to a particular telephone and used in making connections to it. **telephone operator** esp. *US* an operator in a

telephone exchange. ◻◻ **telephoner** *n.* **telephonic** /-ˈfɒnɪk/ *adj.* **telephonically** /-ˈfɒnɪkəlɪ/ *adv.*

The 'Electrical Speaking Telephone' was invented by Alexander Graham Bell and patented in the US in 1875–7. The German experimenter P. Reis had already (in 1861) devised an instrument transmitting sound of constant pitch but did not succeed in reproducing a voice. The three basic essentials of a telephone system are a telephone set to convert sound into electrical signals and back again, a transmission system to carry these signals over a distance, within acceptable limits of distortion and attenuation, and a switching system to connect any two telephone sets. Such connections are now usually made automatically as the caller, by dialling the receiver's number, sends out a series of pulses which actuate the switching system, and are monitored electronically. Methods of transmission of signals are the same as those used for telegraphy (see TELEGRAPH).

**telephonist** /tɪˈlefənɪst/ *n. Brit.* an operator in a telephone exchange or at a switchboard.

**telephony** /tɪˈlefənɪ/ *n.* the use or a system of telephones.

**telephoto** /ˌtelɪˈfəʊtəʊ/ *n.* (*pl.* **-os**) (in full **telephoto lens**) a lens used in telephotography.

**telephotographic** /ˌtelɪˌfəʊtəˈgræfɪk/ *adj.* of or for or using telephotography. ◻◻ **telephotographically** *adv.*

**telephotography** /ˌtelɪfəˈtɒgrəfɪ/ *n.* the photographing of distant objects with a system of lenses giving a large image.

**teleport** /ˈtelɪˌpɔːt/ *v.tr. Psychol.* move by telekinesis. ◻◻ **teleportation** /-ˈteɪʃ(ə)n/ *n.* [TELE- + PORT[4] 3]

**teleprinter** /ˈtelɪˌprɪntə(r)/ *n.* a device for transmitting telegraph messages as they are keyed, and for printing messages received.

**teleprompter** /ˈtelɪˌprɒmptə(r)/ *n.* a device beside a television or cinema camera that slowly unrolls a speaker's script out of sight of the audience (cf. AUTOCUE).

**telerecord** /ˈtelɪrɪˌkɔːd/ *v.tr.* record for television broadcasting.

**telerecording** /ˈtelɪrɪˌkɔːdɪŋ/ *n.* a recorded television broadcast.

**telesales** /ˈtelɪˌseɪlz/ *n.pl.* selling by means of the telephone.

**telescope** /ˈtelɪˌskəʊp/ *n.* & *v.* —*n.* **1** an optical instrument using lenses or mirrors or both to make distant objects appear nearer and larger. (See below.) **2** = *radio telescope*. (See separate entry.) —*v.* **1** *tr.* press or drive (sections of a tube, colliding vehicles, etc.) together so that one slides into another like the sections of a folding telescope. **2** *intr.* close or be driven or be capable of closing in this way. **3** *tr.* compress so as to occupy less space or time. [It. *telescopio* or mod.L *telescopium* (as TELE-, -SCOPE)]

The optical telescope was probably invented independently many times before Galileo turned it on the heavens in 1609; the claim that it was invented in Holland by Hans Lippershey, a Dutch lens-maker (early 17th c.), is false. Its development not only advanced scientific knowledge but brought consequences for religious and philosophical thought (see COPERNICUS). Subsequent improvements of its design were made by Kepler, Galileo, Huygens, and Newton. Classically made from a collection of lenses mounted in a tube, or with a concave mirror and lens system, modern astronomical telescopes built on similar principles but from different materials are also used to observe radio waves and infrared radiation. Higher energy radiation may also be measured from telescopes carried beyond the atmosphere by artificial satellites. The largest optical telescope is in Crimea and has a mirror 6 metres in diameter.

**telescopic** /ˌtelɪˈskɒpɪk/ *adj.* **1 a** of, relating to, or made with a telescope (*telescopic observations*). **b** visible only through a telescope (*telescopic stars*). **2** (esp. of a lens) able to focus on and magnify distant objects. **3** consisting of sections that telescope. ◻ **telescopic sight** a telescope used for sighting on a rifle etc. ◻◻ **telescopically** *adv.*

**telesoftware** /ˌtelɪˈsɒftweə(r)/ *n.* software transmitted or broadcast to receiving terminals.

**telesthesia** *US* var. of TELAESTHESIA.

**Teletex** /ˈtelɪˌteks/ *n. propr.* an electronic text transmission system.

**teletext** /ˈtelɪˌtekst/ *n.* a news and information service, in the form of text and graphics, from a computer source transmitted to televisions with appropriate receivers (cf. CEEFAX, ORACLE).

**telethon** /ˈtelɪˌθɒn/ *n.* esp. *US* an exceptionally long television programme, esp. to raise money for a charity. [TELE- + *-thon* in MARATHON]

**Teletype** /ˈtelɪˌtaɪp/ *n.* & *v.* —*n. propr.* a kind of teleprinter. —*v.* (**teletype**) **1** *intr.* operate a teleprinter. **2** *tr.* send by means of a teleprinter.

**teletypewriter** /ˌtelɪˈtaɪpˌraɪtə(r)/ *n.* esp. *US* = TELEPRINTER.

**televiewer** /ˈtelɪˌvjuːə(r)/ *v.tr.* a person who watches television. ◻◻ **televiewing** *adj.*

**televise** /ˈtelɪˌvaɪz/ *v.tr.* transmit by television. ◻◻ **televisable** *adj.* [back-form. f. TELEVISION]

**television** /ˈtelɪˌvɪʒ(ə)n, -ˈvɪʒ(ə)n/ *n.* **1** a system for reproducing on a screen visual images transmitted (usu. with sound) by radio signals. (See below and CATHODE-RAY TUBE). **2** (in full **television set**) a device with a screen for receiving these signals. **3** television broadcasting generally.

When electric telegraphy came into use in the mid-19th c. inventors began to think of transmitting pictures by electric wire. The broad principle is that of cinematography, reproduction of a series of successive images which the human brain registers as a continuous picture because of the persistence of vision. Variations of light and shade are converted by a television camera into variations of electric current which can then be transmitted by radio or cable and picked up by a receiver to be changed back into variations of light and shade on the screen. For colour television light from the scene is split by the camera into its constituent colours and reconstituted from these by the television receiver. Television was first demonstrated by J. L. Baird in 1926.

**televisual** /ˌtelɪˈvɪʒʊəl, -ˈvɪzjʊəl/ *adj.* relating to or suitable for television. ◻◻ **televisually** *adv.*

**telex** /ˈteleks/ *n.* & *v.* (also **Telex**) —*n.* an international system of telegraphy with printed messages transmitted and received by teleprinters using the public telecommunications network. A telex service opened in London in 1932. —*v.tr.* send or communicate with by telex. [TELEPRINTER + EXCHANGE]

**Telford** /ˈtelfəd/, Thomas (1757–1834), called by Southey the 'Colossus of Roads', the greatest road-builder, greatest bridge-builder, and greatest canal-builder, son of a Scottish shepherd. He was responsible for hundreds of miles of new roads in the Scottish Highlands and for the London-Holyhead road, the main route to Ireland, of which the most notable feature is the suspension bridge crossing the Menai Strait, opened in 1826. His canals include the Caledonian Canal across Scotland and the Gotha Canal across Sweden, and he was also responsible for a number of dock and harbour works. It is fitting that such a great civil engineer should have become the first president of the Institution of Civil Engineers, the first such engineering institution.

**Tell** /tel/, William. A legendary hero of the liberation of Switzerland from Austrian oppression, who was required to hit with an arrow an apple placed on the head of his son; this he successfully did. The events are placed in the 14th c. but there is no evidence for a historical person of this name. Similar legends of a marksman shooting at an object placed on the head of a man or child are of widespread occurrence.

**tell**[1] /tel/ *v.* (*past and past part.* **told** /təʊld/) **1** *tr.* relate or narrate in speech or writing; give an account of (*tell me a story*). **2** *tr.* make known; express in words; divulge (*tell me your name; tell me what you want*). **3** *tr.* reveal or signify to (a person) (*your face tells me everything*). **4** *tr.* **a** utter (*don't tell lies*). **b** warn (*I told you so*). **5** *intr.* **a** (often foll. by *of, about*) divulge information or a description; reveal a secret (*I told of the plan; promise you won't tell*). **b** (foll. by *on*) *colloq.* inform against (a person). **6** *tr.* (foll. by *to* + infin.) give (a person) a direction or order (*tell them to wait; do as you are told*). **7** *tr.* assure (*it's true, I tell you*). **8** *tr.* explain in writing; instruct (*this book tells you how to cook*). **9** *tr.* decide, determine, distinguish (*cannot tell which button to press; how do you tell one from the other?*). **10** *intr.* **a** (often foll. by *on*) produce a noticeable effect (*every disappointment tells; the strain was beginning to tell on me*). **b** reveal the truth (*time will tell*). **c** have an influence (*the evidence tells against you*). **11** *tr.* (often *absol.*) count (votes) at a meeting, election, etc. ◻ **as far as one can tell** judging from the available information. **tell apart** distinguish between (usu. with *neg.* or *interrog.*: *could not tell them apart*). **tell me another** *colloq.* an expression of incredulity. **tell off 1** *colloq.* reprimand, scold. **2** count off or detach for duty. **tell a tale** (or **its own tale**) be significant or revealing. **tell tales** report a discreditable fact about another. **tell that to the marines** see MARINE. **tell the time** determine the time from the face of a clock or watch. **there is no telling** it is impossible to know (*there's no telling what may happen*). **you're telling me** *colloq.* I agree wholeheartedly. ◻◻ **tellable** *adj.* [OE *tellan* f. Gmc, rel. to TALE]

**tell**[2] /tel/ *n. Archaeol.* an artificial mound in the Middle East etc. formed by the accumulated remains of ancient settlements. [Arab. *tall* hillock]

**teller** /ˈtelə(r)/ *n.* **1** a person employed to receive and pay out money in a bank etc. **2** a person who counts (votes). **3** a person who tells esp. stories (*a teller of tales*). ◻◻ **tellership** *n.*

**telling** /ˈtelɪŋ/ *adj.* **1** having a marked effect; striking. **2** significant. ◻◻ **tellingly** *adv.*

**telling-off** /ˌtelɪŋˈɒf/ *n.* (*pl.* **tellings-off**) *colloq.* a reproof or reprimand.

**tell-tale** /ˈtelteɪl/ *n.* **1** a person who reveals (esp. discreditable) information about another's private affairs or behaviour. **2** (*attrib.*) that reveals or betrays (*a tell-tale smile*). **3** a device for automatic monitoring or registering of a process etc. **4** a metal sheet extending across the front wall of a squash court, above which the ball must strike the wall.

**tellurian** /teˈljʊərɪən/ *adj.* & *n.* —*adj.* of or inhabiting the Earth. —*n.* an inhabitant of the Earth. [L *tellus -uris* earth]

**telluric** /teˈljʊərɪk/ *adj.* **1** of the Earth as a planet. **2** of the soil. **3** *Chem.* of tellurium, esp. in its higher valency. ◻◻ **tellurate** /-rət/ *n.* [L *tellus -uris* earth: sense 3 f. TELLURIUM]

**tellurium** /teˈljʊərɪəm/ *n. Chem.* a rare brittle lustrous silver-white element, chemically related to sulphur and selenium. First discovered in 1782, tellurium occasionally occurs uncombined in nature but more often in ores with metals. The element has two allotropic forms: a silvery crystalline substance and an amorphous powder. It is used as a catalyst, as a colouring agent, and in some electrical devices and alloys. ¶ Symb.: **Te**; atomic number 52. ◻◻ **telluride** /ˈteljʊəˌraɪd/ *n.* **tellurite** /ˈteljʊəˌraɪt/ *n.* **tellurous** *adj.* [L *tellus -uris* earth, prob. named in contrast to *uranium*]

**telly** /ˈtelɪ/ *n.* (*pl.* **-ies**) esp. *Brit. colloq.* **1** television. **2** a television set. [abbr.]

**telpher** /ˈtelfə(r)/ *n.* a system for transporting goods etc. by electrically driven trucks or cable-cars. ◻◻ **telpherage** *n.* [TELE- + -PHORE]

**telson** /ˈtels(ə)n/ *n.* the last segment in the abdomen of Crustacea etc. [Gk, = limit]

**Telstar** /ˈtelstɑː(r)/ the first of the active communications satellites (i.e. both receiving and retransmitting signals, not merely reflecting signals from their surface). It was launched by the US in 1962 and used in the transmission of television broadcasting and telephone communication.

**Telugu** /ˈteləˌguː/ *n.* (also **Telegu**) (*pl.* same or **Telegus**) **1** a member of a Dravidian people in SE India. **2** their language, the most widespread of the Dravidian languages in India, spoken by about 45 million people mainly in Andhra Pradesh. [Telugu]

**temerarious** /ˌteməˈreərɪəs/ *adj. literary* reckless, rash. [L *temerarius* f. *temere* rashly]

**temerity** /tɪˈmerɪtɪ/ *n.* **1** rashness. **2** audacity, impudence. [L *temeritas* f. *temere* rashly]

**temp** /temp/ *n.* & *v. colloq.* —*n.* a temporary employee, esp. a secretary. —*v.intr.* work as a temp. [abbr.]

**temp.**[1] /temp/ *abbr.* temperature.

**temp.**[2] /temp/ *abbr.* in the time of (*temp. Henry I*). [L *tempore* ablat. of *tempus* time]

**temper** /ˈtempə(r)/ *n.* & *v.* —*n.* **1** habitual or temporary disposition of mind esp. as regards composure (*a person of a placid temper*). **2** irritation or anger (*in a fit of temper*). **3** a tendency to have fits of anger (*have a temper*). **4** composure or calmness (*keep one's temper; lose one's temper*). **5** the condition of metal as regards hardness and elasticity. —*v.tr.* **1** bring (metal or clay) to a proper hardness or consistency. **2** (foll. by *with*) moderate or mitigate (*temper justice with mercy*). **3** tune or modulate (a piano etc.) so as to distance intervals correctly. ◻ **in a bad temper** angry, peevish. **in a good temper** in an amiable mood. **out of temper** angry, peevish. **show temper** be petulant. ◻◻ **temperable** *adj.* **temperative** /-ətɪv/ *adj.* **tempered** *adj.* **temperedly** *adv.* **temperer** *n.* [OE *temprian* (v.) f. L *temperare* mingle: infl. by OF *temprer, tremper*]

**tempera** /ˈtempərə/ *n.* a method of painting using an emulsion e.g. of pigment with egg, esp. in fine art on canvas. It was used in Europe from the 12th or early 13th c. until the 15th c., when it began to give way to oil painting. [It.: cf. DISTEMPER[2]]

**temperament** /ˈtemprəmənt/ *n.* **1** a person's distinct nature and character, esp. as determined by physical constitution and permanently affecting behaviour (*a nervous temperament; the artistic temperament*). **2** a creative or spirited personality (*was full of temperament*). **3 a** an adjustment of intervals in tuning a piano etc. so as to fit the scale for use in all keys. **b** (**equal temperament**) an adjustment in which the 12 semitones are at equal intervals. [ME f. L *temperamentum* (as TEMPER)]

**temperamental** /ˌtemprəˈment(ə)l/ *adj.* **1** of or having temperament. **2 a** (of a person) liable to erratic or moody behaviour. **b** (of a thing, e.g. a machine) working unpredictably; unreliable. ◻◻ **temperamentally** *adv.*

**temperance** /ˈtempərəns/ *n.* **1** moderation or self-restraint esp. in eating and drinking. **2 a** total or partial abstinence from alcoholic drink. **b** (*attrib.*) advocating or concerned with abstinence. [ME f. AF *temperaunce* f. L *temperantia* (as TEMPER)]

**temperate** /ˈtempərət/ *adj.* **1** avoiding excess; self-restrained. **2** moderate. **3** (of a region or climate) characterized by mild temperatures. **4** abstemious. ◻ **temperate zone** the belt of the earth between the frigid and the torrid zones. ◻◻ **temperately** *adv.* **temperateness** *n.* [ME f. L *temperatus* past part. of *temperare*: see TEMPER]

**temperature** /ˈtemprɪtʃə(r)/ *n.* **1** the degree or intensity of heat of a body in relation to others, esp. as shown by a thermometer or perceived by touch etc. **2** *Med.* the degree of internal heat of the body. **3** *colloq.* a body temperature above the normal (*have a temperature*). **4** the degree of excitement in a discussion etc. ◻ **take a person's temperature** ascertain a person's body temperature, esp. as a diagnostic aid. **temperature-humidity index** a quantity giving the measure of discomfort due to the combined effects of the temperature and humidity of the air. [F *température* or L *temperatura* (as TEMPER)]

**-tempered** /ˈtempəd/ *comb. form* having a specified temper or disposition (*bad-tempered; hot-tempered*). ◻◻ **-temperedly** *adv.* **-temperedness** *n.*

**Tempest** /ˈtempɪst/, Dame Marie (1864–1942), English actress, real name Mary Susan Etherington. Though trained as a singer she made her name in comedy, becoming noted for her playing of charming elegant middle-aged women.

**tempest** /ˈtempɪst/ *n.* **1** a violent windy storm. **2** violent agitation or tumult. [ME f. OF *tempest(e)* ult. f. L *tempestas* season, storm, f. *tempus* time]

**tempestuous** /temˈpestjʊəs/ *adj.* **1** stormy. **2** (of a person, emotion, etc.) turbulent, violent, passionate. ◻◻ **tempestuously** *adv.* **tempestuousness** *n.* [LL *tempestuosus* (as TEMPEST)]

**tempi** *pl.* of TEMPO.

**Templar** /ˈtemplə(r)/ *n.* **1** a lawyer or law student with chambers in the Temple, London. **2** (in full **Knight Templar**) *hist.* a member of the Knights Templars (see entry). [ME f. AF *templer*, OF *templier*, med.L *templarius* (as TEMPLE[1])]

**template** /ˈtemplɪt, -pleɪt/ *n.* (also **templet**) **1 a** a pattern or gauge, usu. a piece of thin board or metal plate, used as a guide in cutting or drilling metal, stone, wood, etc. **b** a flat card or plastic pattern esp. for cutting cloth for patchwork etc. **2** a timber or plate used to distribute the weight in a wall or under

## General Consultant

**J M Sinclair**
Professor, Department of English Language and Literature
University of Birmingham

## Special Consultants

AUSTRALIAN ENGLISH
**G A Wilkes**
Challis Professor of English Literature
University of Sydney

**W A Krebs**
Associate Professor in Literature and Communications
Bond University, Queensland

**W S Ramson**
Reader in English
Australian National University

BRITISH REGIONAL ENGLISH, URBAN DIALECTS
**Harold Orton**
Professor Emeritus, Department of English
University of Leeds

CANADIAN ENGLISH
**R J Gregg**
Formerly Professor, Department of Linguistics
University of British Columbia

**Patrick Drysdale**
Editor, *A Dictionary of Canadianisms on Historical Principles*

CARIBBEAN ENGLISH
**S R R Allsopp**
Coordinator, Caribbean Lexicography Project
University of the West Indies, Barbados

EAST AFRICAN ENGLISH
**J Kalema**
Department of Linguistic Science
University of Reading

INDIAN ENGLISH
**R K Bansal**
Professor, Department of Phonetics and Spoken English
Central Institute of English and Foreign Languages
Hyderabad

IRISH ENGLISH
**R J Gregg**
Formerly Professor, Department of Linguistics
University of British Columbia

**T de Bhaldraithe**
Professor, Department of Irish Dialectology
University College, Dublin

NEW ZEALAND ENGLISH
**Ian A Gordon**
Professor Emeritus
University of Wellington

SCOTTISH ENGLISH
**A J Aitken**
Department of English Language
University of Edinburgh
Formerly Editor, *Dictionary of the Older Scottish Tongue*

SOUTH AFRICAN ENGLISH
**L W Lanham**
Professor, Department of Phonetics and General Linguistics
University of the Witwatersrand

**M V Aldridge**
Professor, Department of Phonetics and General Linguistics
University of the Witwatersrand

WEST AFRICAN ENGLISH
**J Spencer**
Director, Institute of Modern English Language Studies
University of Leeds

PRONUNCIATION
**A C Gimson**
Formerly Professor, Department of Phonetics and Linguistics
University College
University of London

# COLLINS ENGLISH DICTIONARY

## Third Edition

HarperCollins Publishers
PO Box, Glasgow G4 0NB

First Edition 1979
Second Edition 1986
**Third Edition 1991**
**Latest Reprint 1991**

© HarperCollins Publishers 1979, 1986, 1991

Standard Edition ISBN 0 00 433286-5
Thumb-indexed Edition ISBN 0 00 433287-3
De Luxe Edition (blue bonded leather) ISBN 0 00 433289-X
De Luxe Edition (red bonded leather) ISBN 0 00 433288-1

This edition prepared in conjunction with Market House Books Ltd., Aylesbury, England
Computer typeset by Barbers Ltd., Wrotham, England
Printed in Great Britain by HarperCollins Manufacturing

British Library Cataloguing in Publication Data
Collins English dictionary. — 3rd ed.
1. English language. Dictionaries
423.20

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior permission of the publisher. This book is sold subject to the conditions that it shall not, by way of trade or otherwise, be lent, re-sold, hired out or otherwise circulated without the publisher's prior consent in any form of binding or cover other than that in which it is published and without a similar condition including this condition being imposed on the subsequent purchaser.

Entered words that we have reason to believe constitute trademarks have been designated as such. However, neither the presence nor absence of such designation should be regarded as affecting the legal status of any trademark.

# Contents

**Special Consultants** ii

**Editorial Staff** vi

**Foreword** vii

**Specialist Contributors** viii

**Guide to the Use of the Dictionary** x

**Pronunciation Key** xix

**The Pronunciation of British English by A C Gimson** xx

**The Development of English as a World Language** xxiii

**A DICTIONARY OF THE ENGLISH LANGUAGE** 1-1791

fertilizer. Composition: calcium carbonate. Formula: $CaCO_3$. Crystal structure: hexagonal (rhombohedral). —**calcitic** (kæl'sɪtɪk) *adj.*

**calcitonin** (,kælsɪ'təʊnɪn) *n.* a hormone secreted by the thyroid that inhibits the release of calcium from the skeleton and prevents a build-up of calcium in the blood. Also called: **thyrocalcitonin.** Compare **parathyroid hormone.** [C20: from CALCI- + TON(IC) + -IN]

**calcium** ('kælsɪəm) *n.* a malleable silvery-white metallic element of the alkaline earth group; the fifth most abundant element in the earth's crust (3.6 per cent), occurring esp. as forms of calcium carbonate. It is an essential constituent of bones and teeth and is used as a deoxidizer in steel. Symbol: Ca; atomic no.: 20; atomic wt.: 40.08; valency: 2; relative density: 1.55; melting pt.: 842–8°C; boiling pt.: 1487°C. [C19: from New Latin, from Latin *calx* lime]

**calcium antagonist** *or* **blocker** *n.* any drug that prevents the influx of calcium ions into cardiac and smooth muscle: used to treat high blood pressure and angina.

**calcium carbide** *n.* a grey salt of calcium used in the production of acetylene (by its reaction with water) and calcium cyanamide. Formula: $CaC_2$. Sometimes shortened to **carbide.**

**calcium carbonate** *n.* a white crystalline salt occurring in limestone, chalk, marble, calcite, coral, and pearl: used in the production of lime and cement. Formula: $CaCO_3$.

**calcium chloride** *n.* a white deliquescent salt occurring naturally in seawater and used in the de-icing of roads and as a drying agent. Formula: $CaCl_2$.

**calcium cyanamide** *n.* a white crystalline compound formed by heating calcium carbide with nitrogen. It is important in the fixation of nitrogen and can be hydrolysed to ammonia or used as a fertilizer. Formula: $CaCN_2$.

**calcium hydroxide** *n.* a white crystalline slightly soluble alkali with many uses, esp. in cement, water softening, and the neutralization of acid soils. Formula: $Ca(OH)_2$. Also called: **lime, slaked lime, hydrated lime, calcium hydrate, caustic lime, lime hydrate.**

**calcium light** *n.* another name for **limelight.**

**calcium oxide** *n.* a white crystalline base used in the production of calcium hydroxide and bleaching powder and in the manufacture of glass, paper, and steel. Formula: CaO. Also called: **lime, quicklime, calx, burnt lime, calcined lime, fluxing lime.**

**calcium phosphate** *n.* 1. the insoluble nonacid calcium salt of orthophosphoric acid (phosphoric(V) acid): it occurs in bones and is the main constituent of bone ash. Formula: $Ca_3(PO_4)_2$. 2. any calcium salt of a phosphoric acid. Calcium phosphates are found in many rocks and used esp. in fertilizers.

**calcsinter** ('kælk,sɪntə) *n.* another name for **travertine.** [C19: from German *Kalksinter*, from *Kalk* lime + *sinter* dross; see CHALK, SINTER]

**calcspar** ('kælk,spɑː) *n.* another name for **calcite.** [C19: partial translation of Swedish *kalkspat*, from *kalk* lime (ultimately from Latin *calx*) + *spat* SPAR[3]]

**calc-tufa** ('kælk,tuːfə) *or* **calc-tuff** ('kælk,tʌf) *n.* another name for **tufa.**

**calculable** ('kælkjʊləb'l) *adj.* 1. that may be computed or estimated. 2. predictable; dependable. —,**calcula'bility** *n.* —'**calculably** *adv.*

**calculate** ('kælkjʊ,leɪt) *vb.* 1. to solve (one or more problems) by a mathematical procedure; compute. 2. (*tr.; may take a clause as object*) to determine beforehand by judgment, reasoning, etc.; estimate. 3. (*tr.; usually passive*) to design specifically; aim: *the car was calculated to appeal to women.* 4. (*intr.*; foll. by *on* or *upon*) to depend; rely. 5. (*tr.; may take a clause as object*) *U.S. dialect.* a. to suppose; think. b. to intend (to do something). [C16: from Late Latin *calculāre*, from *calculus* pebble used as a counter; see CALCULUS] —**calculative** ('kælkjʊlətɪv) *adj.*

**calculated** ('kælkjʊ,leɪtɪd) *adj.* (*usually prenominal*) 1. undertaken after considering the likelihood of success or failure: *a calculated risk.* 2. deliberately planned; premeditated: *a calculated insult.*

**calculating** ('kælkjʊ,leɪtɪŋ) *adj.* 1. selfishly scheming. 2. shrewd; cautious. —'**calcu,latingly** *adv.*

**calculation** (,kælkjʊ'leɪʃən) *n.* 1. the act, process, or result of calculating. 2. an estimation of probability; forecast. 3. careful planning or forethought, esp. for selfish motives.

**calculator** ('kælkjʊ,leɪtə) *n.* 1. a device for performing mathematical calculations, esp. an electronic device that can be held in the hand. 2. a person or thing that calculates. 3. a set of tables used as an aid to calculations.

**calculous** ('kælkjʊləs) *adj. Pathol.* of or suffering from a calculus.

**calculus** ('kælkjʊləs) *n., pl.* **-luses.** 1. a branch of mathematics, developed independently by Newton and Leibnitz. Both **differential calculus** and **integral calculus** are concerned with the effect on a function of an infinitesimal change in the independent variable as it tends to zero. 2. any mathematical system of calculation involving the use of symbols. 3. *Logic.* an uninterpreted formal system. Compare **formal language** (sense 2). 4. *pl.* **-li** (-,laɪ). *Pathol.* a stonelike concretion of minerals and salts found in ducts or hollow organs of the body. [C17: from Latin: pebble, stone used in reckoning, from *calx* small stone, counter]

**calculus of variations** *n.* a branch of calculus concerned with maxima and minima of definite integrals.

**Calcutta** (kæl'kʌtə) *n.* a port in E India, capital of West Bengal state, on the Hooghly River: former capital of the country (1833–1912); major commercial and industrial centre; three universities. Pop.: 3 305 006 (1981).

**caldarium** (kæl'dɛərɪəm) *n., pl.* **-daria** (-'dɛərɪə). (in ancient Rome) a room for taking hot baths. [C18: from Latin, from *calidus* warm, from *calēre* to be warm]

**Calder** ('kɔːldə) *n.* **Alexander.** 1898–1976, U.S. sculptor, who originated mobiles and stabiles (moving or static abstract sculptures, generally suspended from wire).

**caldera** (kæl'dɛərə, 'kɔːldərə) *n.* a large basin-shaped crater at the top of a volcano, formed by the collapse or explosion of the cone but not by glacial erosion. See **cirque.** [C19: from Spanish *Caldera* (literally: CAULDRON), name of a crater in the Canary Islands]

**Calderón de la Barca** (*Spanish* kalde'ron de la 'barka) *n.* **Pedro** ('peðro). 1600–81, Spanish dramatist, whose best-known work is *La Vida es Sueño*. He also wrote *autos sacramentales*, outdoor plays for the feast of Corpus Christi, 76 of which survive.

**caldron** ('kɔːldrən) *n.* a variant spelling of **cauldron.**

**Caldwell** ('kɔːldwel, -wəl) *n.* **Erskine** ('ɜːskɪn). 1903–87, U.S. novelist whose works include *Tobacco Road* (1933).

**calèche** (*French* kalɛʃ) *n.* a variant of **calash.**

**Caledonia** (,kælɪ'dəʊnɪə) *n.* the Roman name for **Scotland.**

**Caledonian** (,kælɪ'dəʊnɪən) *adj.* 1. of or relating to Scotland. 2. of or denoting a period of mountain building in NW Europe in the Palaeozoic era. ~*n.* 3. *Literary.* a native or inhabitant of Scotland.

**Caledonian Canal** *n.* a canal in N Scotland, linking the Atlantic with the North Sea through the Great Glen: built 1803–47; now little used.

**calefacient** (,kælɪ'feɪʃənt) *adj.* 1. causing warmth. ~*n.* 2. *Med.* an agent that warms, such as a mustard plaster. [C17: from Latin *calefaciēns*, from *calefacere* to heat] —**calefaction** (,kælɪ'fækʃən) *n.*

**calefactory** (,kælɪ'fæktərɪ, -trɪ) *adj.* 1. giving warmth. ~*n., pl.* **-ries.** 2. a heated sitting room in a monastery. [C16: from Latin *calefactōrius*, from *calefactus* made warm; see CALEFACIENT]

**calendar** ('kælɪndə) *n.* 1. a system for determining the beginning, length, and order of years and their divisions. See also **Gregorian calendar, Jewish calendar, Julian calendar, Revolutionary calendar, Roman calendar.** 2. a table showing any such arrangement, esp. as applied to one or more successive years. 3. a list, register, or schedule of social events, pending court cases, appointments, etc. ~*vb.* 4. (*tr.*) to enter in a calendar; schedule; register. [C13: via Norman French from Medieval Latin *kalendārium* account book, from *Kalendae* the CALENDS, when interest on debts became due] —**calendrical** (kæ'lendrɪk'l) *or* **ca'lendric** *adj.*

**calendar day** *n.* See **day** (sense 1).

**calendar month** *n.* See **month** (sense 1).

**calendar year** *n.* See **year** (sense 1).

**calender**[1] ('kælɪndə) *n.* 1. a machine in which paper or cloth is glazed or smoothed by passing between rollers. ~*vb.* 2. (*tr.*) to subject (material) to such a process. [C17: from French *calandre*, of unknown origin]

**calender**[2] ('kælɪndə) *n.* a member of a mendicant order of dervishes in Turkey, Iran, and India. [from Persian *kalandar*]

**calends** *or* **kalends** ('kælɪndz) *pl. n.* the first day of each month in the ancient Roman calendar. [C14: from Latin *kalendae*; related to Latin *calāre* to proclaim]

**calendula** (kæ'lendjʊlə) *n.* 1. any Eurasian plant of the genus *Calendula*, esp. the pot marigold, having orange-and-yellow rayed flowers: family *Compositae* (composites). 2. the dried flowers of the pot marigold, formerly used medicinally and for seasoning. [C19: from Medieval Latin, from Latin *kalendae* CALENDS; perhaps from its supposed efficacy in curing menstrual disorders]

**calenture** ('kælən,tjʊə) *n.* a mild fever of tropical climates, similar in its symptoms to sunstroke. [C16: from Spanish *calentura* fever, ultimately from Latin *calēre* to be warm]

**calf**[1] (kɑːf) *n., pl.* **calves.** 1. the young of cattle, esp. domestic cattle. 2. the young of certain other mammals, such as the buffalo, elephant, giraffe, and whale. 3. a large piece of ice detached from an iceberg, etc. 4. **kill the fatted calf.** to celebrate lavishly, esp. as a welcome. 5. another name for **calfskin.** [Old English *cealf*; related to Old Norse *kālfr*, Gothic *kalbō*, Old High German *kalba*]

**calf**[2] (kɑːf) *n., pl.* **calves.** the thick fleshy part of the back of the leg between the ankle and the knee. [C14: from Old Norse *kalfi*]

**calf love** *n.* temporary infatuation or love of an adolescent for a member of the opposite sex. Also called: **puppy love.**

**calf's-foot jelly** *n.* a jelly made from the stock of boiled calves' feet and flavourings, formerly often served to invalids.

**calfskin** ('kɑːf,skɪn) *n.* 1. the skin or hide of a calf. 2. Also called: **calf.** a. fine leather made from this skin. b. (*as modifier*): *calfskin boots.*

**Calgary** ('kælgərɪ) *n.* a city in Canada, in S Alberta: centre of a large agricultural region; oilfields. Pop.: 636 104 (1986).

**Calgon** ('kælgɒn) *n.* *Trademark.* a chemical compound, sodium hexametaphosphate, with water-softening properties, used in detergents.

**Cali** (*Spanish* 'kali) *n.* a city in SW Colombia: commercial centre in a rich agricultural region. Pop.: 1 397 433 (1985).

**Caliban** ('kælɪ,bæn) *n.* a brutish or brutalized man. [C19: after a character in Shakespeare's *The Tempest* (1610)]

**calibrate** ('kælɪ,breɪt) *vb.* (*tr.*) 1. to measure the calibre of (a gun, mortar, etc.). 2. to mark (the scale of a measuring instrument) so that readings can be made in appropriate units. 3. to determine the accuracy of (a measuring instrument, etc.). 4. to determine or check the range and accuracy of (a piece of artillery). —,**cali'bration** *n.* —'**cali,brator** *or* '**cali,brater** *n.*

**calibre** *or U.S.* **caliber** ('kælɪbə) *n.* 1. the diameter of a cylindrical body, esp. the internal diameter of a tube or the bore of a firearm. 2. the diameter of a shell or bullet. 3. ability; distinction: *a musician of high calibre.* 4. personal character: *a man of high calibre.* [C16: from Old French, from Italian *calibro*, from Arabic *qālib* shoemaker's last, mould] —'**calibred** *or U.S.* '**calibered** *adj.*

**calices** ('kælɪ,siːz) *n.* the plural of **calix.**

**caliche** (kæ'liːtʃɪ) *n.* 1. a bed of sand or clay in arid regions that contains Chile saltpetre, sodium chloride, and other soluble minerals. 2. a surface layer of soil encrusted with calcium carbonate, occurring in arid regions. [C20: from American Spanish, from Latin *calx* lime]

**calicle** ('kælɪk'l) *n.* a variant spelling of **calycle.** —**calicular** (kə'lɪkjʊlə) *adj.*

**calico** ('kælɪ,kəʊ) *n., pl.* **-coes** *or* **-cos.** 1. a white or unbleached cotton fabric with no printed design. 2. *Chiefly U.S.* a coarse printed cotton fabric. 3. (*modifier*) made of calico. [C16: based on *Calicut*, town in India]

**calico bush** *n.* another name for **mountain laurel.**

**Calicut** ('kælɪ,kʌt) *n.* the former name for **Kozhikode.**

**calif** ('keɪlɪf, 'kæl-) *n.* a variant spelling of **caliph.**

**Calif.** *abbrev.* for California.

**califate** ('keɪlɪ,feɪt, -fɪt, 'kæl-) *n.* a variant spelling of **caliphate.**

**califont** ('kælɪfɒnt) *n. N.Z.* a gas water heater. [from a trade name]

**California** (,kælɪ'fɔːnɪə) *n.* 1. a state on the W coast of the U.S.: the third largest state in area and the largest in population; consists of a narrow, warm coastal plain rising to the Coast Range, deserts in the south, the fertile central valleys of the Sacramento and San Joaquin Rivers, and the mountains of the Sierra Nevada in the east; major industries include the growing of citrus fruits and grapes, fishing, oil production, electronics, and films. Capital: Sacramento. Pop.: 27 662 900 (1987 est.). Area: 411 015 sq. km (158 693 sq. miles). Abbrevs.: **Cal., Calif.** or (with zip code) **CA** 2. **Gulf of.** an arm of the Pacific Ocean, between Sonora and Lower California. —,**Cali'fornian** *adj., n.*

**California poppy** *n.* a papaveraceous plant, *Eschscholtzia californica*, of the Pacific coast of North America, having yellow or orange flowers and finely divided bluish-green leaves.

**californium** (,kælɪ'fɔːnɪəm) *n.* a metallic transuranic element artificially produced from curium. Symbol: Cf; atomic no.: 98; half-life of most stable isotope, $^{251}Cf$: 800 years (approx.). [C20: New Latin; discovered at the University of *California*]

**caliginous** (kə'lɪdʒɪnəs) *adj. Archaic.* dark; dim. [C16: from Latin *cālīginōsus*, from *cālīgō* darkness] —**caliginosity** (kə,lɪdʒɪ'nɒsɪtɪ) *n.*

**Caligula** (kə'lɪgjʊlə) *n.* original name *Gaius Caesar*, son of Germanicus. 12–41 A.D., Roman emperor (37–41), noted for his cruelty and tyranny; assassinated.

**Calimere** ('kælɪmɪə) *n.* **Point.** a cape on the SE coast of India, on the Palk Strait.

**calipash** *or* **callipash** ('kælɪ,pæʃ) *n.* the greenish glutinous edible part of the turtle found next to the upper shell, considered a delicacy. [C17: perhaps changed from Spanish *carapacho* CARAPACE]

**calipee** ('kælɪ,piː) *n.* the yellow glutinous edible part of the turtle found next to the lower shell, considered a delicacy. [C17: perhaps a variant of CALLIPASH]

**caliper** ('kælɪpə) *n.* the usual U.S. spelling of **calliper.**

**caliph, calif, kalif,** *or* **khalif** ('keɪlɪf, 'kæl-) *n. Islam.* the title of the successors of Mohammed as rulers of the Islamic world, later assumed by the Sultans of Turkey. [C14: from Old French, from Arabic *khalīfa* successor]

**caliphate, califate,** *or* **kalifate** ('keɪlɪ,feɪt, -fɪt, 'kæl-) *n.* the office, jurisdiction, or reign of a caliph.

**calisaya** (,kælɪ'seɪə) *n.* the bark of any of several tropical trees of the rubiaceous genus *Cinchona*, esp. *C. calisaya*, from which quinine is extracted. Also called: **calisaya bark, yellowbark, cinchona.** [C19: from Spanish, from the name of a Bolivian Indian who taught the uses of quinine to the Spanish]

**calisthenics** (,kælɪs'θenɪks) *n.* a variant spelling (esp. U.S.) of **callisthenics.** —,**calis'thenic** *adj.*

**calix** ('keɪlɪks, 'kæ-) *n., pl.* **calices** ('kælɪ,siːz). a cup; chalice. [C18: from Latin: CHALICE]

**calk**[1] (kɔːk) *vb.* a variant spelling of **caulk.**

**calk**[2] (kɔːk) *or* **calkin** ('kɔːkɪn, 'kæl-) *n.* 1. a metal projection on a horse's shoe to prevent slipping. 2. *Chiefly U.S. and Canadian.* a set of spikes or a spiked plate attached to the sole of a boot, esp. by loggers, to prevent slipping. ~*vb.* (*tr.*) 3. to provide with calks. 4. to wound with a calk. [C17: from Latin *calx* heel]

**calk**[3] (kɔːk) *vb.* (*tr.*) to transfer (a design) by tracing it with a blunt point from one sheet backed with loosely fixed colouring matter onto another placed underneath. [C17: from French *calquer* to trace; see CALQUE]

**call** (kɔːl) *vb.* 1. (often foll. by *out*) to speak or utter (words, sounds, etc.) loudly so as to attract attention: *he called out her name.* 2. (*tr.*) to ask or order to come: *to call a policeman.* 3. (*intr.*; sometimes foll. by *on*) to make a visit (to): *she called on him.* 4. (often foll. by *up*) to telephone (a person): *he called back at nine.* 5. (*tr.*) to summon to a specific office, profession, etc.: *he was called to the ministry.* 6. (of animals or birds) to utter (a characteristic sound or cry). 7. (*tr.*) to summon (a bird or animal) by imitating its cry. 8. (*tr.*) to name or style: *they called the dog Rover.* 9. (*tr.*) to designate: *they called him a coward.* 10. (*tr.*) *Brit. dialect.* to speak ill of or scold. 11. (*tr.*) to regard in a specific way: *I call it a foolish waste of time.* 12. (*tr.*) to attract (attention). 13. (*tr.*) to read (a list, register, etc.) aloud to check for omissions or absentees. 14. (when *tr.*, usually foll. by *for*) to give an order (for): *to call a strike.* 15. (*intr.*) to try to predict the result of tossing a coin. 16. (*tr.*) to awaken: *I was called early this morning.* 17. (*tr.*) to cause to assemble: *to call a meeting.* 18. (*tr.*) *Sport.* (of an umpire, referee, etc.) to pass judgment upon (a shot, player, etc.) with a call. 19. (*tr.*) *Austral. and N.Z.* to broadcast a commentary on (a horse race or other sporting event). 20. (*tr.*) to demand repayment of (a loan, redeemable bond, security, etc.). 21. (*tr.*; often foll. by *up*) *Company accounting.* to demand payment of (a portion of a share issue not yet paid by subscribers). 22. (*tr.*) *Brit.* to award (a student at an Inn of Court) the degree of barrister (esp. in the phrase **call to the bar**). 23. (*tr.*) *Computer technol.* to transfer control to (a named subprogram). 24. (*tr.*) *Poker.* to demand that (a player) expose his hand, after equalling his bet. 25. (*intr.*) *Bridge.* to make a bid. 26. (in square-dancing) to call out (instructions) to the dancers. 27. *Billiards.* to ask (a player) to say what kind of shot he will play or (of a player) to name his shot. 28. (*intr.*; foll. by *for*) a. to require: *this problem calls for study.* b. to come or go (for) in order to fetch: *I will call for my book later.* 29. (*intr.*; foll. by *on* or *upon*) to make an appeal or request (to): *they called upon him to reply.* 30. **call into being.** to create. 31. **call into play.** to begin to operate. 32. **call in** *or* **into question.** See **question** (sense 12). 33. **call it a day.** to stop work or other activity. 34. **call to mind.** to remember or cause to be remembered. ~*n.* 35. a cry or shout. 36. the characteristic cry of a bird or animal. 37. a device, such as a whistle, intended to imitate the cry of a bird or animal. 38. a summons or invitation. 39. a summons or signal sounded on a horn, bugle, etc. 40. *Hunting.* any of several notes or patterns of notes, blown on a hunting horn as a signal. 41. *Hunting.* a. an imitation of the characteristic cry of a wild animal or bird to lure it to the hunter. b. an instrument for producing such an imitation. 42. a short visit: *the doctor made six calls this morning.* 43. an inner urge to some task or profession; vocation. 44. allure or fascination, esp. of a place: *the call of the forest.* 45. *Brit.* the summons to the bar of a student member of an Inn of Court. 46. need, demand, or occasion: *there is no call to shout; we don't get much call for stockings these days.* 47. demand or claim (esp. in the phrase **the call of duty**). 48. *Theatre.* a notice to actors informing them of times of rehearsals. 49. (in square dancing) an instruction to execute new figures. 50. a conversation or a request for a connection by telephone. 51. *Commerce.* a. a demand for repayment of a loan. b. (*as modifier*): *call money.* 52. *Finance.* a. a demand for redeemable bonds or shares to be presented for repayment. b. a demand for an instalment payment on the issue price of bonds or shares. 53. *Billiards.* a demand to an opponent to say what kind of shot he will play. 54. *Poker.* a demand for a hand or hands to be exposed. 55. *Bridge.* a bid, or a player's turn to bid. 56. *Sport.* a decision of an umpire or referee regarding a shot, pitch, etc. 57. *Austral.* a broadcast commentary on a horse race or other sporting event. 58. Also called: **call option.** *Stock Exchange.* an option to buy a stated amount of securities at a specified price during a specified period. Compare **put** (sense 20). 59. See **roll call.** 60. **call for margin.** *Stock Exchange.* a demand made by a stockbroker for partial payment of a client's debt due to decreasing value of the collateral. 61. **call of nature.** See **nature** (sense 15). 62. **on call.** a. (of a loan, etc.) repayable on demand. b. (of a doctor, etc.) available when summoned; on duty. 63. **within call.** within range; accessible. ~See also **call down, call forth, call in, call off, call out, call up.** [Old English *ceallian*; related to Old Norse *kalla*, Old High German *kallōn*, Old Slavonic *glasŭ* voice]

**calla** ('kælə) *n.* 1. Also called: **calla lily, arum lily.** any southern African plant of the aroid genus *Zantedeschia*, esp. *Z. aethiopica*, which has a white funnel-shaped spathe enclosing a yellow spadix. 2. an aroid plant, *Calla palustris*, that grows in wet places and has a white spathe enclosing a greenish spadix, and red berries. [C19: from New Latin, probably from Greek *kalleia* wattles on a cock, probably from *kallos* beauty]

**callable** ('kɔːləb'l) *adj.* 1. (of a security) subject to redemption before maturity. 2. (of money loaned) repayable on demand.

**Callaghan** ('kælə,hæn) *n.* (**Leonard**) **James,** Baron Callaghan of Cardiff. born 1912, British Labour statesman; prime minister (1976–79).

**callais** (kə'leɪɪs) *n.* a green stone found as beads and ornaments in the late Neolithic and early Bronze Age of W Europe. [C19: from Greek *kallais*]

**call alarm** *n.* a. an electronic device that sends an alarm signal, usually to a distant monitoring centre, when activated by a person in distress, often a handicapped or frail old person living alone. b. (*as modifier*): *a call-alarm system.*

**Callanetics** (,kælə'netɪks) *n.* (*functioning as sing.*) *Trademark.* a system of exercise involving frequent repetition of small muscular movements and squeezes, designed to improve muscle tone. [C20: named after *Callan* Pinckney (born 1939), its U.S. inventor]

**callant** ('kælənt) *or* **callan** ('kælən) *n. Scot.* a youth; lad. [C16: from Dutch or Flemish *kalant* customer, fellow]

**Callao** (*Spanish* ka'ʎao) *n.* a port in W Peru, near Lima, on **Callao Bay:** chief import centre of Peru. Pop.: 318 300 (1988 est.).

**Callas** ('kæləs) *n.* **Maria,** real name *Maria Anna Cecilia Kalageropoulos.* 1923–77, Greek operatic soprano, born in the U.S.

**call bird** *n. Marketing.* a cheap article displayed in a shop to attract custom, in the hope of selling expensive items.

**call box** *n.* a soundproof enclosure for a public telephone. Also called: **telephone box, telephone kiosk.**

**callboy** ('kɔːl,bɔɪ) *n.* a person who notifies actors when it is time to go on stage.

**call down** *vb.* (*tr., adv.*) to request or invoke: *to call down God's anger.*

**caller**[1] ('kɔːlə) *n.* a person or thing that calls, esp. a person who makes a brief visit.

**caller**[2] ('kælə; *Scot.* 'kælər, 'kɒlər) *adj. Scot.* 1. (of food, esp. fish) fresh. 2. cool: *a caller breeze.* [C14: perhaps a Scottish variant of *calver* to prepare fresh salmon or trout in a certain way; perhaps from Old English *calwer* curds, from a fancied resemblance with the flaked flesh of the fish]

**call forth** *vb.* (*tr., adv.*) to cause (something) to come into action or existence: *she called forth all her courage.*

**call girl** *n.* a prostitute with whom appointments are made by telephone.

**calli-** *combining form.* beautiful: *calligraphy.* [from Greek *kalli-*, from *kallos* beauty]

**Callicrates** (kə'lɪkrə,tiːz) *n.* 5th century B.C. Greek architect: with Ictinus, designed the Parthenon.

**calligraphy** (kə'lɪgrəfɪ) *n.* handwriting, esp. beautiful handwriting considered as an art. Also called: **chirography.** —**cal'ligrapher** *or* **cal'ligraphist** *n.* —**calligraphic** (,kælɪ'græfɪk) *adj.* —,**calli'graphically** *adv.*

**Callimachus** (kə'lɪməkəs) *n.* 1. late 5th century B.C., Greek sculptor, reputed to have invented the Corinthian capital. 2. ?305–?240 B.C. Greek poet of the Alexandrian School; author of hymns and epigrams.

**call in** *vb.* (*adv.*) 1. (*intr.*, often foll. by *on*) to pay a visit, esp. a brief or informal one: *call in if you are in the neighbourhood.* 2. (*tr.*) to

who avidly follows fashions in clothes and pop music. [C20: *teeny,* from TEENAGE + *-bopper* see BOP[1]]

**tee off** *vb.* (*adv.*) **1.** *Golf.* to strike (the ball) from a tee, as when starting a hole. **2.** *Informal.* to begin; start.

**teepee** ('tiːpiː) *n.* a variant spelling of **tepee.**

**tee-piece** *n.* a variant spelling of **T-piece.**

**tee-plate** *n.* a variant spelling of **T-plate.**

**Tees** (tiːz) *n.* a river in N England, rising in the N Pennines and flowing southeast and east to the North Sea at Middlesbrough. Length: 113 km (70 miles).

**tee shirt** *n.* a variant of **T-shirt.**

**tee-square** *n.* a variant spelling of **T-square.**

**Teesside** ('tiːzˌsaɪd) *n.* the industrial region around the lower Tees valley and estuary: a county borough, containing Middlesbrough, from 1968 to 1974.

**teeter** ('tiːtə) *vb.* **1.** to move or cause to move unsteadily; wobble. ~*n., vb.* **2.** another word for **seesaw.** [C19: from Middle English *titeren,* related to Old Norse *titra* to tremble, Old High German *zittarōn* to shiver]

**teeth** (tiːθ) *n.* **1.** the plural of **tooth. 2.** the most violent part: *the teeth of the gale.* **3.** the power to produce a desired effect: *that law has no teeth.* **4. by the skin of one's teeth.** See **skin** (sense 11). **5. get one's teeth into.** to become engrossed in. **6. in the teeth of.** in direct opposition to; against: *in the teeth of violent criticism he went ahead with his plan.* **7. to the teeth.** to the greatest possible degree: *armed to the teeth.* **8. show one's teeth.** to threaten, esp. in a defensive manner.

**teethe** (tiːð) *vb.* (*intr.*) to cut one's baby (deciduous) teeth.

**teething ring** *n.* a plastic, hard rubber, or bone ring on which babies may bite while teething.

**teething troubles** *pl. n.* the difficulties or problems that arise during the initial stages of a project, enterprise, etc.

**teetotal** (tiː'təʊtᵊl) *adj.* **1.** of, relating to, or practising abstinence from alcoholic drink. **2.** *Dialect.* complete. [C19: allegedly coined in 1833 by Richard Turner, English advocate of total abstinence from alcoholic liquors; probably from TOTAL, with emphatic reduplication] —**tee'totaller** *n.* —**tee'totally** *adv.* —**tee'totalism** *n.*

**teetotum** (tiː'təʊtəm) *n. Archaic.* **1.** a spinning top bearing letters of the alphabet on its four sides. **2.** such a top used as a die in gambling games. [C18: from *T totum,* from *T* initial inscribed on one of the faces + *totum* the name of the toy, from Latin *tōtum* the whole]

**tef** *or* **teff** (tɛf) *n.* an annual grass, *Eragrostis abyssinica,* of NE Africa, grown for its grain. [C18: from Amharic *tēf*]

**tefillah** *or* **tephillah** (tə'fiːlə) *n., pl.* **-lin** (-lɪn). *Judaism.* another name for **phylactery** (sense 1). [from Hebrew]

**TEFL** *abbrev. for* Teaching (of) English as a Foreign Language.

**Teflon** ('tɛflɒn) *n.* a trademark for **polytetrafluoroethylene.**

**teg** (tɛg) *n.* **1.** a two-year-old sheep. **2.** the fleece of a two-year-old sheep. [C16: of unknown origin]

**tegmen** ('tɛgmən) *n., pl.* **-mina** (-mɪnə). **1.** either of the leathery forewings of the cockroach and related insects. **2.** the delicate inner covering of a seed. **3.** any similar covering or layer. [C19: from Latin: a cover, variant of *tegimen,* from *tegere* to cover] —'**tegminal** *adj.*

**Tegucigalpa** (*Spanish* teɣuθi'ɣalpa) *n.* the capital of Honduras, in the south on the Choluteca River: founded about 1579; university (1847). Pop.: 604 600 (1986).

**tegular** ('tɛgjʊlə) *adj.* **1.** of, relating to, or resembling a tile or tiles. **2.** *Biology.* overlapping like a series of tiles: *tegular scales.* [C18: from Latin *tēgula* a tile, from *tegere* to cover] —'**tegularly** *adv.*

**tegument** ('tɛgjʊmənt) *n.* a less common word for **integument.** [C15: from Latin *tegumentum* a covering, from *tegere* to cover] —**tegumental** (ˌtɛgjʊ'mɛntᵊl) *or* ˌ**tegu'mentary** *adj.*

**te-hee** ('tiː'hiː) *interj., n., vb.* a variant spelling of **tee-hee.**

**Tehran** *or* **Teheran** (tɛə'rɑːn, -'ræn) *n.* the capital of Iran, at the foot of the Elburz Mountains: built on the site of the ancient capital Ray, destroyed by Mongols in 1220; became capital in the 1790s; three universities. Pop.: 6 022 078 (1986).

**Tehuantepec** (tə'wɑːntəˌpɛk) *n.* **Isthmus of.** the narrowest part of S Mexico, with the Bay of Campeche on the north coast and the **Gulf of Tehuantepec** (an inlet of the Pacific) on the south coast.

**Teide** *or* **Teyde** (*Spanish* 'teiðe) *n.* **Pico de** ('piko de). a volcanic mountain in the Canary Islands, on Tenerife. Height: 3718 m (12 198 ft.).

***te igitur*** *Latin.* (teɪ 'ɪgɪˌtʊə; *English* tiː 'ɪdʒɪˌtʊə) *n. R.C. Church.* the first prayer of the canon of the Mass, which begins *Te igitur clementissime Pater* (*Thee, therefore, most merciful Father*).

**Teilhard de Chardin** (*French* tɛjar də ʃardɛ̃) *n.* **Pierre** (pjɛr). 1881–1955, French Jesuit priest, palaeontologist, and philosopher. *The Phenomenon of Man* (1938–40), uses scientific evolution to prove the existence of God.

**teind** (tiːnd) *n., vb.* a Scot. and northern English word for **tithe.**

**Tejo** ('tɔʒu) *n.* the Portuguese name for the **Tagus.**

**Te Kanawa** (teɪ 'kɑːnəwə) *n.* Dame **Kiri** ('kɪrɪ). born 1944, New Zealand operatic soprano.

**tektite** ('tɛktaɪt) *n.* a small dark glassy object found in several areas around the world, thought to be a product of meteorite impact. See also **moldavite.** [C20: from Greek *tēktos* molten]

**tel.** *abbrev. for:* **1.** telegram. **2.** telegraph(ic). **3.** telephone.

**tel-** *combining form.* a variant of **tele-** and **telo-** before a vowel.

**tela** ('tiːlə) *n., pl.* **-lae** (-liː). *Anatomy.* any delicate tissue or weblike structure. [from New Latin, from Latin: a web]

**telaesthesia** *or U.S.* **telesthesia** (ˌtɛlɪs'θiːzɪə) *n.* the alleged perception of events that are beyond the normal range of perceptual processes. Compare **telegnosis, clairvoyance.** —**telaesthetic** *or U.S.* **telesthetic** (ˌtɛlɪs'θɛtɪk) *adj.*

**telamon** ('tɛləmən) *n., pl.* **telamones** (ˌtɛlə'məʊniːz) *or* **-mons.** a column in the form of a male figure, used to support an entablature. Also called: **atlas.** Compare **caryatid.** [C18: via Latin from Greek, from *tlēnai* to bear]

**Telamon** ('tɛləmən, -ˌmɒn) *n. Greek myth.* a king of Salamis; brother of Peleus and father of Teucer and Ajax.

**Telanaipura** (ˌtɛlənaɪ'pʊərə) *n.* another name for **Jambi.**

**telangiectasis** (tɪˌlændʒɪ'ɛktəsɪs) *or* **telangiectasia** (tɪˌlændʒɪɛk'teɪzɪə) *n., pl.* **-ses** (-ˌsiːz). *Pathol.* an abnormal dilation of the capillaries or terminal arteries producing blotched red spots, esp. on the face or thighs. [C19: New Latin, from Greek *telos* end + *angeion* vessel + *ektasis* dilation] —**telangiectatic** (tɪˌlændʒɪɛk'tætɪk) *adj.*

**Telautograph** (tɛl'ɔːtəˌgræf, -ˌgrɑːf) *n. Trademark.* a telegraphic device for reproducing handwriting, drawings, etc., the movements of an electromagnetically controlled pen at one end being transmitted along a line to a similar pen at the receiving end. —**telˌauto'graphic** *adj.* —**telautography** (ˌtɛlɔː'tɒgrəfɪ) *n.*

**Tel Aviv** ('tɛl ə'viːv) *n.* a city in W Israel, on the Mediterranean: the largest city and chief financial centre in Israel; incorporated the city of Jaffa in 1950; university (1953). Pop.: 320 000 (1988 est.). Official name: **Tel Aviv-Jaffa** ('tɛl ə'viːv'dʒæfə).

**tele-** *or before a vowel* **tel-** *combining form.* **1.** at or over a distance; distant: *telescope; telegony; telekinesis; telemeter.* **2.** television: *telecast.* **3.** by means of or via telephone or television. [from Greek *tele* far]

**telecast** ('tɛlɪˌkɑːst) *vb.* **-casts, -casting, -cast** *or* **-casted. 1.** to broadcast (a programme) by television. ~*n.* **2.** a television broadcast. —'**teleˌcaster** *n.*

**telecine** ('tɛlɪˌsɪnɪ) *n.* apparatus for producing a television signal from cinematograph film.

**telecom** ('tɛlɪˌkɒm) *or* **telecoms** ('tɛlɪˌkɒmz) *n.* (*functioning as sing.*) short for **telecommunications.**

**telecommunication** (ˌtɛlɪkəˌmjuːnɪ'keɪʃən) *n.* the telegraphic or telephonic communication of audio or video information over a distance by means of radio waves, optical signals, etc., or along a transmission line.

**telecommunications** (ˌtɛlɪkəˌmjuːnɪ'keɪʃənz) *n.* (*functioning as sing.*) the science and technology of communications by telephony, radio, television, etc.

**telecommuting** (ˌtɛlɪkə'mjuːtɪŋ) *n.* the use of home computers, telephones, etc., to enable a person to work from home while maintaining contact with colleagues, customers, or a central office. Also called: **teleworking.** —ˌ**telecom'muter** *n.*

**teledu** ('tɛlɪˌduː) *n.* a badger, *Mydaus javanensis,* of SE Asia and Indonesia, having dark brown hair with a white stripe along the back and producing a fetid secretion from the anal glands when attacked. [C19: from Malay]

**téléférique** (teɪleɪfeɪ'riːk) *n.* a variant spelling of **téléphérique.**

**teleg.** *abbrev. for:* **1.** telegram. **2.** telegraph(ic). **3.** telegraphy.

**telega** (tɪ'leɪgə) *n.* a rough four-wheeled cart used in Russia. [C16: from Russian]

**telegenic** (ˌtɛlɪ'dʒɛnɪk) *adj.* having or showing a pleasant television image. [C20: from TELE(VISION) + (PHOTO)GENIC] —ˌ**tele'genically** *adv.*

**telegnosis** (ˌtɛlə'nəʊsɪs, ˌtɛləg-) *n.* knowledge about distant events alleged to have been obtained without the use of any normal sensory mechanism. Compare **clairvoyance.** [C20: from TELE- + *-gnosis,* from Greek *gnōsis* knowledge] —**telegnostic** (ˌtɛlə'nɒstɪk, ˌtɛləg-) *adj.*

**Telegonus** (tɪ'lɛgənəs) *n. Greek myth.* a son of Odysseus and Circe, who sought his father and mistakenly killed him, later marrying Odysseus' widow Penelope.

**telegony** (tɪ'lɛgənɪ) *n. Genetics.* the supposed influence of a previous sire on offspring borne by a female to other sires. [C19: from TELE- + -GONY. Compare Greek *tēlegonos* "born far from one's homeland"] —**telegonic** (ˌtɛlɪ'gɒnɪk) *or* **te'legonous** *adj.*

**telegram** ('tɛlɪˌgræm) *n.* a communication transmitted by telegraph. See also **cable** (sense 5), **Telemessage.** —**telegrammatic** (ˌtɛlɪgrə'mætɪk) *or* ˌ**tele'grammic** *adj.*

**telegraph** ('tɛlɪˌgræf, -ˌgrɑːf) *n.* **1. a.** a device, system, or process by which information can be transmitted over a distance, esp. using radio signals or coded electrical signals sent along a transmission line connected to a transmitting and a receiving instrument. **b.** (*as modifier*): *telegraph pole.* **2.** a message transmitted by such a device, system, or process; telegram. ~*vb.* **3.** to send a telegram to (a person or place); wire. **4.** (*tr.*) to transmit or send by telegraph. **5.** (*tr.*) *Boxing, informal.* to prepare to deliver (a punch) so obviously that one's opponent has ample time to avoid it. **6.** (*tr.*) to give advance notice of (anything), esp. unintentionally. **7.** (*tr.*) *Canadian informal.* to cast (votes) illegally by impersonating registered voters. —**telegrapher** (tɪ'lɛgrəfə) *or* **te'legraphist** *n.*

**telegraphic** (ˌtɛlɪ'græfɪk) *adj.* **1.** used in or transmitted by telegraphy. **2.** of or relating to a telegraph. **3.** having a concise style; clipped: *telegraphic speech.* —ˌ**tele'graphically** *adv.*

**telegraph plant** *n.* a small tropical Asian leguminous shrub, *Desmodium gyrans,* having small leaflets that turn in various directions during the day and droop at night.

**telegraphy** (tɪ'lɛgrəfɪ) *n.* **1.** a system of telecommunications involving any process providing reproduction at a distance of written, printed, or pictorial matter. See also **facsimile** (sense 2). **2.** the skill or process of operating a telegraph.

**Telegu** ('tɛləˌguː) *n., adj.* a variant spelling of **Telugu.**

**telekinesis** (ˌtɛlɪkɪ'niːsɪs, -kaɪ-) *n.* **1.** the movement of a body caused by thought or willpower without the application of a physical force. **2.** the ability to cause such movement. —**telekinetic** (ˌtɛlɪkɪ'nɛtɪk, -kaɪ-) *adj.*

**Telemachus** (tɪ'lɛməkəs) *n. Greek myth.* the son of Odysseus and Penelope, who helped his father slay his mother's suitors.

**Telemann** (*German* 'teːləman) *n.* **Georg Philipp** ('geːɔrk 'fiːlɪp). 1681–1767, German composer, noted for his prolific output.

**telemark** ('tɛlɪˌmɑːk) *n.* **1.** *Skiing.* a turn in which one ski is placed far forward of the other and turned gradually inwards. **2.** a step in ballroom dancing involving a heel pivot. [C20: named after *Telemark,* county in Norway]

**telemarketing** ('tɛlɪˌmɑːkɪtɪŋ) *n.* another name for **telesales.** [C20: short for TELE(PHONE) MARKETING] —'**teleˌmarketer** *n.*

**Telemessage** ('tɛlɪˌmɛsɪdʒ) *n. Trademark.* a message sent by telephone or telex and delivered in printed form; in Britain, it has replaced the telegram.

**telemeter** (tɪ'lɛmɪtə) *n.* **1.** any device for recording or measuring a distant event and transmitting the data to a receiver or observer. **2.** any device or apparatus used to measure a distance without directly comparing it with a measuring rod, etc., esp. one that depends on the measurement of angles. ~*vb.* **3.** (*tr.*) to obtain and transmit (data) from a distant source, esp. from a spacecraft. —**telemetric** (ˌtɛlɪ'mɛtrɪk) *or* ˌ**tele'metrical** *adj.* —ˌ**tele'metrically** *adv.*

**telemetry** (tɪ'lɛmɪtrɪ) *n.* **1.** the use of radio waves, telephone lines, etc., to transmit the readings of measuring instruments to a device on which the readings can be indicated or recorded. See also **radiotelemetry. 2.** the measurement of linear distance using a tellurometer.

**telencephalon** (ˌtɛlɛn'sɛfəˌlɒn) *n.* the cerebrum together with related parts of the hypothalamus and the third ventricle. —**telencephalic** (ˌtɛlɛnsɪ'fælɪk) *adj.*

**teleological argument** *n. Philosophy.* the argument purporting to prove the existence of God from empirical facts, the premise being that the universe shows evidence of order and hence design. Also called: **argument from design.** Compare **ontological argument, cosmological argument.**

**teleology** (ˌtɛlɪ'ɒlədʒɪ, ˌtiːlɪ-) *n.* **1.** *Philosophy.* **a.** the doctrine that there is evidence of purpose or design in the universe, and esp. that this provides proof of the existence of a Designer. **b.** the belief that certain phenomena are best explained in terms of purpose rather than cause. **c.** the systematic study of such phenomena. ~See also **final cause. 2.** *Biology.* the belief that natural phenomena have a predetermined purpose and are not determined by mechanical laws. [C18: from New Latin *teleologia,* from Greek *telos* end + -LOGY] —**teleological** (ˌtɛlɪə'lɒdʒɪkᵊl, ˌtiːlɪ-) *or* ˌ**teleo'logic** *adj.* —ˌ**teleo'logically** *adv.* —ˌ**tele'ologism** *n.* —ˌ**tele'ologist** *n.*

**teleost** ('tɛlɪˌɒst, 'tiːlɪ-) *n.* **1.** any bony fish of the subclass *Teleostei,* having rayed fins and a swim bladder: the group contains most of the bony fishes, including the herrings, carps, eels, cod, perches, etc. ~*adj.* **2.** of, relating to, or belonging to the *Teleostei.* [C19: from New Latin *teleostei* (pl.) creatures having complete skeletons, from Greek *teleos* complete + *osteon* bone]

**telepath** ('tɛlɪˌpæθ) *n.* **1.** a person who is telepathic. ~*vb.* (*intr.*) **2.** to practise telepathy.

**telepathize** *or* **telepathise** (tɪ'lɛpəˌθaɪz) *vb.* (*intr.*) to practise telepathy.

**telepathy** (tɪ'lɛpəθɪ) *n. Psychol.* the communication between people of thoughts, feelings, desires, etc., involving mechanisms that cannot be understood in terms of known scientific laws. Also called: **thought transference.** Compare **telegnosis, clairvoyance.** [C19: from TELE- + Greek *patheia* feeling, perception: see -PATHY] —**telepathic** (ˌtɛlɪ'pæθɪk) *adj.* —ˌ**tele'pathically** *adv.* —**te'lepathist** *n.*

**téléphérique** *or* **téléférique** (teɪleɪfeɪ'riːk) *n.* **1.** a mountain cable car. **2.** a cableway. [C20: from French]

**telephone** ('tɛlɪˌfəʊn) *n.* **1. a.** Also called: **telephone set.** an electrical device for transmitting speech, consisting of a microphone and receiver mounted on a handset. **b.** (*as modifier*): *a telephone receiver.* **2. a.** a worldwide system of communications using telephones. The microphone in one telephone converts sound waves into electrical oscillations that are transmitted along a telephone wire or by radio to one or more distant sets, the receivers of which reconvert the incoming signal into the original sound. **b.** (*as modifier*): *a telephone exchange; a telephone call.* **3.** See **telephone box.** ~*vb.* **4.** to call or talk to (a person) by telephone. **5.** to transmit (a recorded message, radio or television programme, or other information) by telephone, using special transmitting and receiving equipment. ~Often shortened to **phone.** —'**teleˌphoner** *n.* —**telephonic** (ˌtɛlɪ'fɒnɪk) *adj.* —ˌ**tele'phonically** *adv.*

**telephone answering machine** *n.* the full name for **answering machine.**

**telephone box** *n.* a soundproof enclosure from which a paid telephone call can be made. Also called: **telephone kiosk, telephone booth.**

**telephone directory** *n.* a book listing the names, addresses, and telephone numbers of subscribers in a particular area.

**telephone number** *n.* a set of figures identifying the telephone of a particular subscriber, and used in making connections to that telephone.

**telephone selling** *n.* another name for **telesales.**

**telephonist** (tɪ'lɛfənɪst) *n. Brit.* a person who operates a telephone switchboard. Also called (esp. U.S.): **telephone operator.**

**telephony** (tɪ'lɛfənɪ) *n.* a system of telecommunications for the transmission of speech or other sounds.

**telephotography** (ˌtɛlɪfə'tɒgrəfɪ) *n.* the process or technique of photographing distant objects using a telephoto lens. —**telephotographic** (ˌtɛlɪˌfəʊtə'græfɪk) *adj.*

**telephoto lens** ('tɛlɪˌfəʊtəʊ) *n.* a compound camera lens in which the focal length is greater than that of a simple lens of the same dimensions and thus produces a magnified image of a distant object. See also **zoom lens.**

**teleport** ('tɛlɪˌpɔːt) *vb.* (*tr.*) to move by means of telekinesis. [C20: from TELE- + PORT[1]]

**teleprinter** ('tɛlɪˌprɪntə) *n.* **1.** a telegraph apparatus consisting of a keyboard transmitter, which converts a typed message into coded pulses for transmission along a wire or cable, and a printing receiver, which converts incoming signals and prints out the message. U.S. name: **teletypewriter.** See also **telex, radioteletype. 2.** a network of such devices, widely used for communicating information, etc. **3.** a similar device used for direct input/output of data into a computer at a distant location.

**teleprocessing** (ˌtɛlɪ'prəʊsɛsɪŋ) *n.* the use of remote computer terminals connected to a central computer to process data.

**Teleprompter** ('tɛlɪˌprɒmptə) *n. Trademark.* the U.S. and Canadian name for **Autocue.**

**Teleran** ('tɛləˌræn) *n. Trademark.* an electronic navigational aid in which the image of a ground-based radar system is televised to aircraft in flight so that a pilot can see the position of his aircraft in relation to others. [C20: from *Tele(vision) R(adar) A(ir) N(avigation)*]

**telerecording** (ˌtɛlɪrɪ'kɔːdɪŋ) *n.* the recording of television signals on tape or, more usually, on film.

**telesales** ('tɛlɪˌseɪlz) *n.* (*functioning as sing.*) the selling or attempted selling of a particular commodity or service by a salesman who makes his initial approach by telephone. Also called: **telemarketing, telephone selling.**

**telescience** ('tɛlɪˌsaɪəns) *n. Astronautics.* the investigation of remotely controlled scientific experiments.

**telescope** ('tɛlɪˌskəʊp) *n.* **1.** an optical instrument for making distant objects appear closer by use of a combination of lenses (**refracting telescope**) or lenses and curved mirrors (**reflecting telescope**). See also **terrestrial telescope, astronomical telescope, Cassegrainian telescope, Galilean telescope, Newtonian telescope. 2.** any instrument, such as a radio telescope, for collecting, focusing, and detecting electromagnetic radiation from space. ~*vb.* **3.** to crush together or be crushed together, as in a collision: *the front of the car was telescoped by the impact.* **4.** to fit together like a set of cylinders that slide into one another, thus allowing extension and shortening. **5.** to make or become smaller or shorter: *the novel was telescoped into a short play.* [C17: from Italian *telescopio* or New Latin *telescopium,* literally: far-seeing instrument; see TELE-, -SCOPE]

**telescopic** (ˌtɛlɪ'skɒpɪk) *adj.* **1.** of or relating to a telescope. **2.** seen through or obtained by means of a telescope. **3.** visible only with the aid of a telescope. **4.** able to see far. **5.** having or consisting of parts that telescope: *a telescopic umbrella.* —ˌ**tele'scopically** *adv.*

**telescopic sight** *n.* a telescope mounted on a rifle, etc., used for sighting.

**Telescopium** (ˌtɛlɪ'skəʊpɪəm) *n., Latin genitive* **Telescopii** (ˌtɛlɪ'skəʊpɪˌaɪ). an inconspicuous constellation in the S hemisphere, close to Sagittarius and Ara. [New Latin; see TELESCOPE]

**telescopy** (tɪ'lɛskəpɪ) *n.* the branch of astronomy concerned with the use and design of telescopes.

**telesis** ('tɛlɪsɪs) *n.* the purposeful use of natural and social processes to obtain specific social goals. [C19: from Greek: event, from *telein* to fulfil, from *telos* end]

**telesoftware** (ˌtɛlɪ'sɒftwɛə) *n.* the transmission of computer programs on a teletext system.

**telespectroscope** (ˌtɛlɪ'spɛktrəˌskəʊp) *n.* a combination of a telescope and a spectroscope, used for spectroscopic analysis of radiation from stars and other celestial bodies.

**telestereoscope** (ˌtɛlɪ'stɪərɪəˌskəʊp, -'stɛrɪə-) *n.* an optical instrument for obtaining stereoscopic images of distant objects.

**telesthesia** (ˌtɛlɪs'θiːzɪə) *n.* the usual U.S. spelling of **telaesthesia.** —**telesthetic** (ˌtɛlɪs'θɛtɪk) *adj.*

**telestich** (tɪ'lɛstɪk, 'tɛlɪˌstɪk) *n.* a short poem in which the last letters of each successive line form a word. [C17: from Greek *telos* end + STICH]

**Telesto** (tɪ'lɛstəʊ) *n. Astronomy.* the thirteenth satellite of Saturn, discovered in 1980.

**teletex** ('tɛlɪˌtɛks) *n.* an international means of communicating text between a variety of terminals.

**Teletext** ('tɛlɪˌtɛkst) *n. Trademark.* a form of Videotex in which information is broadcast by a television station and received on an adapted television set. **Ceefax** is provided by the BBC and **Oracle** by ITV.

**telethon** ('tɛləˌθɒn) *n.* a lengthy television programme to raise charity funds, etc. [C20: from TELE- + MARATHON]

**Teletype** ('tɛlɪˌtaɪp) *n.* **1.** *Trademark.* a type of teleprinter. **2.** (*sometimes not cap.*) a network of such devices, used for communicating messages, information, etc. ~*vb.* **3.** (*sometimes not cap.*) to transmit (a message) by Teletype.

**Teletypesetter** (ˌtɛlɪ'taɪpˌsɛtə, 'tɛlɪˌtaɪp-) *n. Trademark, printing.* a keyboard device whose output can either be punched tape, which can be used directly to operate a line-casting machine, or be transmitted by cable or wire to operate such a machine indirectly. —ˌ**tele'typeˌsetting** *n.*

**teletypewriter** (ˌtɛlɪ'taɪpˌraɪtə, 'tɛlɪˌtaɪp-) *n.* a U.S. name for **teleprinter.**

**teleutospore** (tɪ'luːtəˌspɔː) *n.* another name for **teliospore.** [C19: from Greek *teleutē,* from *telos* end + SPORE] —**teˌleuto'sporic** *adj.*

**televangelist** (ˌtɛlɪ'vændʒəlɪst) *n. U.S.* an evangelical preacher who appears regularly on television, preaching the gospel and appealing for donations from viewers. [C20: from TELE(VISION + E)VANGELIST]

**televise** ('tɛlɪˌvaɪz) *vb.* **1.** to put (a programme) on television. **2.** (*tr.*) to transmit (a programme, signal, etc.) by television.

**television** ('tɛlɪˌvɪʒən) *n.* **1.** the system or process of producing on a distant screen a series of transient visible images, usually with an accompanying sound signal. Electrical signals, converted from optical images by a camera tube, are transmitted by UHF or VHF radio waves or by cable and reconverted into optical images by means of a television tube inside a television set. **2.** Also called:

Digitized by the Internet Archive
in 2022 with funding from
Kahle/Austin Foundation

https://archive.org/details/webstersnewworld0000unse_d3t1

THIRD COLLEGE EDITION

# Webster's New World™ Dictionary

OF AMERICAN ENGLISH

VICTORIA NEUFELDT
Editor in Chief

DAVID B. GURALNIK
Editor in Chief Emeritus

Webster's New World
New York



RANDOM HOUSE
Webster's
COLLEGE DICTIONARY

RANDOM HOUSE · NEW YORK

Copyright © 1991 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this publication may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th St., New York, NY 10022. Published in the United States by Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

*Random House Living Dictionary Project* is a trademark of Random House, Inc.

Library of Congress Cataloging-in-Publication Data

Random House Webster's college dictionary.
p. cm.
ISBN 0-679-40110-5; ISBN 0-679-40100-8
1. English language—Dictionaries.
PE1628.W55185 1990 423—dc20 90-21963

Ref
39999 01110 972 3 10/4/91

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

International Phonetic Alphabet, courtesy International Phonetic Association

Random House Publications are available at special discounts for corporate use, in bulk purchases of 100 copies or more for promotions or premiums. Special editions, including personalized covers and corporate imprints, can be created in large quantities for special needs. For more information, write to the Director of Special Markets, Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022.

Manufactured in the United States of America

r.o/sr

**calci-**, a combining form meaning "calcium," "calcium salt," "calcite": *calciferous*. Also, esp. before a vowel, **calc-**. [< L *calc-*, s. of *calx* lime (cf. CHALK) + -I-]

**cal·cic** (kal′sik), *adj.* of or containing lime or calcium. [1870–75]

**cal·ci·cole** (kal′si kōl′), *n.* any plant capable of thriving in calcareous soil. [1880–85; back formation from *calcicolous* growing in limy earth. See CALCI-, -COLOUS] —**cal·cic′o·lous** (-sik′ə ləs), *adj.*

**cal·cif·er·ol** (kal sif′ə rôl′, -rol′), *n.* a fat-soluble, crystalline, unsaturated alcohol, $C_{28}H_{43}OH$, occurring in milk, fish-liver oils, etc., produced by ultraviolet irradiation of ergosterol and used as a dietary supplement, as in fortified milk. Also called **vitamin D₂**. [1930–35; CALCIF(EROUS) + (ERGOST)EROL]

**cal·cif·er·ous** (kal sif′ər əs), *adj.* **1.** forming salts of calcium, esp. calcium carbonate. **2.** containing calcium carbonate. [1790–1800]

**cal·cif·ic** (kal sif′ik), *adj.* of or pertaining to calcification. [1860–65; CALCI- + -FIC]

**cal·ci·fi·ca·tion** (kal′sə fi kā′shən), *n.* **1.** a changing into lime. **2.** the deposition of lime or insoluble salts of calcium and magnesium, as in a tissue. **3.** *Anat., Geol.* a calcified formation. **4.** a soil process in which the surface soil is supplied with calcium in such a way that the soil colloids are always close to saturation. **5.** a hardening or solidifying; rigidity. [1840–50]

**cal·ci·fuge** (kal′sə fyōōj′), *n.* any plant incapable of thriving in calcareous soil. [1880–85] —**cal·cif′u·gous** (-sif′yə gəs), *adj.*

**cal·ci·fy** (kal′sə fī′), *v.t., v.i.* **-fied, -fy·ing. 1.** to make or become calcareous or bony; harden by the deposit of calcium salts. **2.** to make or become rigid or inflexible, as in an intellectual or political position. [1830–40]

**cal·ci·mine** or **kal·so·mine** (kal′sə mīn′, -min), *n., v.,* **-mined, -min·ing.** —*n.* **1.** a white or tinted wash for walls, ceilings, etc. —*v.t.* **2.** to wash or cover with calcimine. [1860–65; appar. CALCI- + *-mine*, of uncert. orig.] —**cal′ci·min′er,** *n.*

**cal·cine** (kal′sīn, -sin), *v.,* **-cined, -cin·ing,** *n.* —*v.t., v.i.* **1.** to convert into calx by heating or burning. —*n.* **2.** material resulting from calcination; calx. [1350–1400; ME < ML *calcināre*, der. of LL *calcina* lime, der. of L *calx*; see CALX, -INE¹] —**cal·cin′a·ble** (-sə nə bəl), *adj.* —**cal·ci·na′tion** (-nā′shən), *n.* —**cal′ci·na′tor** (-tor), *n.*

**cal·ci·no·sis** (kal′sə nō′sis), *n.* an abnormal condition characterized by the deposit of calcium salts in various tissues of the body. [1925–30; perh. CALCINE (erroneously taken as synonymous with CALCIFY) + -OSIS]

**cal·cite** (kal′sīt), *n.* a common mineral, calcium carbonate, $CaCO_3$, found in a great variety of crystalline forms: a major constituent of limestone, marble, and chalk. [1840–50] —**cal·cit′ic** (-sit′ik), *adj.*

**cal·ci·to·nin** (kal′si tō′nin), *n.* a thyroid hormone involved in regulating calcium levels in the blood. [1960–65; CALCI- + TONE + -IN¹]

**cal·cit·ri·ol** (kal si′trē ôl′, -ol′), *n.* **1.** a vitamin D compound derived from cholesterol, involved in the regulating and absorption of calcium. **2.** a preparation of this compound, used in the treatment of osteoporosis and bone fracture. [1975–80; appar. CALCI(UM) + TRIOL]

**cal·ci·um** (kal′sē əm), *n.* a silver-white divalent metal, combined in limestone, chalk, etc., occurring also in animals in bone, shell, etc. *Symbol:* Ca; *at. wt.:* 40.08; *at. no.:* 20; *sp. gr.:* 1.55 at 20°C. [1808; < L *calc-*, s. of *calx* lime, limestone (akin to Gk *chálix* pebble, gravel) + NL *-ium* -IUM]

**cal′cium block′er,** *n.* a drug that prevents the influx of calcium into the smooth muscle of the heart or arterioles, used in the treatment of angina, hypertension, and certain arrhythmias. Also called **calcium chan′nel block′er.**

**cal′cium car′bide,** *n.* a grayish black powder, $CaC_2$, used chiefly to generate acetylene by decomposing it in water. [1885–90]

**cal′cium car′bonate,** *n.* a white powder, $CaCO_3$, occurring in nature as calcite, chalk, etc., used in dentifrices and polishes and in manufacturing lime and cement. [1870–75]

**cal′cium chlo′ride,** *n.* a deliquescent crystalline compound, $CaCl_2$, used as a drying agent and preservative. [1880–85]

**cal′cium cyan′amide,** *n.* a gray-black powder, $CaCN_2$, used as a fertilizer and herbicide. [1905–10]

**cal′cium fluor′ide,** *n.* a white, crystalline compound, $CaF_2$, used as a decay preventive in dentifrices.

**cal′cium glu′conate,** *n.* a white powder, $CaC_{12}H_{22}O_{14}$, used as a calcium dietary supplement. [1880–85; *gluconate* a salt of gluconic acid, obtained by oxidation of glucose; see GLUCOSE, -ONIC]

**cal′cium hydrox′ide,** *n.* a white powder, $Ca(OH)_2$, used in mortar, plaster, and cement. [1885–90]

**cal′cium hypochlo′rite,** *n.* a white, crystalline compound, $Ca(OCl)_2$, used as a disinfectant and bleaching agent. [1885–90]

**cal′cium light′,** *n.* a brilliant white light produced by heating lime to incandescence; limelight. [1860–65]

**cal′cium phos′phate,** *n.* a phosphate of calcium, used as a fertilizer, food additive, and in baking powder. [1865–70]

**cal′cium pro′pionate,** *n.* a white, water-soluble powder, $CaC_6H_{10}O_4$, used in bakery products to inhibit the growth of fungi.

**calc-sin·ter** (kalk′sin′tər), *n.* TRAVERTINE. [1815–25; < G *Kalksinter* = *Kalk* lime, calcium (OHG *kalk, kalch* << L *calx*, s. *calc-*; see CHALK, CALCIUM) + *Sinter* SINTER]

**cal·cu·la·ble** (kal′kyə lə bəl), *adj.* **1.** determinable by calculation; ascertainable. **2.** able to be counted on; reliable. [1725–35] —**cal′cu·la·bil′i·ty,** *n.* —**cal′cu·la·bly,** *adv.*

**cal·cu·late** (kal′kyə lāt′), *v.,* **-lat·ed, -lat·ing.** —*v.t.* **1.** to determine or ascertain by mathematical methods; compute: *to calculate the velocity of light.* **2.** to determine by reasoning or practical experience; estimate; gauge. **3.** to make suitable or fit for a purpose; adapt: *The remarks were calculated to inspire confidence.* **4.** *Chiefly Northern U.S.* **a.** to think; guess. **b.** to intend; plan. —*v.i.* **5.** to make a calculation. **6.** to count or rely (usu. fol. by *on* or *upon*). [1560–70; < LL *calculātus*, ptp. of *calculāre* to reckon, der. of L *calculus* pebble (see CALCULUS)]

**cal·cu·lat·ed** (kal′kyə lā′tid), *adj.* **1.** arrived at by mathematical calculation. **2.** carefully thought out or planned. **3.** deliberate; intentional. [1715–25] —**cal′cu·lat′ed·ly,** *adv.* —**cal′cu·lat′ed·ness,** *n.*

**cal·cu·lat·ing** (kal′kyə lā′ting), *adj.* **1.** capable of performing arithmetic calculations. **2.** shrewd or cautious. **3.** selfishly scheming. [1800–10] —**cal′cu·lat′ing·ly,** *adv.*

**cal·cu·la·tion** (kal′kyə lā′shən), *n.* **1.** the act or process of calculating; computation. **2.** the result or product of calculating. **3.** an estimate based on the known facts; forecast. **4.** forethought; prior or careful planning. **5.** scheming selfishness. [1350–1400; ME < LL] —**cal′cu·la′tive** (-lā′tiv, -lə tiv), **cal′cu·la′tion·al, cal′cu·la·to′ry** (-lə tôr′ē, -tōr′ē), *adj.*

**cal·cu·la·tor** (kal′kyə lā′tər), *n.* **1.** a small, hand-operated electronic or mechanical device that performs calculations. **2.** a set of tables that facilitate calculation. **3.** a person who calculates or computes. [1375–1425; late ME < L]

**cal·cu·lous** (kal′kyə ləs), *adj.* characterized by the presence of calculus, or stone. [1400–50; late ME < L]

**cal·cu·lus** (kal′kyə ləs), *n., pl.* **-li** (-lī′), **-lus·es. 1.** a method of calculation, esp. one of several highly systematic methods of treating problems by a special system of algebraic notations, as differential or integral calculus. **2.** a stone, or concretion, formed in the gallbladder, kidney, or other part of the body. **3.** a hard, yellowish to brownish black deposit on teeth formed largely through the calcification of dental plaque; tartar. [1610–20; < L: pebble, small stone (used in reckoning) = *calc-*, s. of *calx* limestone (see CALCIUM) + *-ulus* -ULE]

**Cal·cut·ta** (kal kut′ə), *n.* the capital of West Bengal state, in E India, on the Hooghly River: former capital of British India. 9,166,000.

**Cal·der** (kôl′dər), *n.* **Alexander,** 1898–1976, U.S. sculptor: originator of mobiles.

**cal·de·ra** (kal dēr′ə, kôl-), *n., pl.* **-ras.** a large, basinlike depression resulting from the explosion or collapse of the center of a volcano. [1860–65; < Sp *Caldera* lit., cauldron < LL *caldāria*, n. use of fem. of *caldārius* of warming; see CAULDRON]

**Cal·de·rón de la Bar·ca** (käl′də rôn′ del′ə bär′kə), *n.* **Pedro,** 1600–81, Spanish dramatist and poet.

**cal·dron** (kôl′drən), *n.* CAULDRON.

**Cald·well** (kôld′wel, -wəl), *n.* **1. Erskine,** born 1903, U.S. novelist. **2. Sarah,** born 1924, U.S. conductor and opera producer.

**Ca·leb** (kā′ləb), *n.* a Hebrew leader, sent as a spy into the land of Canaan. Num. 13:6.

**ca·lèche** (kə lesh′), *n.* CALASH (def. 1). [1660–70; < F; see CALASH]

**Cal·e·do·ni·a** (kal′i dō′nē ə), *n.* *Chiefly Literary.* Scotland. —**Cal′e·do′ni·an,** *n., adj.*

**Caledo′nian Canal′,** *n.* a canal in N Scotland, extending NE from the Atlantic to the North Sea. 60½ mi. (97 km) long.

**cal·e·fac·tion** (kal′ə fak′shən), *n.* **1.** the act of heating. **2.** a heated state. [1540–50; < L *calefactiō* = *calefac(ere)* to heat (*cale-*, var. s. of *calēre* to be warm + *facere* to make, DO¹) + *-tiō* -TION] —**cal′e·fac′tive,** *adj.*

**cal·e·fac·to·ry** (kal′ə fak′tə rē, -fak′trē), *adj., n., pl.* **-ries.** —*adj.* **1.** serving to heat. —*n.* **2.** a parlor or sitting room in a monastery. [1530–40; < LL]

**cal·en·dar** (kal′ən dər), *n., v.,* **-dared, -dar·ing.** —*n.* **1.** a table or register with the days of each month and week in a year. **2.** any of various systems of reckoning time, esp. with reference to the beginning, length, and divisions of the year, as the Gregorian calendar or the Julian calendar. **3.** a list or register, esp. one arranged chronologically, as of appointments, cases to be tried in court, or bills to be considered by a legislature. **4.** *Obs.* a guide or example. —*v.t.* **5.** to enter in a calendar; register. [1175–1225; ME *calender* < AF < L *calendārium* account book = *Calend(ae)* CALENDS (when debts were due) + *-ārium* -ARY; see -AR²] —**ca·len·dri·cal** (kə len′dri kəl), **ca·len′dric,** *adj.*

**cal′endar day′,** *n.* the period from one midnight to the following midnight. [1840–50]

MONTHS OF PRINCIPAL CALENDARS

| GREGORIAN | | | | JEWISH | | | | ISLAMIC | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Number of Days | Month | Number of Days | Month | Number of Days | Month | Number of Days | Month | Number of Days | Month | Number of Days |
| January | 31 | July | 31 | Tishri[1] | 30 | Adar[2] | 29 | Muharram | 30 | Shaban | 29 |
| February | 28 | August | 31 | Heshvan | 29 | (in leap years | 30) | Safar | 29 | Ramadan | 30 |
| (in leap years | 29) | September | 30 | (in some years | 30) | Nisan[3] | 30 | Rabi I | 30 | Shawwal | 29 |
| March | 31 | October | 31 | Kislev | 29 | Iyar | 29 | Rabi II | 29 | Dhu 'l-Qa'da | 30 |
| April | 30 | November | 30 | (in some years | 30) | Sivan | 30 | Jumada I | 30 | Dhu 'l-Hijjah | 29 |
| May | 31 | December | 31 | Tevet | 29 | Tammuz | 29 | Jumada II | 29 | (in leap years | 30) |
| June | 30 | | | Shevat | 30 | Av | 30 | Rajab | 30 | | |
| | | | | | | Elul | 29 | | | | |

[1] The beginning of the civil year, corresponding to September–October.
[2] In leap years Adar is followed by the intercalary month of Veadar or Adar Sheni, having 29 days.
[3] The beginning of the ecclesiastical year, corresponding to March–April.

**cal′endar month′,** *n.* MONTH (def. 1). [1780–90]

**cal′endar year′,** *n.* See under YEAR (def. 1). [1900–10]

**calipers** (def. 1)
A, for inside diameters
B, for outside diameters

**cal·en·der** (kal′ən dər), *n., v.,* **-dered, -der·ing.** —*n.* **1.** a machine in which cloth, paper, or the like is smoothed, glazed, etc., by pressing between rotating cylinders. **2.** a machine for impregnating fabric with rubber, as in the manufacture of automobile tires. —*v.t.* **3.** to press in a calender. [1505–15; < MF *calandre*, by vowel assimilation < **colandre* < VL **colendra*, for L *cylindrus* CYLINDER] —**cal′en·der·er,** *n.*

**cal·ends** or **kal·ends** (kal′əndz), *n.* (often cap.) (usu. with a pl. v.) the first day of the month in the ancient Roman calendar. [1325–75; ME *kalendes* < L *kalendae* (pl.), perh. akin to *calāre* to proclaim]

**ca·len·du·la** (kə len′jə lə), *n., pl.* **-las. 1.** a composite plant, *Calendula officinalis*, with many-rayed orange or yellow flowers. **2.** the dried florets of this plant, sometimes used medicinally. **3.** any other plant of the genus *Calendula*. [1870–75; < ML = L *calend(ae)* CALENDS + *-ula* -ULE]

**cal·en·ture** (kal′ən chər, -chŏŏr′), *n.* a violent fever with delirium, affecting persons in the tropics. [1585–95; earlier *calentura* < Sp: fever = *calent(ar)* to heat (< L *calent-*, s. of *calēns*, prp. of *calēre* to be warm) + *-ura* -URE]

**calf¹** (kaf, käf), *n., pl.* **calves** (kavz, kävz). **1.** the young of the domestic cow or other bovine animal. **2.** the young of certain other mammals, as the elephant, seal, and whale. **3.** calfskin leather. **4.** *Informal.* an awkward, silly boy or man. **5.** a mass of ice detached from a glacier, iceberg, or floe. —*Idiom.* **6. kill the fatted calf,** to prepare an elaborate feast in welcome or celebration. [bef. 900; ME; OE *cealf*, *calf*, c. OS *kalf*, OHG *kalb*, ON *kalfr*] —**calf′less,** *adj.* —**calf′like′,** *adj.*

**calf²** (kaf, käf), *n., pl.* **calves** (kavz, kävz). the fleshy part of the back of the human leg below the knee. [1275–1325; ME < ON *kalfi*; akin to CALF¹]

**calf′ love′,** *n.* PUPPY LOVE. [1815–25]

**calf′s′-foot′ jel′ly,** *n.* jelly made from the stock of boiled calves' feet. [1765–75]

**calf·skin** (kaf′skin′, käf′-), *n.* **1.** the skin or hide of a calf. **2.** leather made from this skin. [1580–90]

**Cal·ga·ry** (kal′gə rē), *n.* a city in S Alberta, in SW Canada. 636,104.

**Cal·houn** (kal hōōn′, kə-), *n.* **John Caldwell,** 1782–1850, vice president of the U.S. 1825–32.

**Ca·li** (kä′lē), *n.* a city in SW Colombia. 1,350,565.

**Cal·i·ban** (kal′ə ban′), *n.* the ugly, beastlike slave of Prospero in Shakespeare's *The Tempest* (1611).

**cal·i·ber** (kal′ə bər), *n.* **1.** the diameter of a circular section, esp. the inside of a tube. **2.** the diameter of the bore of a gun taken as a unit of measurement. **3.** degree of capacity or competence; ability. Also, esp. *Brit.*, **cal′i·bre.** [1560–70; var. of *calibre* < MF << Ar *qālib* mold, last < Gk *kālapous* shoe last = *kālo-*, comb. form of *kālon* wood + *pous* FOOT] —**cal′i·bered;** esp. *Brit.*, **cal′i·bred,** *adj.*

**cal·i·brate** (kal′ə brāt′), *v.t.,* **-brat·ed, -brat·ing. 1. a.** to set or check the graduation of (a quantitative measuring instrument). **b.** to mark (a thermometer or other instrument) with indexes of degree or quantity. **2.** to determine the correct range for (a gun, mortar, etc.) by observing where the fired projectile hits. [1860–65] —**cal′i·bra′tion,** *n.* —**cal′i·bra′tor, cal′i·brat′er,** *n.*

**cal·i·ces** (kal′ə sēz′), *n.* pl. of CALIX.

**ca·li·che** (kə lē′chē), *n.* **1.** a surface deposit of sodium nitrate found in South American desert areas: formerly a major source of chemical fertilizer. **2.** a zone of calcium carbonate or other carbonates in soils of semiarid regions. Compare HARDPAN. [1855–60; < Sp: flake of lime = *cal* lime (< L *calx*; see CALCIUM) + *-iche* n. suffix]

**cal·i·co** (kal′i kō′), *n., pl.* **-coes, -cos,** *adj.* —*n.* **1.** a plain-woven cotton cloth printed with a figured pattern, usu. on one side. **2.** *Brit.* plain white cotton cloth. **3.** an animal having a spotted or particolored coat. —*adj.* **4.** made of calico. **5.** mottled or variegated in color. **6.** (of a domestic cat) having a variegated white, black, red, and cream coat. [1495–1505; short for *Calico cloth*, alter. of *Calicut cloth*, after CALICUT, from where it was orig. exported]

**cal′ico bass′** (bas), *n.* the black crappie. See under CRAPPIE. [1880–85, *Amer.*]

**cal′ico bug′,** *n.* HARLEQUIN BUG. [1885–90, *Amer.*]

**cal′ico bush′,** *n.* MOUNTAIN LAUREL. [1805–15, *Amer.*]

**Cal·i·cut** (kal′i kut′), *n.* a seaport in W Kerala, in SW India. 546,000. Formerly, **Kozhikode.**

**ca·lif** (kā′lif, kal′if), *n.* CALIPH.

**Calif.,** California.

**Cal·i·for·nia** (kal′ə fôrn′yə, -fôr′nē ə), *n.* **1.** a state in the W United States, on the Pacific coast. 29,839,000; 158,693 sq. mi. (411,015 sq. km). *Cap.:* Sacramento. *Abbr.:* CA, Cal., Calif. **2. Gulf of,** an arm of the Pacific Ocean, extending NW between the coast of W Mexico and the peninsula of Baja California. ab. 750 mi. (1207 km) long; 62,600 sq. mi. (162,100 sq. km). —**Cal′i·for′nian,** *adj., n.*

**Cal′ifor′nia con′dor,** *n.* See under CONDOR (def. 1). [1825–35]

**Cal′ifor′nia lau′rel,** *n.* a tree, *Umbellularia californica*, of the laurel family, native to the W coast of the U.S., having aromatic leaves, umbels of yellowish green flowers, and hard wood. [1870–75, *Amer.*]

**Califor′nia live′ oak′,** *n.* an evergreen oak, *Quercus agrifolia*, of the W coast of the U.S., having leathery leaves and a short, stout trunk.

**Cal′ifor′nia pop′py,** *n.* a poppy, *Eschscholzia californica*, having feathery bluish foliage and orange-yellow flowers. [1890–95, *Amer.*]

**cal·i·for·ni·um** (kal′ə fôr′nē əm), *n.* a transuranic element. *Symbol:* Cf; *at. no.:* 98. [1945–50; after the University of CALIFORNIA, where it was discovered; see -IUM]

**ca·lig·i·nous** (kə lij′ə nəs), *adj. Archaic.* misty; dim; dark. [1540–50; < L *cālīginōsus* misty = *cālīgin-*, s. of *cālīgō* mist + *-ōsus* -OUS]

**Ca·lig·u·la** (kə lig′yə lə), *n.* (*Gaius Caesar*), A.D. 12–41, emperor of Rome 37–41.

**cal·i·per** or **cal·li·per** (kal′ə pər), *n., v.,* **-pered, -per·ing.** —*n.* **1.** Usu., **calipers.** an instrument for measuring thicknesses and diameters, consisting usu. of a pair of adjustable pivoted legs. **2.** a calibrated instrument for measuring thickness or distances between surfaces, usu. having a screwed or sliding adjustable piece. **3.** thickness or depth, as of paper or a tree. **4.** the part of a disc brake assembly that presses the brake pads against the disc. See illus. at DISC BRAKE. —*v.t.* **5.** to measure with calipers. [1580–90; presumably alter. of CALIBER]

**ca·liph** or **ca·lif** (kā′lif, kal′if), *n.* a former title for any of the religious and civil rulers of the Islamic world, claiming succession from Muhammad. [1350–1400; ME *caliphe*, *califfe* < MF < ML *calipha* < Ar *khalīfa* successor (of Muhammad), der. of *khalafa* succeed] —**cal·iph·al** (kal′ə fəl, kā′lə-), *adj.*

**cal·iph·ate** (kal′ə fāt′, -fit, kā′lə-), *n.* the rank, jurisdiction, or government of a caliph. [1725–35]

**cal·is·then·ics** or **cal·lis·then·ics** (kal′əs then′iks), *n.* **1.** (*used with a pl. v.*) gymnastic exercises designed to develop physical health and vigor. **2.** (*used with a sing. v.*) the art, practice, or a session of such exercises. [1840–50; *cali-*, var. of CALLI- + Gk *sthén(os)* strength + -ICS] —**cal′is·then′ic, cal′is·then′i·cal,** *adj.*

**ca·lix** (kā′liks, kal′iks), *n., pl.* **cal·i·ces** (kal′i sēz′). a cup or chalice. [1705–10; < L; see CHALICE]

**calk¹** (kôk), *v.t.,* **calked, calk·ing,** *n.* (chiefly in technical use) CAULK.

**calk²** (kôk), *n., v.,* **calked, calk·ing.** —*n.* **1.** a projection on a horseshoe to prevent slipping on ice, pavement, etc. —*v.t.* **2.** to provide with calks. **3.** to injure with a calk. [1580–90; perh. a back formation from *calkin* with same sense (ME *kakun* < MD *calcoen* hoof << L *calcāneum* heel; see CALCANEUM), taken as a verb *calk* + *-in* prp. suffix (see -ING²)]

**call** (kôl), *v.,* **called, call·ing,** *n.* —*v.t.* **1.** to cry out in a loud voice: *to call someone's name.* **2.** to summon or invite to come: *to call a witness; to call the family to dinner.* **3.** to communicate or try to communicate with by telephone. **4.** to rouse from sleep, as by a call; waken. **5.** to read over (a roll or a list) in a loud voice. **6.** to convoke; convene: *to call a meeting.* **7.** to announce authoritatively; proclaim: *to call a strike.* **8.** to schedule: *to call a rehearsal.* **9.** to summon by or as if by divine command: *felt called to the ministry.* **10.** to summon to an office, duty, etc.: *He was called to the army.* **11.** to cause to come; bring: *to call a forgotten episode to mind.* **12.** to bring under consideration or discussion: *The judge called the case.* **13.** to attract or lure (birds or animals) by imitating characteristic sounds. **14.** to direct or attract (attention). **15.** to name or address (someone) as. **16.** to designate as something specified: *She called me a liar.* **17.** to think of as something specified; consider: *I call that a mean remark.* **18.** to demand of (someone) fulfillment of a promise, evidence for a statement, etc.: *They called him on his story.* **19.** to criticize; censure: *She called them on their vulgar language.* **20.** to demand payment or fulfillment of (a loan). **21.** to forecast correctly. **22.** (of a sports official) **a.** to pronounce a judgment on (a shot, pitch, batter, etc.). **b.** to put an end to (a contest) because of inclement weather, poor field conditions, etc. **23.** (in pool) to name (the ball) one intends to drive into a particular pocket. **24. a.** to equal (a bet) or equal the bet made by (the preceding bettor) in a round of poker. **b.** to signal one's partner in bridge for a lead of (a certain card or suit).
—*v.i.* **25.** to speak loudly, as to attract attention: *She called to the children.* **26.** to make a short visit. **27.** to telephone or try to telephone a person. **28. a.** to equal a bet in poker. **b.** to bid or pass in bridge. **29.** (of a bird or animal) to utter its characteristic cry. **30. call back, a.** to request or demand to return; recall. **b.** to return the telephone call of. **31. call down, a.** to request or pray for; invoke: *to call down the wrath of God.* **b.** to reprimand; scold. **32. call for, a.** to go or come to get; pick up; fetch. **b.** to request; summon. **c.** to require; demand; need. **33. call forth,** to summon into action; bring into existence. **34. call in, a.** to request payment for. **b.** to withdraw from circulation: *to call in gold certificates.* **c.** to appeal to for consultation; ask for help from. **35. call off, a.** to summon or take away: *Please call off your dog.* **b.** to cancel (something planned). **36. call on** or **upon, a.** to ask; appeal to. **b.** to visit for a short time. **37. call out, a.** to speak in a loud voice; shout. **b.** to summon into service or action: *Call out the militia!* **38. call up, a.** to bring forward or make available for consideration or action. **b.** to cause to remember; evoke. **c.** to make a telephone call to. **d.** to summon for action, esp. military service.
—*n.* **39.** a cry or shout. **40.** the vocal sound of a bird or other animal. **41.** an instrument for imitating this sound and luring an animal. **42.** an act or instance of telephoning. **43.** a short visit. **44.** a summons or signal sounded by a bugle, bell, etc. **45.** a summons, invitation, or bidding. **46.** ROLL CALL. **47.** fascination or appeal: *the call of the sea.* **48.** a mystic experience of divine appointment to a vocation or service: *a call to the ministry.* **49.** an invitation to accept a job as pastor, professor, etc. **50.** a need or occasion: *no call for panic.* **51.** a demand or claim: *a call on one's time.* **52. a.** an equaling of the preceding bet in poker. **b.** a bid or pass in bridge. **53.** a judgment or decision by an umpire, referee, or other official of a contest. **54. a.** a notice of rehearsal for performance. **b.** CURTAIN CALL. **55.** a figure or direction in square dancing, announced to the dancers by the caller. **56.** an option to buy a fixed amount of stock at a specified price by a certain date: done in the belief that the price will rise. Compare PUT (def. 37).
—*Idiom.* **57. call the shots** or **the tune,** to have the authority to make decisions. **58. on call, a.** payable or subject to return without notice. **b.** readily available for summoning upon short notice. **59. within call,** close enough to be spoken to or summoned. [1200–50; ME, prob. < ON *kalla* to call out, conflated with OE (West Saxon) *ceallian* to shout, c. MD *kallen* to talk, OHG *kallōn* to shout, akin to OE *-calla* herald]

**cal·la** (kal′ə), *n., pl.* **-las. 1.** Also called **cal′la lil′y.** any of several plants belonging to the genus *Zantedeschia*, of the arum family, esp. *Z. aethiopica*, having arrow-shaped leaves and a large white spathe enclosing a yellow spike. **2.** a related plant, *Calla palustris*, of cold marshes of Europe and North America, having heart-shaped leaves. [1800–10; < NL (Linnaeus), of uncert. orig.]

**call·a·ble** (kô′lə bəl), *adj.* **1.** capable of being called. **2.** subject to redemption prior to maturity, as a corporate bond. **3.** subject to payment on demand. [1820–30]

**cal·la·loo** (kal′ə lōō′, kal′ə lōō′), *n.* a thick soup of crabmeat, greens,

to apply procedures or methods. [1810–20; < F (adj., n.) < Gk *technikós, technikḗ;* see TECHNIC]

**techno-,** a combining form representing TECHNIQUE or TECHNOLOGY: *technocracy.*

**tech·noc·ra·cy** (tek nok′rə sē), *n., pl.* **-cies. 1.** a theory or movement advocating management and control of the economy, government, and social system by technological experts. **2.** a system of government in which this theory is applied. [1919]

**tech·no·crat** (tek′nə krat′), *n.* **1.** a proponent of technocracy. **2.** a technologist. [1930–35] —**tech′no·crat′ic,** *adj.*

**technol.,** technology.

**tech·nol·o·gy** (tek nol′ə jē), *n., pl.* **-gies. 1.** the branch of knowledge that deals with applied science, engineering, the industrial arts, etc. **2.** the application of knowledge for practical ends. **3.** a technological process, invention, or method. **4.** the sum of the ways in which social groups provide themselves with the material objects of their civilization. **5.** the terminology of a field; technical nomenclature. [1605–15; < Gk *technologia* systematic treatment = *techno-* (< *téchnē*) art, craft, skill, set of rules in art (akin to *téktōn;* see TECTONIC) + *-o-* -O- + *-logia* -LOGY] —**tech′no·log′i·cal** (-nə loj′i kəl), **tech′no·log′ic,** *adj.* —**tech′no·log′i·cal·ly,** *adv.* —**tech·nol′o·gist,** *n.*

**tech·no·pop** (tek′nō pop′), *n.* SYNTHPOP. [1980–85]

**tech·no·struc·ture** (tek′nō struk′chər), *n.* the group of technically skilled administrators, engineers, and scientists who manage or control business, the economy, or government affairs. [1965–70]

**tech·no-thrill·er** (tek′nō thril′ər), *n.* a suspense novel in which the manipulation of sophisticated technology, as of aircraft or weapons systems, plays a prominent part. [1985–90]

**tech. sgt.,** technical sergeant.

**tech·y** (tech′ē), *adj.,* **tech·i·er, tech·i·est.** TETCHY. —**tech′i·ly,** *adv.* —**tech′i·ness,** *n.*

**tec·ton·ic** (tek ton′ik), *adj.* **1.** pertaining to building or construction; constructive; architectural. **2. a.** pertaining to the structure of the earth's crust. **b.** referring to the forces or conditions within the earth that cause movements of the crust. **c.** designating the results of such movements: *tectonic valleys.* [1650–60; < LL *tectonicus* < Gk *tektonikós* pertaining to construction = *tékton-,* s. of *téktōn* carpenter, craftsman + *-ikos* -IC] —**tec·ton′i·cal·ly,** *adv.*

**tec·ton·ics** (tek ton′iks), *n.* (*used with a sing. v.*) **1.** the branch of geology that studies structural features of regional extent for the clues they provide regarding diastrophism and its causes. **2.** the art of assembling the materials used in construction; the constructive arts. [1625–35]

**tec·to·nism** (tek′tə niz′əm), *n.* DIASTROPHISM. [1945–50]

**tec·trix** (tek′triks), *n., pl.* **tec·tri·ces** (tek′trə sēz′, tek trī′sēz). COVERT (def. 8). [1760–70; < NL *tēctrīx* = L *teg(ere)* to cover + *-trīx* -TRIX] —**tec·tri′cial** (-trish′əl), *adj.*

**tec·tum** (tek′təm), *n., pl.* **-tums, -ta** (-tə). *Anat., Zool.* a rooflike structure. [1900–05; < NL, L *tēctum* roof, n. use of neut. of *tēctus,* ptp. of *tegere* to cover; cf. PROTECT] —**tec′tal, tec·to′ri·al** (-tôr′ē əl, -tōr′-), *adj.*

**Te·cum·seh** (ti kum′sə) also **Te·cum·tha** (-thə), *n.* 1768?–1813, Shawnee Indian chief and military leader.

**ted** (ted), *v.t.,* **ted·ded, ted·ding.** to spread out for drying, as newly mown hay. [1400–50; late ME *tedden,* prob. < ON *tethja* to manure, c. OHG *zettan* to spread]

**ted·der** (ted′ər), *n.* **1.** a person who teds. **2.** an implement that turns and loosens hay after mowing in order to hasten drying. [1400–50]

**ted·dy** (ted′ē), *n., pl.* **-dies. 1.** Often, **teddies.** a woman's one-piece undergarment combining a chemise and underpants. **2.** TEDDY BEAR (def. 1). [1920–25, *Amer.;* of uncert. orig.]

**ted′dy bear′,** *n.* a toy bear, esp. a stuffed one. [1906, *Amer.;* after the names given to two bears in *N.Y. Times* cartoons comically depicting the bear-hunting exploits of Theodore ("Teddy") Roosevelt]

**Ted′dy boy′,** *n.* (*often l.c.*) a rebellious British youth who, in the 1950s and early 1960s, affected Edwardian dress. [1950–55; after *Teddy,* nickname of Edward VII]

**Te De·um** (tā dā′əm, -əm, tē dē′əm), *n.* **1.** a Christian hymn of praise to God, composed in Latin c400. **2.** a service of thanksgiving in which this hymn forms a prominent part. [< LL, the first two words of the hymn (*Tē Deum laudāmus* we praise thee God)]

**te·di·ous** (tē′dē əs, tē′jəs), *adj.* **1.** marked by tedium; long and tiresome. **2.** tiresomely wordy, as a speaker or writer. [1375–1425; late ME < LL *taediōsus.* See TEDIUM, -OUS] —**te′di·ous·ly,** *adv.* —**te′di·ous·ness,** *n.*

**te·di·um** (tē′dē əm), *n.* the quality or state of being wearisome; tediousness. [1655–65; < L *taedium*]

**tee¹** (tē), *n.* **1.** the letter *T* or *t.* **2.** something shaped like a T, as a three-way pipe joint. **3.** T-BAR (def. 1). **4.** T-SHIRT. **5.** the mark aimed at in various games, as curling. —*adj.* **6.** shaped like a T, esp. with a cross-piece at the top. [1605–15; sp. form of the letter name]

**tee²** (tē), *n., v.,* **teed, tee·ing.** —*n.* **1. a.** Also called **teeing ground.** the area from which the first stroke on each hole of a golf course is played. **b.** a small peg or a mound of earth from which a golf ball is driven at the beginning of each hole. **2.** a stand on which a football is rested to position it for kicking prior to a kickoff. —*v.t.* **3.** to place (a ball) on a tee. **4. tee off, a.** to strike a golf ball from a tee. **b.** to begin. **c.** *Slang.* to make angry or irritated. [1715–25; orig. Scots; appar. back formation from earlier *teaz,* of obscure orig.]

**tee′ing ground′,** *n.* TEE² (def. 1a). [1885–90]

**teel** (tēl), *n.* TIL.

**teem¹** (tēm), *v.,* **teemed, teem·ing.** —*v.i.* **1.** to abound or swarm (usu. fol. by *with*). **2.** *Obs.* to be or become pregnant; bring forth young. —*v.t.* **3.** *Obs.* to produce (offspring). [bef. 900; ME *temen,* OE *tēman, tieman* to produce (offspring), der. of *tēam* TEAM] —**teem′er,** *n.*

**teem²** (tēm), *v.t., v.i.,* **teemed, teem·ing. 1.** to empty or pour out; discharge. **2.** (of molten metal) to pour or be poured into a mold. [1250–1300; ME *temen* < ON *tœma* to empty, der. of *tōmr* empty; c. OE *tōm* free from]

**teem·ing¹** (tē′ming), *adj.* **1.** abounding or swarming, as with people. **2.** prolific or fertile. [1525–35] —**teem′ing·ly,** *adv.* —**teem′ing·ness,** *n.*

**teem·ing²** (tē′ming), *adj.* falling in torrents: *a teeming rain.* [1685–95]

**teen¹** (tēn), *adj.* **1.** teenage. —*n.* **2.** a teenager. [1940–45; by shortening]

**teen²** (tēn), *n.* **1.** *Archaic.* suffering; grief. **2.** *Obs.* harm. [bef. 1000; ME *tene,* OE *tēona,* c. OFris *tiona,* OS *tiono;* akin to OE *tēon,* ON *tjōn*]

**-teen,** a suffix used to form cardinal numerals from 13 to 19. [ME, OE *-tēne,* comb. form of TEN]

**teen·age** (tēn′āj′) also **teen′aged′,** *adj.* pertaining to or characteristic of a teenager. [1920–25; *teen* (see TEENS) + AGE]

**teen·ag·er** (tēn′ā′jər), *n.* a person 13 through 19 years of age. [1935–40, *Amer.*]

**teen·er** (tē′nər), *n.* TEENAGER. [1890–95]

**teens** (tēnz), *n.pl.* the numbers 13 through 19, esp. the 13th through 19th years of a lifetime or a century. [1595–1605; *teen* (extracted from numbers with -TEEN as final element) + -S³]

**teen·sy** (tēn′sē), *adj.,* **-si·er, -si·est.** teeny; tiny. [1895–1900]

**teen′sy-ween′sy** or **teen′sie-ween′sie** (wēn′sē), also **teent·sy-weent·sy** (tēnt′sē wēnt′sē), *adj. Baby Talk.* tiny; small. [1895–1900; alter. of TEENY-WEENY; see -SY]

**tee·ny** (tē′nē), *adj.,* **-ni·er, -ni·est.** TINY. [1815–25; b. TINY and WEE]

**teen·y-bop·per** (tē′nē bop′ər), *n. Informal.* a teenager, esp. a girl, who is devoted to teenage fads, rock music, etc. [1965–70]

**tee′ny-wee′ny** or **tee′nie-wee′nie,** *adj. Baby Talk.* tiny; small. [1875–80; rhyming compound based on TEENY]

**tee·pee** (tē′pē), *n.* TEPEE.

**Tees** (tēz), *n.* a river in N England, flowing E along the boundary between Durham and Yorkshire to the North Sea. 70 mi. (113 km) long.

**tee′ shirt′,** *n.* T-SHIRT.

**tee·ter** (tē′tər), *v.,* **-tered, -ter·ing,** *n.* —*v.i.* **1.** to move unsteadily. **2.** to waver; fluctuate. **3.** to ride a seesaw; teetertotter. —*n.* **4.** a seesaw; teetertotter. [1835–45; var. of dial. *titter,* ME *titeren* < ON *titra* tremble]

**tee·ter·board** (tē′tər bôrd′, -bōrd′), *n.* **1.** a seesaw; teetertotter. **2.** a similar board used by acrobats that propels a person into the air when another person jumps onto the opposite end. [1835–45, *Amer.*]

**tee′ter-tot′ter** or **tee′ter-tot′ter,** *n., v.,* **-tered, -ter·ing.** —*n.* **1.** a seesaw. —*v.i.* **2.** to ride a seesaw. [1900–05, *Amer.;* gradational formation based on TOTTER; cf. British dial. *titter-totter, teeter-cum-tauter*]

**teeth** (tēth), *n.* pl. of TOOTH. —**teeth′less,** *adj.*

**teethe** (tēth), *v.i.,* **teethed, teeth·ing.** to grow teeth; cut one's teeth. [1375–1425; late ME *tethen,* der. of *teth* TEETH]

**teeth·er** (tē′thər), *n.* **1.** a device, as a teething ring, for a baby to bite on during teething. **2.** a baby who is teething. [1945–50]

**teeth·ing** (tē′thing), *n.* eruption of the deciduous teeth, esp. the phenomena associated with their eruption. [1725–35]

**teeth′ing ring′,** *n.* a circular ring, usu. of plastic, ivory, bone, etc., on which a teething baby can bite. [1890–95, *Amer.*]

**teeth·ridge** (tēth′rij′), *n.* the gum-covered bony ridge immediately behind the upper front teeth; alveolar ridge. [1925–30]

**tee·to·tal** (tē tōt′l, tē′tōt′l), *adj., v.,* **-taled, -tal·ing** or (esp. *Brit.*) **-talled, -tal·ling.** —*adj.* **1.** pledged to or advocating total abstinence from intoxicating drink. **2.** *Informal.* absolute; complete. —*v.i.* **3.** to practice teetotalism. [reduplicated var. of TOTAL, coined by R. Turner, of Preston, England, in 1833, in a speech advocating total abstinence from alcoholic drinks] —**tee·to′tal·ly,** *adv.*

**tee·to·tal·er** (tē tōt′l ər, tē′tōt′-) also **tee·to′tal·ist,** *n.* a person who abstains totally from intoxicating drink. Also, esp. *Brit.,* **tee·to′tal·ler.** [1834]

**tee·to·tal·ism** (tē tōt′l iz′əm, tē′tōt′-), *n.* the principle or practice of total abstinence from intoxicating drink. [1834]

**tee·to·tum** (tē tō′təm), *n.* a small top spun with the fingers, esp. one with four sides inscribed with letters. [1710–20; earlier *T totum,* alter. of *totum* name of toy (< L *tōtum,* neut. of *tōtus* all) by prefixing its initial letter, which appeared on one side of the toy]

**teff** (tef), *n.* a grass, *Eragrostis tef,* native to N Africa, cultivated for its edible seeds. [1780–90; < Amharic *t'ef;* cf. Geez *t'ah'at, t'ayaf*]

**te·fil·lin** (tə fil′in; *Heb.* tə fē lēn′), *n.pl. Judaism.* the phylacteries. [1605–15; < Heb *təphillīn;* akin to *təphillāh* prayer]

**TEFL,** teaching English as a foreign language.

**Tef·lon** (tef′lon), **1.** *Trademark.* a fluorocarbon polymer with slippery, nonsticking properties: used in the manufacture of electrical insulation, cookware coatings, etc. —*adj.* **2.** characterized by imperviousness to blame or criticism: *a Teflon politician.*

**teg·men** (teg′mən), *n., pl.* **-mi·na** (-mə nə). **1.** a covering or integument, esp. of a plant or animal. **2.** the delicate inner coat of a seed. **3.** either of a pair of leathery forewings extending over the hind wings in certain insects. [1800–10; < L: covering (also *tegumen, tegimen*) = *teg(ere)* to cover + *-men* n. suffix] —**teg′mi·nal,** *adj.*

**Te·gu·ci·gal·pa** (tə gōō′si gal′pə, -gäl′pä), *n.* the capital of Honduras, in the S part. 604,600.

**teg·u·ment** (teg′yə mənt), *n.* a covering or investment; integument. [1400–50; late ME < L *tegumentum* = *tegu-* (see TEGMEN) + *-mentum* -MENT] —**teg′u·men′tal** (-men′tl), **teg′u·men′ta·ry,** *adj.*

**te·hee** (tē hē′), *interj., n., v.,* **-heed, -hee·ing.** —*interj.* **1.** (used as an exclamation of laughter.) —*n.* **2.** a titter; snicker. —*v.i.* **3.** to titter; snicker. [1250–1300; ME (interj.); imit.]

**Te·he·ran** or **Teh·ran** (te ran′, -rän′, tā′ə-), *n.* the capital of Iran, in the N part. 6,042,584.

**Te·huan·te·pec** (tə wän′tə pek′), *n.* **1. Isthmus of,** an isthmus in S Mexico, between the Gulf of Tehuantepec and the Gulf of Campeche. 125 mi. (200 km) wide at its narrowest point. **2. Gulf of,** an inlet of the Pacific, off the S coast of Mexico.

**Tei·de** or **Tey·de** (tā′dā), *n.* **Pi·co de** (pē′kō dā), a volcanic peak in the Canary Islands, on Tenerife. 12,190 ft. (3716 m). Also called **Pico de Tenerife** (or **Teneriffe**).

PRONUNCIATION KEY: *act, cāpe, dâre, pärt; set, ēven; if, īce; ox, nō, fôr, oil, bŏŏk, bōōt, out; up, ûrge; child; sing; shoe; thin; that; zh in treasure.* ə = *a* in *alone, e* in *item, i* in *easily, o* in *gallop, u* in *circus;* ˈ in *fire* (fīˈr), *hour* (ouˈr).

**Teil·hard de Char·din** (te yär də shär dan′), *n.* **Pierre,** 1881–1955, French Jesuit priest, paleontologist, and philosopher.

**Tei·re·si·as** (tī rē′sē əs), *n.* TIRESIAS.

**Te·jo** (te′zhōō), *n.* Portuguese name of TAGUS.

**Tek·a·kwith·a** (tek′ə kwith′ə), *n.* **Kateri** or **Catherine,** 1656–80, Mohawk Indian convert to Roman Catholicism.

**tek·kie** (tek′ē), *n. Informal.* TECHIE.

**tek·tite** (tek′tīt), *n.* a small glassy body of enigmatic origin, groups of which are found on land and beneath the sea in scattered areas of the world. [1920–25; < G *Tektit* (1900) < Gk *tēktós* molten + *-it* -ITE¹]

**tel-¹,** var. of TELE-¹: *telesthesia.*

**tel-²,** var. of TELEO-: *telencephalon.*

**tel.,** **1.** telegram. **2.** telegraph. **3.** telephone.

**tel·a·mon** (tel′ə mən, -mon′), *n., pl.* **tel·a·mo·nes** (tel′ə mō′nēz). ATLAS (def. 4). [1700–10; < L *telamōn* < Gk *telamṓn* bearer, support; identified with *Telamon,* a figure in Greek myth, the father of Ajax]

**Te·la·nai·pu·ra** (tel′ə nī pōōr′ə), *n.* former name of JAMBI (def. 2).

**tel·an·gi·ec·ta·sia** (tel an′jē ek tā′zhə, -zhē ə), *n., pl.* **-sias.** TELANGIECTASIS.

**tel·an·gi·ec·ta·sis** (tel an′jē ek′tə sis), *n., pl.* **-ses** (-sēz′). chronic dilation of the capillaries and other small blood vessels. [1825–35; TEL-² + ANGI(O)- + Gk *éktasis* extension = *ekta-,* var. s. of *ekteínein* to stretch out (*ek-* EC- + *teínein* to stretch) + *-sis* -SIS] —**tel·an′gi·ec·tat′ic** (-tat′ik), *adj.*

**Tel A·viv** (tel′ ə vēv′), *n.* a city in W central Israel. 334,900. Official name, **Tel′ Aviv′-Jaf′fa** (-yä′fə), **Tel′ Aviv′-Ya′fo** (-yä′fō). —**Tel′ A·viv′an,** *n.*

**tele-¹,** **1.** a combining form meaning "reaching over a distance," "carried out between two remote points," "performed or operating through electronic transmissions": *telegraph; telekinesis; teletypewriter.* **2.** a combining form representing TELEVISION: *telegenic; telethon.* Also, esp. *before a vowel,* **tel-.** [comb. form repr. Gk *tēle* far, akin to *télos* end (see TELEO-)]

**tele-²,** var. of TELEO- before a vowel: *teleost.*

**tel·e·cast** (tel′i kast′, -käst′), *v.,* **-cast** or **-cast·ed, -cast·ing,** *n.* —*v.t., v.i.* **1.** to broadcast by television. —*n.* **2.** a television broadcast. [1935–40; TELE-¹ + (BROAD)CAST] —**tel′e·cast′er,** *n.*

**tel·e·com·mu·ni·cate** (tel′i kə myōō′ni kāt′), *v.t., v.i.,* **-cat·ed, -cat·ing.** to communicate by telecommunications. [1980–85] —**tel′e·com·mu′ni·ca′tor,** *n.*

**tel·e·com·mu·ni·ca·tions** (tel′i kə myōō′ni kā′shənz), *n.* **1.** Sometimes, **telecommunication.** (*used with a sing. v.*) the science and technology of transmitting information, as words, sounds, or images, over great distances, in the form of electromagnetic signals, as by telegraph, telephone, radio, or television. **2.** Usu., **telecommunication.** the act or fact of communicating in such a manner: *We are in constant telecommunication with London.* [1930–35]

**tel·e·com·mut·ing** (tel′i kə myōō′ting), *n.* the act or practice of working at home using a computer terminal electronically linked to one's place of employment. [1970–75] —**tel′e·com·mut′er,** *n.*

**tel·e·con·fer·ence** (tel′i kon′fər əns, -frəns), *n., v.,* **-enced, -enc·ing.** —*n.* **1.** a business meeting, educational session, etc., conducted among participants in different locations via telecommunications equipment. —*v.i.* **2.** to participate in such a meeting. [1950–55]

**tel·e·course** (tel′i kôrs′, -kōrs′), *n.* a course of study given on television for home viewers, esp. those receiving college credit. [1945–50]

**tel·e·fer·ic** (tel′ə fer′ik) also **tel·e·fé·rique** (-fə rēk′), *n.* TELPHER. [1915–20; < F *téléférique, téléphérique* or It *teleferica,* both ult. < E TELPHER with restoration of Gk *tele-;* see -IC]

**tel·e·film** (tel′ə film′), *n.* a motion picture intended primarily to be shown on television. [1950–55]

**teleg.,** **1.** telegram. **2.** telegraph. **3.** telegraphy.

**tel·e·gen·ic** (tel′i jen′ik), *adj.* having physical qualities or characteristics that televise well. [1935–40] —**tel′e·gen′i·cal·ly,** *adv.*

**tel·eg·no·sis** (tel′ə nō′sis, tel′ig-), *n.* supernatural or occult knowledge; clairvoyance. [1910–15; TELE-¹ + Gk *gnōsis* knowledge; see GNOSIS] —**tel′eg·nos′tic** (-nos′tik), *adj.*

**tel·e·gram** (tel′i gram′), *n.* a message or communication sent by telegraph; a telegraphic dispatch. [1850–55, *Amer.*] —**tel′e·gram′mic, tel′e·gram·ma′tic** (-grə mat′ik), *adj.*

**tel·e·graph** (tel′i graf′, -gräf′), *n., v.,* **-graphed, -graph·ing.** —*n.* **1.** a system or apparatus for transmitting messages or signals to a distant place, esp. between two electric devices connected by a conducting wire or other communications channel. —*v.t.* **2.** to transmit (a message) by telegraph. **3.** to send a message to (a person) by telegraph. **4.** to divulge unwittingly (one's intention, next offensive move, etc.), as to an opponent or to an audience. —*v.i.* **5.** to send a message by telegraph. [< F *télégraphe* (1792) a kind of manual signaling device; see TELE-¹, -GRAPH] —**te·leg·ra·pher** (tə leg′rə fər); esp. *Brit.,* **te·leg′ra·phist,** *n.*

**tel·e·graph·ic** (tel′i graf′ik), *adj.* **1.** of or pertaining to the telegraph. **2.** concise, clipped, or elliptical in style: *telegraphic speech.* [1785–95] —**tel′e·graph′i·cal·ly,** *adv.*

**tel′egraph plant′,** *n.* a tick trefoil, *Desmodium gyrans,* of the legume family, native to tropical Asia, noted for the spontaneous, jerking, signal-like motions of its leaflets. [1880–85]

**te·leg·ra·phy** (tə leg′rə fē), *n.* the technique or practice of constructing or operating telegraphs. [1785–95]

**Tel·e·gu** (tel′i gōō′), *n.* TELUGU.

**tel·e·ki·ne·sis** (tel′i ki nē′sis, -kī-), *n.* the purported ability to move or deform inanimate objects by mental power. Also called **psychokinesis.** [1885–90] —**tel′e·ki·net′ic** (-net′ik), *adj.*

**Tel el A·mar·na** (tel′ el ə mär′nə), *n.* a village in central Egypt, on the Nile: site of ancient Egyptian city.

**Te·lem·a·chus** (tə lem′ə kəs), *n.* the son of Odysseus and Penelope, who joins his father in killing his mother's suitors.

**Te·le·mann** (tā′lə män′), *n.* **Georg Philipp,** 1681–1767, German composer.

**tel·e·mark** (tel′ə märk′), *n.* (*sometimes cap.*) a skier's turn in which the tip of the forward ski is gradually angled inward. [1905–10; after *Telemark,* a Norwegian county]

**tel·e·mar·ket·ing** (tel′ə mär′ki ting), *n.* selling or advertising by telephone. [1980–85] —**tel′e·mar′ket·er,** *n.*

**te·lem·e·ter** (*n.* tə lem′i tər, tel′ə mē′-; *v.* tel′ə mē′tər), *n., v.,* **-tered, -ter·ing.** —*n.* **1.** any of certain devices or attachments for determining distances by measuring the angle subtending a known distance. **2.** any of various kinds of electronic apparatus used to transmit data in telemetry. —*v.t., v.i.* **3.** to transmit by telemeter. [1855–60]

**te·lem·e·try** (tə lem′i trē), *n.* the automated transmission of data from a distant source, esp. from space to a ground station. [1880–85] —**tel·e·met·ric** (tel′ə me′trik), *adj.* —**tel′e·met′ri·cal·ly,** *adv.*

**tel·en·ceph·a·lon** (tel′en sef′ə lon′, -lən), *n., pl.* **-lons, -la** (-lə). the anterior section of the forebrain comprising the cerebrum and olfactory lobes. [1895–1900] —**tel′en·ce·phal′ic** (-sə fal′ik), *adj.*

**teleo-,** a combining form meaning "end," "complete": *teleology.* Also, **telo-;** esp. *before a vowel,* **tel-, tele-.** [comb. form repr. Gk *télos* end, and *téleios* perfect, complete]

**tel·e·ol·o·gy** (tel′ē ol′ə jē, tē′lē-), *n.* **1.** the doctrine that final causes exist. **2.** the study of the evidences of design or purpose in nature. **3.** such design or purpose. **4.** the belief that purpose and design are a part of or are apparent in nature. **5.** (in vitalist philosophy) the doctrine that phenomena are guided not only by mechanical forces but that they also move toward certain goals of self-realization. [1730–40; < NL *teleologia* (1728); see TELEO-, -LOGY] —**tel′e·o·log′i·cal** (-ə loj′i kəl), **tel′e·o·log′ic,** *adj.* —**tel′e·o·log′i·cal·ly,** *adv.* —**tel′e·ol′o·gist,** *n.*

**tel·e·ost** (tel′ē ost′, tē′lē-) also **tel′e·os′te·an,** *adj.* **1.** belonging or pertaining to the Teleostei, several orders of bony fishes that have a swim bladder and thin scales: includes most living species. —*n.* **2.** a teleost fish. [1860–65; < NL *Teleostei* (1844), orig. designating all fish with completely ossified skeletons, pl. of *teleosteus* = Gk *tele-* TELE-² + *-osteos* -boned, adj. der. of *ostéon* bone; see OSTEO-, -OUS]

**te·lep·a·thy** (tə lep′ə thē), *n.* communication between minds by some means other than sensory perception. [1880–85] —**tel·e·path·ic** (tel′ə path′ik), *adj.* —**tel′e·path′i·cal·ly,** *adv.* —**te·lep′a·thist,** *n.* —**te·lep′a·thize′** (-thīz′), *v.t., v.i.,* **-thized, -thiz·ing.**

**tel·e·phone** (tel′ə fōn′), *n., v.,* **-phoned, -phon·ing.** —*n.* **1.** Also called **phone.** an apparatus, system, or process for transmission of sound or speech to a distant point, esp. by an electric device. —*v.t.* **2.** to speak to (a person) by telephone; phone. **3.** to send (a message) by telephone; phone. —*v.i.* **4.** to send a message or speak by telephone; phone. [1825–35] —**tel′e·phon′er,** *n.*

**tel′ephone book′,** *n.* a directory containing an alphabetical list of telephone subscribers in a particular area, together with their addresses and telephone numbers. Also called **tel′ephone direc′tory.** [1910–15]

**tel′ephone booth′,** *n.* an enclosed booth containing a public telephone. Also called, esp. *Brit.,* **tel′ephone box′.** [1895–1900, *Amer.*]

**tel′ephone num′ber,** *n.* NUMBER (def. 12).

**tel′ephone tag′,** *n.* repeated unsuccessful attempts by two persons to connect with one another by telephone.

**tel·e·phon·ic** (tel′ə fon′ik), *adj.* **1.** of, pertaining to, or happening by means of a telephone system. **2.** carrying sound to a distance by artificial means. [1825–35] —**tel′e·phon′i·cal·ly,** *adv.*

**te·leph·o·nist** (tə lef′ə nist, tel′ə fō′-), *n. Brit.* a telephone switchboard operator. [1875–80]

**te·leph·o·ny** (tə lef′ə nē), *n.* the construction or operation of telephones or telephonic systems. [1825–35]

**tel·e·pho·to** (tel′ə fō′tō), *adj.* noting or pertaining to telephotography. [1890–95; short for *telephotographic;* see TELEPHOTOGRAPHY, -IC]

**tel·e·pho·tog·ra·phy** (tel′ə fə tog′rə fē), *n.* photography of distant objects, using a telephoto lens. [1880–85] —**tel′e·pho′to·graph′ic** (-fō′tə graf′ik), *adj.*

**tel′epho′to lens′,** *n.* a camera lens that produces a relatively large image with a focal length shorter than that required by an ordinary lens to produce an image of the same size: used to photograph small or distant objects. [1940–45]

**tel·e·play** (tel′ə plā′), *n.* a play written or adapted for broadcast on television. Also called **videoplay.** [1950–55]

**tel·e·port¹** (tel′ə pôrt′, -pōrt′), *v.t.,* **-port·ed, -port·ing.** to transport (a body) by telekinesis. [1950–55; back formation from *teleportation* = TELE-¹ + (TRANS)PORTATION] —**tel′e·por·ta′tion, tel′e·por′tage,** *n.*

**tel·e·port²** (tel′ə pôrt′, -pōrt′), *n.* a regional telecommunications network that provides access to communications satellites and other long-distance media; telecommunications hub. [1980–85; TELE-¹ + PORT¹]

**tel·e·print·er** (tel′ə prin′tər), *n.* a teletypewriter. [1925–30]

**Tel·e·Promp·Ter** (tel′ə promp′tər), *Trademark.* an off-camera device that displays a magnified script to the performers or speakers on a television program.

**tel·e·ran** (tel′ə ran′), *n.* (*sometimes cap.*) a navigational aid that uses radar to map the sky above an airfield, which, together with a map of the airfield itself, is transmitted by television to aircraft approaching the field. [1945–50; short for *tele(vision) ra(dar) a(ir) n(avigation)*]

**tel·e·scope** (tel′ə skōp′), *n., adj., v.,* **-scoped, -scop·ing.** —*n.* **1.** an optical instrument for making distant objects appear larger and therefore nearer when viewed directly through lenses (**refracting telescope**) or indirectly as through images focused by a concave mirror (**reflecting telescope**). —*adj.* **2.** consisting of parts that fit and slide one within another. —*v.t.* **3.** to force together, one into another, in the manner of the sliding tubes of a jointed telescope. **4.** to shorten or condense; compress. —*v.i.* **5.** to slide together in the manner of the tubes of a telescope. **6.** to be driven one into another, as railroad cars in a collision. **7.** to become condensed. [1640–50; < NL *telescopium* or It *telescopio;* see TELE-¹, -SCOPE, -IUM¹]

**tel·e·scop·ic** (tel′ə skop′ik) also **tel′e·scop′i·cal,** *adj.* **1.** pertaining to or of the nature of a telescope. **2.** capable of magnifying distant objects: *a telescopic lens.* **3.** obtained by means of a telescope: *a telescopic view of the moon.* **4.** visible only through a telescope. **5.** capable of viewing objects from a distance; farseeing: *a telescopic eye.* **6.** (of an object) constructed of parts that slide one within another and permit lengthening or shortening. [1695–1705] —**tel′e·scop′i·cal·ly,** *adv.*

**te·les·co·py** (tə les′kə pē), *n.* **1.** the use of the telescope. **2.** telescopic investigation. [1860–65] —**te·les′co·pist,** *n.*

# WEBSTER'S Ninth New Collegiate Dictionary

*a Merriam-Webster®*

MERRIAM-WEBSTER INC., *Publishers*
Springfield, Massachusetts, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1990 by Merriam-Webster Inc.

Philippines Copyright 1990 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.
p. cm.
ISBN 0-87779-508-8. — ISBN 0-87779-509-6 (indexed). — ISBN 0-87779-510-X (deluxe)
1. English language—Dictionaries.
PE1628.W5638 1990
423—dc20 89-38961
CIP

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

37383940RMcN90

# Contents

Preface 6
Explanatory Chart 8
Explanatory Notes 10
The English Language in the Dictionary 23
Guide to Pronunciation 32
English Spelling and Sound Correspondences 37
Abbreviations in This Work 40
Pronunciation Symbols 42
**A Dictionary of the English Language** 43
Abbreviations and Symbols for Chemical Elements 1374
Foreign Words and Phrases 1385
Biographical Names 1391
Geographical Names 1435
Colleges and Universities 1521
Signs and Symbols 1536
A Handbook of Style 1540
Index 1564

**cal·a·mus** \'kal-ə-məs\ *n, pl* **-mi** \-,mī, -,mē\ [L, reed, reed pen, fr. Gk *kalamos* — more at HAULM] (14c) **1 a :** SWEET FLAG **b :** the aromatic peeled and dried rhizome of the sweet flag that is the source of a carcinogenic essential oil **2 :** the hollow basal portion of a feather below the vane : QUILL

**ca·lash** \kə-'lash\ *n* [F *calèche,* fr. G *kalesche,* fr. Czech *kolesa* wheels, carriage; akin to Gk *kyklos* wheel — more at WHEEL] (1679) **1 a :** a light small-wheeled 4-passenger carriage with a folding top **b :** CALÈCHE 1b **2 a :** a large hood worn by women in the 18th century **b :** a folding carriage top

**cal·a·thus** \'kal-ə-thəs\ *n, pl* **-thi** \-,thī, -,thē\ [L, fr. *kalathos* basket] (1753) : a flared fruit basket borne on the head as a symbol of fruitfulness in Greek and Egyptian art

**calc-** *or* **calci-** *or* **calco-** *comb form* [L *calc-, calx* lime — more at CHALK] : calcium : calcium salt ⟨*calcic*⟩ ⟨*calcify*⟩

**cal·ca·ne·al** \kal-'kā-nē-əl\ *adj* (1847) : relating to the heel or calcaneus

**cal·ca·ne·um** \-nē-əm\ *n, pl* **-nea** \-nē-ə\ [L, heel — more at CALK] (1751) **1 :** CALCANEUS **2 :** a process of the tarsometatarsus of a bird analogous to the calcaneus

**cal·ca·ne·us** \-nē-əs\ *n, pl* **-nei** \-nē-,ī\ [LL, heel, alter. of L *calcaneum*] (ca. 1925) : a tarsal bone that in man is the great bone of the heel

**cal·car** \'kal-,kär\ *n, pl* **cal·car·ia** \kal-'kar-ē-ə, -'ker-\ [L, fr. *calc-, calx* heel — more at CALK] (1836) : a spurred anatomical prominence (as of the calcaneum of a bat)

**cal·car·e·ous** \kal-'kar-ē-əs, -'ker-\ *adj* [L *calcarius* of lime, fr. *calc-, calx* lime] (1677) **1 a :** resembling calcite or calcium carbonate esp. in hardness **b :** consisting of or containing calcium carbonate; *also* : containing calcium **2 :** growing on limestone or in soil impregnated with lime — **cal·car·e·ous·ly** *adv*

**calces** *pl of* CALX

**cal·cic** \'kal-sik\ *adj* (1871) : derived from or containing calcium or lime : rich in calcium

**cal·ci·cole** \'kal-sə-,kōl\ *n* [F, calcicolous, fr. *calc-* + *-cole* -colous] (1882) : a plant normally growing on calcareous soils — **cal·cic·o·lous** \kal-'sik-ə-ləs\ *adj*

**cal·cif·er·ol** \kal-'sif-ə-,ròl, -,rōl\ *n* [*calci*ferous + ergoster*ol*] (1931) : an alcohol $C_{28}H_{43}OH$ usu. prepared by irradiation of ergosterol and used as a dietary supplement in nutrition and medicinally in the control of rickets and related disorders — called also *vitamin* $D_2$

**cal·cif·er·ous** \kal-'sif-(ə-)rəs\ *adj* (1799) : producing or containing calcium carbonate

**cal·cif·ic** \kal-'sif-ik\ *adj* [*calcify*] (1861) : involving or caused by calcification ⟨~ lesions⟩

**cal·ci·fuge** \'kal-sə-,fyüj\ *n* [F, calcifugous, fr. *calc-* + L *fugere* to flee — more at FUGITIVE] (1926) : a plant not normally growing on calcareous soils — **calcifuge** *also* **cal·cif·u·gous** \kal-'sif-yə-gəs\ *adj*

**cal·ci·fy** \'kal-sə-,fī\ *vb* **-fied; -fy·ing** *vt* (1854) **1 :** to make calcareous by deposit of calcium salts **2 :** to make inflexible or unchangeable ~ *vi* **1 :** to become calcareous **2 :** to become inflexible and changeless : HARDEN — **cal·ci·fi·ca·tion** \,kal-sə-fə-'kā-shən\ *n*

**cal·ci·mine** \'kal-sə-,mīn\ *n* [alter. of *kalsomine,* of unknown origin] (1864) : a white or tinted wash that consists of glue, whiting or zinc white, and water and that is used esp. on plastered surfaces — **calcimine** *vt*

**cal·ci·na·tion** \,kal-sə-'nā-shən\ *n* (14c) : the act or process of calcining : the state of being calcined

[1]**cal·cine** \kal-'sīn, 'kal-,\ *vb* **cal·cined; cal·cin·ing** [ME *calcenen,* fr. MF *calciner,* fr. L *calc-, calx* lime — more at CHALK] *vt* (14c) : to heat (as inorganic materials) to a high temperature but without fusing in order to drive off volatile matter or to effect changes (as oxidation or pulverization) ~ *vi* : to undergo calcination

[2]**cal·cine** \'kal-,sīn\ *n* (ca. 1909) : a product (as a metal oxide) of calcination or roasting

**cal·ci·no·sis** \,kal-sə-'nō-səs\ *n, pl* **-no·ses** \-,sēz\ [NL, irreg. (influenced by ISV *calcine*) fr. *calc-* + *-osis*] (ca. 1929) : the abnormal deposition of calcium salts in a part or tissue of the body

**cal·cite** \'kal-,sīt\ *n* (1849) : a mineral $CaCO_3$ consisting of calcium carbonate crystallized in hexagonal form and including common limestone, chalk, and marble — **cal·cit·ic** \kal-'sit-ik\ *adj*

**cal·ci·to·nin** \,kal-sə-'tō-nən\ *n* [*calci-* + [1]*tonic* + *-in*] (1961) : a polypeptide hormone esp. from the thryoid gland that tends to lower the level of calcium in the blood plasma — called also *thyrocalcitonin*

**cal·ci·um** \'kal-sē-əm\ *n, often attrib* [NL, fr. L *calc-, calx* lime] (1808) : a silver-white bivalent metallic element of the alkaline-earth group occurring only in combination — see ELEMENT table

**calcium carbide** *n* (ca. 1889) : a usu. dark gray crystalline compound $CaC_2$ used esp. for the generation of acetylene and for making calcium cyanamide

**calcium carbonate** *n* (1873) : a compound $CaCO_3$ found in nature as calcite and aragonite and in plant ashes, bones, and shells and used in making lime and portland cement and as a gastric antacid

**calcium chloride** *n* (ca. 1885) : a white deliquescent salt $CaCl_2$ used in its anhydrous state as a drying and dehumidifying agent and in a hydrated state for controlling dust and ice on roads

**calcium cyanamide** *n* (ca. 1909) : a compound $CaCN_2$ used as a fertilizer and a weed killer and as a source of other nitrogen compounds

**calcium gluconate** *n* (1884) : a white powdery salt $CaC_{12}H_{22}O_{14}$ used esp. as a source of bodily calcium

**calcium hydroxide** *n* (ca. 1890) : a strong alkali $Ca(OH)_2$ commonly sold in water solution and as an ingredient of bleaching powder

**calcium hypochlorite** *n* (ca. 1889) : a white powder $CaCl_2O_2$ used esp. as a bleaching agent and disinfectant

**calcium light** *n* (1864) : LIMELIGHT 1a, 1b

**calcium phosphate** *n* (1869) : any of various phosphates of calcium: as **a :** the phosphate $CaH_4P_2O_8$ used as a fertilizer and in baking powder **b :** the phosphate $CaHPO_4$ used in pharmaceutical preparations and animal feeds **c :** the phosphate $Ca_3P_2O_8$ used as a fertilizer **d :** a naturally occurring phosphate of calcium $Ca_5(F,Cl,OH,\frac{1}{2}CO_3)(PO_4)_3$ that contains other elements or radicals and is the chief constituent of phosphate rock, bones, and teeth

**calcium silicate** *n* (ca. 1888) : any of several silicates of calicum; *esp* : either of two $Ca_3SiO_5$ or $Ca_2SiO_4$ that are essential constituents of portland cement

**calc·spar** \'kalk-,spär\ *n* [part trans. of Sw *kalkspat,* fr. *kalk* lime + *spat* spar] (1822) : CALCITE

**cal·cu·la·ble** \'kal-kyə-lə-bəl\ *adj* (1734) **1 :** subject to or ascertainable by calculation **2 :** that may be counted on : DEPENDABLE

**cal·cu·late** \'kal-kyə-,lāt\ *vb* **-lat·ed; -lat·ing** [L *calculatus,* pp. of *calculare,* fr. *calculus* pebble (used in reckoning), dim. of *calc-, calx* stone used in gaming, lime — more at CHALK] *vt* (1570) **1 a :** to determine by mathematical processes **b :** to reckon by exercise of practical judgment : ESTIMATE **c :** to solve or probe the meaning of : FIGURE OUT ⟨trying to ~ his expression —Hugh MacLennan⟩ **2 :** to design or adapt for a purpose **3** *chiefly Northern* **a :** to judge to be true or probable **b :** INTEND ~ *vi* **1 a :** to make a calculation **b :** to forecast consequences **2 :** COUNT, RELY

**cal·cu·lat·ed** \-,lāt-əd\ *adj* (1722) **1 :** APT, LIKELY **2 a :** worked out by mathematical calculation **b :** engaged in, undertaken, or displayed after reckoning or estimating the statistical probability of success or failure ⟨a ~ risk⟩ **3 :** planned or contrived to accomplish a purpose **4 :** brought about by deliberate intent — **cal·cu·lat·ed·ly** *adv* — **cal·cu·lat·ed·ness** *n*

**cal·cu·lat·ing** \-,lāt-iŋ\ *adj* (1710) **1 :** making calculations ⟨~ machine⟩ **2 :** marked by prudent and deliberate analysis or by shrewd consideration of self-interest : SCHEMING — **cal·cu·lat·ing·ly** \-iŋ-lē\ *adv*

**cal·cu·la·tion** \,kal-kyə-'lā-shən\ *n* (14c) **1 a :** the process or an act of calculating **b :** the result of an act of calculating **2 a :** studied care in analyzing or planning **b :** cold heartless planning to promote self-interest — **cal·cu·la·tion·al** \-'lāsh-nəl, -'lā-shən-ᵊl\ *adj*

**cal·cu·la·tor** \'kal-kyə-,lāt-ər\ *n* (14c) **1 :** one that calculates: as **a :** a mechanical or electronic device for performing mathematical calculations automatically **b :** a person who operates a calculator **2 :** a set or book of tables for facilitating computations

**cal·cu·lous** \'kal-kyə-ləs\ *adj* (1605) : caused or characterized by a calculus or calculi

**cal·cu·lus** \-ləs\ *n, pl* **-li** \-,lī, -,lē\ *also* **-lus·es** [L, stone (used in reckoning)] (1666) **1 a :** a method of computation or calculation in a special notation (as of logic or symbolic logic) **b :** the mathematical methods comprising differential and integral calculus **2 :** CALCULATION **3 a :** a concretion usu. of mineral salts around organic material found esp. in hollow organs or ducts **b :** TARTAR 2

**calculus of variations** (1837) : a branch of mathematics dealing with maxima and minima of definite integrals which have an integrand that is a function of independent variables and of dependent variables and their derivatives

**cal·de·ra** \kal-'der-ə, kòl-, -'dir-\ *n* [Sp, lit., caldron, fr. LL *caldaria*] (1691) : a crater with a diameter many times that of the volcanic vent formed by collapse of the central part of a volcano or by explosions of extraordinary violence

**cal·dron** \'kòl-drən\ *n* [ME, alter. of *cauderon,* fr. ONF, dim. of *caudiere,* fr. LL *caldaria,* fr. L, warm bath, fr. fem. of *caldarius* suitable for warming, fr. *calidus* warm, fr. *calēre* to be warm — more at LEE] (14c) **1 :** a large kettle or boiler **2 :** something resembling a boiling caldron ⟨a ~ of intense emotions⟩

**ca·lèche** *or* **ca·leche** \kə-'lesh, -'lash\ *n* [F *calèche* — more at CALASH] (1666) **1 a :** CALASH 1a **b :** a 2-wheeled horse-drawn vehicle with a driver's seat on the splashboard used in Quebec **2 :** CALASH 2a

**cal·e·fac·to·ry** \,kal-ə-'fak-t(ə-)rē\ *n, pl* **-ries** [ML *calefactorium,* fr. L *calefactus,* pp. of *calefacere* to warm — more at CHAFE] (1681) : a monastery room warmed and used as a sitting room

[1]**cal·en·dar** \'kal-ən-dər\ *n* [ME *calender,* fr. AF or ML; AF *calender,* fr. ML *kalendarium,* fr. L, moneylender's account book, fr. *kalendae* calends] (13c) **1 :** a system for fixing the beginning, length, and divisions of the civil year and arranging days and longer divisions of time (as weeks and months) in a definite order — see MONTH table **2 :** a tabular register of days according to a system usu. covering one year and referring the days of each month to the days of the week **3 :** an orderly list: as **a :** a list of cases to be tried in court **b :** a list of bills or other items reported out of committee for consideration by a legislative assembly **c :** a list of events giving dates and details **4** *Brit* **:** a university catalog

[2]**calendar** *vt* **-dared; -dar·ing** \-d(ə-)riŋ\ (15c) : to enter in a calendar

**calendar year** *n* (ca. 1909) **1 :** a period of a year beginning and ending with the dates that are conventionally accepted as marking the beginning and end of a numbered year (as January 1 and December 31 in the Gregorian calendar) **2 :** a period of time equal in length to that of the year in the calendar conventionally in use (as 365 days in the Gregorian calendar or when a Feb. 29 is included 366 days)

[1]**cal·en·der** \'kal-ən-dər\ *vt* **-dered; -der·ing** \-d(ə-)riŋ\ [MF *calandrer,* fr. *calandre* machine for calendering, modif. of Gk *kylindros* cylinder — more at CYLINDER] (1513) : to press (as cloth, rubber, or paper) between rollers or plates in order to smooth and glaze or to thin into sheets — **cal·en·der·er** \-dər-ər\ *n*

[2]**calender** *n* (1688) : a machine for calendering something

[3]**calender** *n* [Per *qalandar,* fr. Ar, fr. Per *kalandar* uncouth man] (1614) : one of a Sufic order of wandering mendicant dervishes

**ca·len·dri·cal** \kə-'len-dri-kəl, ka-\ *also* **ca·len·dric** \-drik\ *adj* (ca. 1847) : of, relating to, characteristic of, or used in a calendar

**ca·lends** \'kal-ən(d)z, 'kāl-\ *n pl but sing or pl in constr* [ME *kalendes,* fr. L *kalendae, calendae*] (14c) : the first day of the ancient Roman month from which days were counted backward to the ides

**ca·len·du·la** \kə-'len-jə-lə\ *n* [NL, genus name, fr. ML, fr. L *calendae* calends] (ca. 1864) : any of a small genus (*Calendula*) of yellow-rayed composite herbs of temperate regions

**cal·en·ture** \'kal-ən-,chù(ə)r\ *n* [Sp *calentura,* fr. *calentar* to heat, fr. L *calent-, calens,* prp. of *calēre* to be warm — more at LEE] (1593) : a tropical fever caused by exposure to heat

[1]**calf** \'kaf, 'käf\ *n, pl* **calves** \'kavz, 'kävz\ *also* **calfs** *often attrib* [ME, fr. OE *cealf;* akin to OHG *kalb* calf, ON *kālfi* calf of the leg, L *galba* paunch] (bef. 12c) **1 a :** the young of the domestic cow; *also* : that of a closely related mammal (as a bison or water buffalo) **b :** the young of various large animals (as the elephant and whale) **2** *pl* **calfs :** the hide of the domestic calf; *esp* : CALFSKIN **3 :** an awkward or silly youth **4 :** a small mass of ice set free from a coast glacier or from an iceberg or floe — **calf·like** \'kaf-,līk, 'käf-\ *adj* — **in calf :** PREGNANT — used of a cow

[2]**calf** *n, pl* **calves** \'kavz, 'kävz\ [ME, fr. ON *kālfi*] (14c) : the fleshy hinder part of the leg below the knee

**calf love** *n* (1823) : PUPPY LOVE

**calf's-foot jelly** \,kavz-,fut-, ,kafs-, ,kävz-, ,käfs-\ *n* (1775) : jelly made from gelatin obtained by boiling calves' feet

**calf·skin** \'kaf-,skin, 'käf-\ *n* (15c) : leather made of the skin of a calf

**Cal·gon** \'kal-,gän\ *trademark* — used for a water softener

**Cal·i·ban** \'kal-ə-,ban\ *n* : a savage and deformed slave in Shakespeare's *The Tempest*

**cal·i·ber** *or* **cal·i·bre** \'kal-ə-bər, *Brit also* kə-'lē-\ *n* [MF *calibre,* fr. OIt *calibro,* fr. Ar *qālib* shoemaker's last] (1568) **1 a :** the diameter of a bullet or other projectile **b :** the diameter of a bore of a gun usu. expressed in hundredths or thousandths of an inch and typically written as a decimal fraction ⟨.32 ~⟩ **2 :** the diameter of a round body; *esp* : the internal diameter of a hollow cylinder **3 a :** degree of mental capacity or moral quality **b :** degree of excellence or importance

**cal·i·brate** \'kal-ə-,brāt\ *vt* **-brat·ed; -brat·ing** (1864) **1 :** to ascertain the caliber of (as a thermometer tube) **2 :** to determine, rectify, or mark the graduations of (as a thermometer tube) **3 :** to standardize (as a measuring instrument) by determining the deviation from a standard so as to ascertain the proper correction factors **4 :** ADJUST, TUNE — **cal·i·bra·tor** \-,brāt-ər\ *n*

**cal·i·bra·tion** \,kal-ə-'brā-shən\ *n* (1871) **1 :** the act or process of calibrating : the state of being calibrated **2 :** a set of graduations to indicate values or positions — usu. used in pl. ⟨~s on a gauge⟩

**ca·li·che** \kə-'lē-chē\ *n* [AmerSp, fr. Sp, flake of lime, fr. *cal* lime, fr. L *calx* — more at CHALK] (1858) **1 :** the nitrate-bearing gravel or rock of the sodium nitrate deposits of Chile and Peru **2 :** a crust of calcium carbonate that forms on the stony soil of arid regions

**cal·i·co** \'kal-i-,kō\ *n, pl* **-coes** *or* **-cos** [*Calicut,* India] (1540) **1 a :** cotton cloth imported from India **b** *Brit* **:** a plain white cotton fabric that is heavier than muslin **c :** any of various cheap cotton fabrics with figured patterns **2 :** a blotched or spotted animal; *esp* : one that is predominantly white with red and black patches — **calico** *adj*

**calico bass** *n* (1884) : BLACK CRAPPIE

**calico bush** *n* (1814) : MOUNTAIN LAUREL

**Cal·i·for·nia condor** \,kal-ə-,fòr-nyə-\ *n* [*California,* state of U.S.] (1833) : a large nearly extinct vulture (*Gymnogyps californianus*) that is related to the condor of So. America and is found in the mountains of southern California

California condor

**California laurel** *n* (1871) : a Pacific coast tree (*Umbellularia californica*) of the laurel family with evergreen foliage and small umbellate flowers

**California poppy** *n* (1845) : any of a genus (*Eschscholtzia*) of herbs of the poppy family; *esp* : one (*E. californica*) widely cultivated for its pale yellow to red flowers

**Cal·i·for·nio** \,kal-ə-'fòr-nē-,ō\ *n, pl* **-nios** [Sp, fr. *California*] (1923) : one of the original Spanish colonists of California or their descendants

**cal·i·for·ni·um** \,kal-ə-'fòr-nē-əm\ *n* [NL, fr. *California,* U.S.] (1950) : a radioactive element discovered by bombarding curium 242 with alpha particles — see ELEMENT table

**ca·lig·i·nous** \kə-'lij-ə-nəs\ *adj* [MF or L; MF *caligineux,* fr. L *caliginosus,* fr. *caligin-, caligo* darkness; akin to Gk *kelainos* black — more at COLUMBINE] (1548) : MISTY, DARK

**Ca·li·na·go** \,kal-ə-'nä-(,)gō\ *n* (ca. 1972) : an Arawakan language of the Lesser Antilles and Central America

[1]**cal·i·per** *or* **cal·li·per** \'kal-ə-pər\ *n* [alter. of *caliber*] (1588) **1 a :** a measuring instrument with two legs or jaws that can be adjusted to determine thickness, diameter, and distance between surfaces — usu. used in pl. ⟨a pair of ~s⟩ **b :** an instrument for measuring diameters (as of logs or trees) consisting of a graduated beam and at right angles to it a fixed arm and a movable arm **c :** a device consisting of two plates lined with a frictional material that press against the sides of a rotating wheel or disc in certain brake systems **2 :** thickness esp. of paper, paperboard, or a tree

[2]**caliper** *or* **calliper** *vt* **-pered; -per·ing** \-p(ə-)riŋ\ (1876) : to measure by or as if by calipers

**ca·liph** *or* **ca·lif** \'kā-ləf, 'kal-əf\ *n* [ME *caliphe,* fr. MF *calife,* fr. Ar *khalīfah* successor] (14c) : a successor of Muhammad as temporal and spiritual head of Islam — used as a title — **ca·liph·al** \-əl\ *adj*

**ca·liph·ate** \-,āt, -ət\ *n* (1614) : the office or dominion of a caliph

**cal·is·then·ic** \,kal-əs-'then-ik\ *adj* (1842) : of or relating to calisthenics

**cal·is·then·ics** \-iks\ *n pl but sing or pl in constr* [Gk *kalos* beautiful + *sthenos* strength — more at CALLIGRAPHY] (1847) **1 :** systematic rhythmic bodily exercises performed usu. without apparatus **2** *usu sing in constr* **:** the art or practice of calisthenics

**ca·lix** \'kā-liks, 'kal-iks\ *n, pl* **ca·li·ces** \'kā-lə-,sēz, 'kal-ə-\ [L *calic-, calix* — more at CHALICE] (1698) : CUP

[1]**calk** \'kök\, **calk·er** \'kö-kər\ *var of* CAULK, CAULKER

[2]**calk** \'kök\ *n* [prob. alter. of *calkin,* fr. ME *kakun,* fr. MD or ONF; MD *calcoen* horse's hoof, fr. ONF *calcain* heel, fr. L *calcaneum,* fr. *calc-, calx* heel; akin to Gk *kōlon* limb, *skelos* leg] (1587) : a tapered piece projecting downward on the shoe of a horse to prevent slipping; *also* : a similar device worn on the sole of a shoe

[3]**calk** *vt* (1624) **1 :** to furnish with calks **2 :** to wound with a calk

[1]**call** \'köl\ *vb* [ME *callen,* fr. ON *kalla;* akin to OE *hildecalla* battle herald, OHG *kallōn* to talk loudly, OSlav *glasŭ* voice] *vi* (bef. 12c) **1 a :** to speak in a loud distinct voice so as to be heard at a distance : SHOUT ⟨~ for help⟩ **b :** to make a request or demand ⟨~ for an investigation⟩ **c** *of an animal* **:** to utter a characteristic note or cry **d :** to get or try to get into communication by telephone — often used with *up* **e :** to make a demand in card games (as for a particular card or for a show of hands) **f :** to give the calls for a square dance **2 :** to make a brief visit ⟨~*ed* to pay his respects⟩ ⟨~*ed* on a friend⟩ ~ *vt* **1 a** (1) **:** to utter in a loud distinct voice — often used with *out* ⟨~ out a number⟩ (2) **:** to announce or read loudly or authoritatively ⟨~ the roll⟩ ⟨~ off a row of figures⟩ **b** (1) **:** to command or request to come or be present ⟨~*ed* to testify⟩ (2) **:** to cause to come : BRING ⟨~*s* to mind an old saying⟩ **c :** to summon to a particular activity, employment, or office ⟨was ~*ed* to active duty⟩ **d :** to invite or command to meet : CONVOKE ⟨~ a meeting⟩ **e :** to rouse from sleep or summon to get up **f** (1) **:** to give the order for : bring into action ⟨~ a strike against the company⟩ (2) **:** to manage (as an offensive game) by giving the signals or orders ⟨that catcher ~*s* a good game⟩ **g** (1) **:** to make a demand in bridge for (a card or suit) (2) **:** to require (a player) to show the hand in poker by making an equal bet (3) **:** to challenge to make good on a statement (4) **:** to charge with or censure for an offense ⟨deserves to be ~*ed* on that⟩ **h :** to attract (as game) by imitating the characteristic cry **i :** to halt (as a baseball game) because of unsuitable conditions **j :** to rule on the status of (as a pitched ball or a player's action) ⟨~ balls and strikes⟩ ⟨~ a base runner safe⟩ **k :** to give the calls for (a square dance) — often used with *off* **l** (1) **:** to get or try to get in communication with by telephone (2) **:** to deliver (a message) by telephone (3) **:** to make a signal to in order to transmit a message ⟨~ the flagship⟩ **m** (1) **:** to demand payment of esp. by formal notice ⟨~ a loan⟩ (2) **:** to demand presentation of (as a bond or option) for redemption **2 a :** to speak of or address by a specified name : give a name to ⟨~ her Kitty⟩ **b** (1) **:** to regard or characterize as of a certain kind : CONSIDER ⟨can hardly be ~*ed* generous⟩ (2) **:** to estimate or consider for purposes of an estimate or for convenience ⟨~ it an even dollar⟩ **c** (1) **:** to describe correctly in advance of or without knowledge of the event : PREDICT (2) **:** to name or specify in advance ⟨~ the toss of a coin⟩ **3 :** to temporarily transfer control of computer processing to (as a subroutine) ***syn*** see SUMMON — **call a spade a spade :** to speak frankly — **call for 1 :** to call (as at one's house) to get ⟨I'll *call for* you after dinner⟩ **2 a :** to require as necessary or appropriate ⟨the job *calls for* typing skills⟩ **b :** to make necessary **3 a :** to give an order for : DIRECT ⟨legislation *calling for* new schools⟩ **b :** to provide for ⟨the design *calls for* three windows⟩ — **call forth :** ELICIT, EVOKE ⟨these events *call forth* great emotions⟩ — **call in question** *or* **call into question :** to cast doubt upon — **call it a day :** to stop for the remainder of the day or for the present whatever one has been doing — **call it quits :** to call it a day : QUIT — **call names :** to address or speak of a person or thing contemptuously or offensively — **call on 1 :** to call upon **2 :** to elicit a response from (as a student) ⟨the teacher *called on* her first⟩ — **call one's bluff :** to challenge in order to expose an empty pretense or threat — **call the shots :** to be in charge or control : determine the policy or procedure — **call the tune :** to call the shots — **call to account :** to hold responsible : REPRIMAND — **call upon 1 :** REQUIRE, OBLIGE ⟨may be *called upon* to do several jobs⟩ **2 :** to make a demand on : depend on ⟨universities are *called upon* to produce trained men⟩

[2]**call** *n* (14c) **1 a :** an act of calling with the voice : SHOUT **b :** an imitation of the cry of a bird or other animal made to attract it **c :** an instrument used for calling ⟨a duck ~⟩ **d :** the cry of an animal (as a bird) **2 a :** a request or command to come or assemble **b :** a summons or signal on a drum, bugle, or pipe **c :** admission to the bar as a barrister **d :** an invitation to become the minister of a church or to accept a professional appointment **e :** a divine vocation or strong inner prompting to a particular course of action **f :** a summoning of actors to rehearsal ⟨the ~ is for 11 o'clock⟩ **g :** the attraction or appeal of a particular activity, condition, or place ⟨the ~ of the wild⟩ **h :** an order specifying the number of men to be inducted into the armed services during a specified period **i :** the selection of a play in football **3 a :** DEMAND, CLAIM **b :** NEED, JUSTIFICATION **c :** a demand for payment of money **d :** an option to buy a specified amount of a security (as stock) or commodity (as wheat) at a fixed price at or within a specified time — compare [2]PUT 2 **e :** an instance of asking for something : REQUEST ⟨many ~*s* for Christmas stories⟩ **4 :** ROLL CALL **5 :** a short usu. formal visit **6 :** the name or thing called ⟨the ~ was heads⟩ **7 :** the act of calling in a card game **8 :** the act of calling on the telephone **9 :** a direction or a succession of directions for a square dance rhythmically called to the dancers **10 :** a decision or ruling made by an official of a sports contest **11 :** a temporary transfer of control of computer processing to a particular set of instructions (as a subroutine) — **at call** *or* **on call 1 a :** available for use : at the service of ⟨thousands of men *at* his *call*⟩ **b :** ready to respond to a summons or command ⟨a doctor *on call*⟩ **2 :** subject to demand for payment or return without previous notice ⟨money lent *at call*⟩ — **within call :** within hearing or reach of a summons : subject to summons

**call·able** \'kò-lə-bəl\ *adj* (1826) : capable of being called; *specif* : subject to a demand for presentation for payment ⟨~ bond⟩

**cal·la lily** \'kal-ə-\ *n* [NL, genus name, modif. of Gk *kallaia* rooster's wattles] (1805) **1 :** a house or greenhouse plant (*Zantedeschia aethiopica*) of the arum family with a white showy spathe and yellow spadix — called also *calla* **2 :** a plant resembling the calla lily

**cal·la·loo** \,kal-ə-'lü, 'kal-ə-,\ *n* [AmSp, fr. *calalú* tropical American plant] (1892) : a soup or stew made with greens, onions, and crabmeat

**cal·lant** \'kal-ənt, 'käl-\ *n* [D or ONF; D *kalant* customer, fellow, fr. ONF *calland* customer, fr. L *calent-, calens,* prp. of *calēre* to be warm — more at LEE] *chiefly Scot* (1597) : BOY, LAD

**call·back** \'kòl-,bak\ *n* (1926) : a return call; *specif* : [2]RECALL 5

**call–board** \-,bō(ə)rd, -,bò(ə)rd\ *n* (1886) : BULLETIN BOARD

**call box** *n* (1885) **1** *Brit* **:** a public telephone booth **2 :** a telephone usu. located on the side of a road for reporting emergencies (as fires or automobile breakdowns)

**call·boy** \'kòl-,bòi\ *n* (1794) : BELLHOP, PAGE

**teg·u·ment** \ˈteg-yə-mənt\ n [ME, fr. L tegumentum] (15c) : INTEGUMENT

**te·iid** \ˈtē-(y)əd, ˈtī-əd\ n [NL Teiidae, fr. Teius, genus of lizards, fr. Pg teiu, a lizard, fr. Tupi tejú] (1956) : any of a family (Teiidae) of mostly tropical American lizards (as the race runner) with a flat elongate scaly tongue that ends in two long smooth points — **teiid** adj

**tek·tite** \ˈtek-ˌtīt\ n [ISV, fr. Gk tēktos molten, fr. tēkein to melt — more at THAW] (ca. 1922) : a glassy body of probably meteoritic origin and of rounded but indefinite shape found esp. in Czechoslovakia, Australia, and the U.S. — **tek·tit·ic** \tek-ˈtit-ik\ adj

**tel-** or **telo-** comb form [ISV, fr. Gk telos — more at WHEEL] : end ⟨telangiectasia⟩

**tel·a·mon** \ˈtel-ə-ˌmän\ n, pl **tel·a·mo·nes** \ˌtel-ə-ˈmō-(ˌ)nēz\ [L, fr. Gk telamōn bearer, supporter; akin to Gk tlēnai to bear — more at TOLERATE] (ca. 1706) : a male figure used like a caryatid as a supporting column or pilaster

telamon

**tel·an·gi·ec·ta·sia** \ˌtel-ˌan-jē-ˌek-ˈtā-zh(ē-)ə, ˌtēl-, təl-\ or **tel·an·gi·ec·ta·sis** \-ˈek-tə-səs\ n, pl **-ta·sias** or **-ta·ses** \-tə-ˌsēz\ [NL, fr. tel- + angi- + ectasia, ectasis (as in atelectasis)] (1831) : an abnormal dilatation of capillary vessels and arterioles that often forms an angioma — **tel·an·gi·ec·tat·ic** \-ˌek-ˈtat-ik\ adj

**tele** \ˈtel-ē\ n (1946) : TELEVISION

**tele-** or **tel-** comb form [NL, fr. Gk tēle-, tēl-, fr. tēle far off — more at PALE-] 1 : distant : at a distance : over a distance ⟨telegram⟩ ⟨telesthesia⟩ 2 a : telegraph ⟨teletypewriter⟩ b : television ⟨telecast⟩ c : telecommunication ⟨teleman⟩

**tele·cam·era** \ˈtel-i-ˌkam-(ə-)rə\ n (1937) : a television camera

**tele·cast** \ˈtel-i-ˌkast\ vb **-cast** also **-cast·ed; -cast·ing** [tele- + broadcast] vt (1937) : to broadcast by television ~ vi : to broadcast a television program — **telecast** n — **tele·cast·er** n

**tele·com·mu·ni·ca·tion** \ˌtel-i-kə-ˌmyü-nə-ˈkā-shən\ n [ISV] (1932) 1 : communication at a distance (as by telephone or television) 2 : a science that deals with telecommunication — usu. used in pl.

**tele·con·fer·ence** \ˈtel-i-ˌkän-f(ə-)rən(t)s, -fərn(t)s\ n (1953) : a conference among people remote from one another who are linked by telecommunication devices (as telephones, televisions, or computer terminals) — **tele·con·fer·enc·ing** \-f(ə-)rən(t)-siŋ, -fərn(t)-siŋ\ n

**Tele·copi·er** \ˈtel-ə-ˌkäp-ē-ər\ trademark — used for transmitting and receiving equipment for producing facsimile copies of documents

**tele·course** \ˈtel-i-ˌkō(ə)rs, -ˌkȯ(ə)rs\ n (1950) : a course of study conducted over television

**tele·fac·sim·i·le** \ˌtel-i-fak-ˈsim-ə-(ˌ)lē\ n (1952) : a system of transmitting and reproducing fixed graphic material (as printing) by means of signals transmitted over telephone lines

**tele·film** \ˈtel-i-ˌfilm\ n (1939) : a motion picture produced for televising

**tele·ge·nic** \ˌtel-ə-ˈjen-ik, -ˈjēn-\ adj (1939) : having an appearance and manner that are markedly attractive to television viewers

¹**tele·gram** \ˈtel-ə-ˌgram, Southern also -grəm\ n (ca. 1852) : a telegraphic dispatch

²**tele·gram** \-ˌgram\ vt **-grammed; -gram·ming** (1864) : TELEGRAPH

¹**tele·graph** \-ˌgraf\ n [F télégraphe, fr. télé- tele- (fr. Gk tēle-) + -graphe -graph] (1794) 1 : an apparatus for communication at a distance by coded signals; esp : an apparatus, system, or process for communication at a distance by electric transmission over wire 2 : TELEGRAM

²**telegraph** vt (1805) 1 a : to send or communicate by or as if by telegraph b : to send a telegram to c : to send by means of a telegraphic order ⟨~ flowers to a sick friend⟩ 2 : to make known by signs esp. unknowingly and in advance ⟨~ a punch⟩ — **te·leg·ra·pher** \tə-ˈleg-rə-fər\ n — **te·leg·ra·phist** \-fəst\ n

**tele·graph·ese** \ˌtel-ə-graf-ˈēz, -ˈēs\ n (1885) : language characterized by the terseness and ellipses that are common in telegrams

**tele·graph·ic** \ˌtel-ə-ˈgraf-ik\ adj (1794) 1 : of or relating to the telegraph 2 : CONCISE, TERSE ⟨with ~ economy of words —F. S. Mitchell⟩ — **tele·graph·i·cal·ly** \-i-k(ə-)lē\ adv

**te·leg·ra·phy** \tə-ˈleg-rə-fē\ n (1795) : the use or operation of a telegraph apparatus or system for transmitting or receiving communications

**tele·ki·ne·sis** \ˌtel-i-kə-ˈnē-səs, -kī-\ n [NL, fr. Gk tēle- + kinēsis motion — more at -KINESIS] (1890) : the apparent production of motion in objects (as by a spiritualistic medium) without contact or other physical means — **tele·ki·net·ic** \-ˈnet-ik\ adj — **tele·ki·net·i·cal·ly** \-i-k(ə-)lē\ adv

**Te·lem·a·chus** \tə-ˈlem-ə-kəs\ n [L, fr. Gk Tēlemachos] : the son of Odysseus and Penelope who contrived with his father to slay his mother's suitors

**tel·e·mark** \ˈtel-ə-ˌmärk\ n, often cap [Norw, fr. Telemark, region in Norway] (1910) : a turn in skiing in which the outside ski is advanced considerably ahead of the other ski and then turned inward at a steadily widening angle until the turn is completed

**tele·mar·ket·ing** \ˌtel-ə-ˈmär-kət-iŋ\ n (1982) : the marketing of goods or services by telephone

¹**tele·me·ter** \ˈtel-ə-ˌmēt-ər\ n [ISV] (ca. 1860) 1 : an instrument for measuring the distance of an object from an observer 2 : an electrical apparatus for measuring a quantity (as pressure, speed, or temperature), transmitting the result esp. by radio to a distant station, and there indicating or recording the quantity measured

²**telemeter** vt (1925) : to transmit (as the measurement of a quantity) by telemeter ~ vi : to telemeter the measurement of a quantity

**te·lem·e·try** \tə-ˈlem-ə-trē\ n (ca. 1891) 1 : the science or process of telemetering data 2 : data transmitted by telemetry 3 : BIOTELEMETRY — **tele·met·ric** \ˌtel-ə-ˈme-trik\ adj — **tele·met·ri·cal·ly** \-tri-k(ə-)lē\ adv

**tel·en·ceph·a·lon** \ˌtel-en-ˈsef-ə-ˌlän, -lən\ n [NL, fr. tel- + encephalon] (ca. 1909) : the anterior subdivision of the forebrain comprising the cerebral hemispheres and associated structures — **tel·en·ce·phal·ic** \-ˌen-sə-ˈfal-ik\ adj

**te·le·o·log·i·cal** \ˌtel-ē-ə-ˈläj-i-kəl, ˌtēl-\ also **te·le·o·log·ic** \-ˈläj-ik\ adj (1798) : exhibiting or relating to design or purpose esp. in nature — **te·le·o·log·i·cal·ly** \-i-k(ə-)lē\ adv

**te·le·ol·o·gy** \ˌtel-ē-ˈäl-ə-jē, ˌtēl-\ n [NL teleologia, fr. Gk tele-, telos end, purpose + -logia -logy — more at WHEEL] (1740) 1 a : the study of evidences of design in nature b : a doctrine (as in vitalism) that ends are immanent in nature c : a doctrine explaining phenomena by final causes 2 : the fact or character attributed to nature or natural processes of being directed toward an end or shaped by a purpose 3 : the use of design or purpose as an explanation of natural phenomena — **te·le·ol·o·gist** \-jəst\ n

**te·le·ost** \ˈtel-ē-ˌäst, ˈtē-lē-\ n [deriv. of Gk teleios complete, perfect (fr. telos end) + osteon bone — more at OSSEOUS] (1862) : any of a group (Teleostei or Teleostomi) of fishes comprising the fishes with a bony rather than a cartilaginous skeleton and including all jawed fishes with the exception of the elasmobranchs and sometimes the ganoids and dipnoans — **teleost** adj — **te·le·os·te·an** \ˌtel-ē-ˈäs-tē-ən, ˌtēl-\ adj

**te·lep·a·thy** \tə-ˈlep-ə-thē\ n (ca. 1882) : apparent communication from one mind to another by extrasensory means — **tele·path·ic** \ˌtel-ə-ˈpath-ik\ adj — **tele·path·i·cal·ly** \-i-k(ə-)lē\ adv

¹**tele·phone** \ˈtel-ə-ˌfōn\ n, often attrib (1849) : an instrument for reproducing sounds at a distance; specif : one in which sound is converted into electrical impulses for transmission by wire

²**telephone** vb **-phoned; -phon·ing** vi (1879) : to communicate by telephone ~ vt 1 : to send by telephone 2 : to speak to by telephone — **tele·phon·er** n

**telephone booth** n (ca. 1895) : an enclosure within which one may stand or sit while making a telephone call

**telephone box** n, Brit (1904) : a public telephone booth

**telephone directory** n (1907) : a book listing names, addresses, and telephone numbers of telephone subscribers — called also telephone book

**telephone number** n (1885) : a number assigned to a telephone and used by a person to call that telephone

**telephone receiver** n (1906) : a device (as in a telephone) for converting electric impulses or varying current into sound

**tele·phon·ic** \ˌtel-ə-ˈfän-ik\ adj (1834) 1 : conveying sound to a distance 2 : of, relating to, or conveyed by telephone — **tele·phon·i·cal·ly** \-i-k(ə-)lē\ adv

**te·le·pho·nist** \tə-ˈlef-ə-nəst, ˈtel-ə-ˌfō-nəst\ n, Brit (1884) : a telephone switchboard operator

**te·le·pho·ny** \tə-ˈlef-ə-nē also ˈtel-ə-ˌfō-\ n (ca. 1835) : the use or operation of an apparatus for transmission of sounds between widely removed points with or without connecting wires

¹**tele·pho·to** \ˌtel-ə-ˈfōt-(ˌ)ō\ adj (ca. 1895) : being a camera lens system designed to give a large image of a distant object; also : relating to or being photography in which a telephoto lens is used

²**telephoto** n, pl **-tos** (ca. 1909) 1 : a telephoto lens 2 : a photograph taken with a camera having a telephoto lens

**Telephoto** trademark — used for an apparatus for transmitting photographs electrically or for a photograph so transmitted

**tele·pho·to·graph·ic** \ˌtel-ə-ˌfōt-ə-ˈgraf-ik\ adj (1892) : of, relating to, or being the photographic process of telephotography

**tele·pho·tog·ra·phy** \-fə-ˈtäg-rə-fē\ n [ISV] (1881) 1 : FACSIMILE 2 2 : the photography of distant objects (as by a camera provided with a telephoto lens)

**tele·play** \ˈtel-i-ˌplā\ n (1952) : a play written for television

**tele·por·ta·tion** \ˌtel-ə-ˌpōr-ˈtā-shən, -ˌpȯr-, -pər-\ n [tele- + -portation (as in transportation)] (1931) : the act or process of moving an object or person without physical contact by psychokinesis — **tele·port** \ˈtel-ə-ˌpō(ə)rt, -ˌpȯ(ə)rt\ vt

**tele·print·er** \ˈtel-ə-ˌprint-ər\ n (1929) : a device capable of producing hard copy from signals received over a communications circuit; esp : TELETYPEWRITER

**tele·pro·cess·ing** \-ˈpräs-ˌes-iŋ, -ˈprōs-, -əs-\ n (1962) : computer processing via remote terminals

**Tele·Promp·Ter** \ˈtel-ə-ˌpräm(p)-tər\ trademark — used for a device for unrolling a magnified script in front of a speaker on television

**tele·ran** \ˈtel-ə-ˌran\ n [television-radar navigation] (1946) : a system of aerial navigation that utilizes a combination of television and radar for the guidance of aircraft

¹**tele·scope** \ˈtel-ə-ˌskōp\ n, often attrib [NL telescopium, fr. Gk tēleskopos farseeing, fr. tēle- tele- + skopos watcher; akin to Gk skopein to look — more at SPY] (1648) 1 : a usu. tubular optical instrument for viewing distant objects by means of the refraction of light rays through a lens or the reflection of light rays by a concave mirror — compare REFLECTOR, REFRACTOR 2 : any of various tubular magnifying optical instruments 3 : RADIO TELESCOPE 4 : an expandable traveling bag having a top half that slips over the bottom half and is fastened with straps — called also telescope bag

²**telescope** vb **-scoped; -scop·ing** vi (1867) 1 : to force a way into or enter another lengthwise as the result of collision 2 : to slide or pass one within another like the cylindrical sections of a hand telescope 3 : to become telescoped ~ vt 1 : to cause to telescope 2 : COMPRESS, CONDENSE ⟨the book arbitrarily ~s time and space, and as arbitrarily extends them —Phoebe Adams⟩

**tele·scop·ic** \ˌtel-ə-ˈskäp-ik\ adj (1705) 1 a : of, relating to, or performed with a telescope b : suitable for seeing or magnifying distant objects 2 : seen or discoverable only by a telescope ⟨~ stars⟩ 3 : able to discern objects at a distance 4 : having parts that telescope — **tele·scop·i·cal·ly** \-i-k(ə-)lē\ adv

**tel·e·sis** \ˈtel-ə-səs\ n, pl **-e·ses** \-ˌsēz\ [NL, fr. Gk, fulfillment, fr. telein to complete, fr. telos end — more at WHEEL] (1898) : progress that is intelligently planned and directed : the attainment of desired ends by the application of intelligent human effort to the means

**tele·text** \ˈtel-ə-ˌtekst\ n (1974) : an electronic system in which printed matter is broadcast by a television station and displayed on a subscriber's television set having a decoder

**tele·thon** \ˈtel-ə-ˌthän\ n [tele- + -thon (as in marathon)] (1949) : a long television program usu. to solicit funds esp. for a charity

**Tele·type** \ˈtel-ə-ˌtīp\ trademark — used for a teletypewriter

**Tele·type·set·ter** \ˌtel-ə-ˈtīp-ˌset-ər\ trademark — used for a telegraphic apparatus for the automatic operation of a keyboard typesetting machine

**tele·type·writ·er** \-ˈrīt-ər\ n (1903) : a printing device resembling a typewriter that is used to send and receive telephonic signals

**te·leu·to·spore** \tə-ˈlüt-ə-ˌspō(ə)r, -ˌspȯ(ə)r\ n [Gk teleutē end (akin to Gk telos end) + ISV spore — more at WHEEL] (ca. 1847) : TELIOSPORE

**tel·evan·ge·list** \ˌtel-i-ˈvan-jə-ləst\ n (1973) : an evangelist who conducts regularly televised religious services — **tel·evan·ge·lism** \-ˌliz-əm\ n

**tele·view** \ˈtel-i-ˌvyü\ vi (1935) : to observe or watch by means of a television receiver — **tele·view·er** n

**tele·vise** \ˈtel-ə-ˌvīz\ vb **-vised; -vis·ing** [back-formation fr. television] vt (1927) : to pick up and usu. broadcast (as a baseball game) by television ~ vi : to broadcast by television

**tele·vi·sion** \ˈtel-ə-ˌvizh-ən esp Brit ˌtel-ə-ˈ\ n [F télévision, fr. télé- tele- (fr. Gk tēle-) + vision] (1907) 1 : an electronic system of transmitting transient images of fixed or moving objects together with sound over a wire or through space by apparatus that converts light and sound into electrical waves and reconverts them into visible light rays and audible sound 2 : a television receiving set 3 a : the television broadcasting industry b : television as a medium of communication

**television tube** n (1937) : PICTURE TUBE

**tele·vi·sor** \ˈtel-ə-ˌvī-zər\ n (1926) 1 : a transmitting or receiving apparatus for television 2 : a television broadcaster : TELECASTER

**tele·vi·su·al** \ˌtel-ə-ˈvizh-(ə-)wəl, -ˈvizh-əl\ adj, chiefly Brit (1926) : of, relating to, or suitable for broadcast by television

**tel·ex** \ˈtel-ˌeks\ n [teleprinter + exchange] (1932) : a communication service involving teletypewriters connected by wire through automatic exchanges — **telex** vt

**te·lic** \ˈtel-ik, ˈtēl-\ adj [Gk telikos, fr. telos end — more at WHEEL] (ca. 1846) : tending toward an end — **te·li·cal·ly** \-i-k(ə-)lē\ adv

**te·lio·spore** \ˈtē-lē-ə-ˌspō(ə)r, -ˌspȯ(ə)r\ n [Gk teleios complete (fr. telos end) + E spore] (1905) : a thick-walled chlamydospore that is the final stage in the life cycle of a rust fungus and that after nuclear fusion gives rise to the basidium

**te·li·um** \ˈtē-lē-əm\ n, pl **te·lia** \-lē-ə\ [NL, fr. Gk teleios complete] (ca. 1905) : a teliospore-containing sorus or pustule on the host plant of a rust fungus — **te·li·al** \ˈtē-lē-əl\ adj

¹**tell** \ˈtel\ vb **told** \ˈtōld\; **tell·ing** [ME tellen, fr. OE tellan; akin to OHG zellen to count, tell, OE talu tale] vt (bef. 12c) 1 : COUNT, ENUMERATE ⟨all told there were 27 public schools —C. L. Jones⟩ 2 a : to relate in detail : NARRATE b : to give utterance to : SAY ⟨who dares think one thing, and another ~ —Alexander Pope⟩ 3 a : to make known : DIVULGE, REVEAL b : to express in words ⟨she never told her love —Shak.⟩ 4 a : to report to : INFORM b : to assure emphatically ⟨they did not do it, I ~ you⟩ 5 : ORDER, DIRECT ⟨told me to wait⟩ 6 : to ascertain by observing : FIND OUT ~ vi 1 : to give an account 2 : to act as an informer — often used with on ⟨I'll get even with you if you ever ~ on me —Inside Detective⟩ 3 : to take effect : have a marked effect 4 : to serve as evidence or indication syn see REVEAL

²**tell** n [Ar tall] (1864) : HILL, MOUND; specif : an ancient mound in the Middle East composed of remains of successive settlements

**tell·er** \ˈtel-ər\ n (14c) 1 : one that relates or communicates ⟨a ~ of stories⟩ 2 : one that reckons or counts: as a : one appointed to count votes b : a member of a bank's staff concerned with the direct handling of money received or paid out

**tell·ing** \ˈtel-iŋ\ adj (1851) : carrying great weight and producing a marked effect : EFFECTIVE, EXPRESSIVE ⟨the most ~ evidence⟩ syn see VALID — **tell·ing·ly** \-iŋ-lē\ adv

**tell off** vt (1827) 1 : to number and set apart; esp : to assign to a special duty ⟨told off a detail and put them to opening a trench —J. F. Dobie⟩ 2 : REPRIMAND, SCOLD ⟨tell off the big shots⟩

**tell·tale** \ˈtel-ˌtāl\ n (1548) 1 a : TALEBEARER, INFORMER b : an outward sign : INDICATION 2 : a device for indicating or recording something: as a : a device for keeping a check on employees; esp : TIME CLOCK b : a device that shows the position of the helm or rudder c : a strip of metal on the front wall of a racquets or squash court usu. to a height of from 2 to 2½ feet above the ground over which the ball must be hit d : a railroad warning device (as a row of long strips hanging over tracks at the approach to a low overhead bridge) — **telltale** adj

**tellur-** or **telluro-** comb form [L tellur-, tellus — more at THILL] 1 : earth ⟨tellurian⟩ 2 [NL tellurium] : tellurium ⟨telluric⟩

**tel·lu·ri·an** \tə-ˈlu̇r-ē-ən, te-\ adj (1846) : of, relating to, or characteristic of the earth

**tel·lu·ric** \tə-ˈlu̇(ə)r-ik, te-\ adj (1800) 1 : of, relating to, or containing tellurium esp. with a higher valence than in tellurous compounds 2 : of or relating to the earth : TERRESTRIAL 3 : being or relating to a usu. natural electric current flowing near the earth's surface

**tel·lu·ride** \ˈtel-yə-ˌrīd\ n [ISV] (1849) : a binary compound of tellurium usu. with a more electropositive element or group

**tel·lu·ri·um** \tə-ˈlu̇r-ē-əm, te-\ n [NL, fr. L tellur-, tellus earth] (1800) : a semimetallic element related to selenium and sulfur that occurs in a silvery white brittle crystalline form of metallic luster, in a dark amorphous form, or combined with metals and that is used esp. in alloys — see ELEMENT table

**tel·lu·rom·e·ter** \ˌtel-yə-ˈräm-ət-ər\ n (1957) : a device that measures distance by means of microwaves

**tel·lu·rous** \ˈtel-yə-rəs; tə-ˈlu̇r-əs, te-\ adj [ISV] (1842) : of, relating to, or containing tellurium esp. with a lower valence than in telluric compounds

**tel·ly** \ˈtel-ē\ n, pl **tellys** also **tellies** [by shortening & alter.] chiefly Brit (1939) : TELEVISION

**telo-** — see TEL-

**telo·cen·tric** \ˌtel-ə-ˈsen-trik, ˌtēl-\ adj [ISV tel- + centromere + -ic] (1939) : having the form of a straight rod due to the terminal position of the centromere ⟨a ~ chromosome⟩ — **telocentric** n

**te·lome** \ˈtē-ˌlōm\ n [ISV] (ca. 1935) : a basic structural unit of the vascular plant consisting typically of a terminal branchlet with distal sporangium and vascular supply

**telo·mere** \ˈtel-ə-ˌmi(ə)r, ˈtēl-\ n [ISV] (1940) : the natural end of a chromosome

**telo·phase** \ˈtel-ə-ˌfāz, ˈtēl-\ n [ISV] (1895) 1 : the final stage of mitosis in which the spindle disappears and two new nuclei appear each with a set of chromosomes 2 : a stage in meiosis that is usu. the final stage in the first and second meiotic divisions but may be missing in the first and that is characterized by formation of the nuclear membrane and by changes in coiling and arrangement of the chromosomes

**te·los** \ˈtel-ˌäs, ˈtē-ˌläs\ n [Gk — more at WHEEL] (1904) : an ultimate end

**telo·tax·is** \ˌtel-ə-ˈtak-səs, ˌtēl-\ n [NL] (1934) : a taxis in which an organism orients itself in respect to a stimulus (as a light source) as though that were the only stimulus acting on it

**tel·pher** \ˈtel-fər\ n [irreg. fr. Gk tēle- tele- + pherein to bear — more at BEAR] (ca. 1901) : a light car suspended from and running on aerial cables; esp : one propelled by electricity

**tel·son** \ˈtel-sən\ n [NL, fr. Gk, end of a plowed field; prob. akin to Gk telos end] (ca. 1855) : the terminal segment of the body of an arthropod or segmented worm; esp : that of a crustacean forming the middle lobe of the tail

**Tel·u·gu** \ˈtel-ə-ˌgü\ n, pl **Telugu** or **Telugus** (1789) 1 : a member of the largest group of people in Andhra Pradesh, India 2 : the Dravidian language of the Telugu people

**tem·blor** \ˈtem-blər; ˈtem-ˌblȯ(ə)r, -ˌblō(ə)r, tem-ˈ\ n [Sp, lit., trembling, fr. temblar to tremble, fr. ML tremulare — more at TREMBLE] (1876) : EARTHQUAKE

**tem·er·ar·i·ous** \ˌtem-ə-ˈrer-ē-əs, -ˈrar-\ adj [L temerarius, fr. temere] (1532) : marked by temerity : rashly or presumptuously daring — **tem·er·ar·i·ous·ly** adv — **tem·er·ar·i·ous·ness** n

**te·mer·i·ty** \tə-ˈmer-ət-ē\ n, pl **-ties** [ME temeryte, fr. L temeritas, fr. temere at random, rashly, lit., in the dark; akin to OHG demar darkness, L tenebrae, Skt tamas] (15c) 1 : unreasonable or foolhardy contempt of danger or opposition : RASHNESS, RECKLESSNESS 2 : an act or instance of temerity

syn TEMERITY, AUDACITY, HARDIHOOD, EFFRONTERY, NERVE, CHEEK, GALL, CHUTZPAH mean conspicuous or flagrant boldness. TEMERITY suggests boldness arising from rashness and contempt of danger; AUDACITY implies a disregard of restraints commonly imposed by convention or prudence; HARDIHOOD suggests firmness in daring and defiance; EFFRONTERY implies shameless, insolent disregard of propriety or courtesy; NERVE, CHEEK, GALL, and CHUTZPAH are informal equivalents for EFFRONTERY.

**temp** \ˈtemp\ n (ca. 1931) : a temporary worker

**tem·peh** \ˈtem-ˌpā\ n [Indonesian témpé] (1961) : an Asian food prepared by fermenting soybeans with a rhizopus

¹**tem·per** \ˈtem-pər\ vb **tem·pered; tem·per·ing** \-p(ə-)riŋ\ [ME temperen, fr. OE & OF; OE temprian & OF temprer, fr. L temperare to moderate, mix, temper; prob. akin to L tempor-, tempus time — more at TEMPORAL] vt (bef. 12c) 1 : to adjust to the needs of a situation by a counterbalancing or mitigating addition : MODERATE ⟨~ justice with mercy⟩ 2 archaic a : to exercise control over : GOVERN, RESTRAIN b : to cause to be well disposed : MOLLIFY ⟨~ed and reconciled them both —Richard Steele⟩ 3 : to bring to a suitable state by mixing in or adding a usu. liquid ingredient: as a : to mix (clay) with water or a modifier (as grog) and knead to a uniform texture b : to mix oil with (colors) in making paint ready for use 4 a (1) : to soften (hardened steel or cast iron) by reheating at a lower temperature (2) : to harden (steel) by reheating and cooling in oil b : to anneal or toughen (glass) by a process of gradually heating and cooling 5 : to make stronger and more resilient through hardship : TOUGHEN ⟨troops ~ed in battle⟩ 6 a : to put in tune with something : ATTUNE b : to adjust the pitch of (a note, chord, or instrument) to a temperament ~ vi : to produce satisfactory temper (as in a metal) — **tem·per·able** \-p(ə-)rə-bəl\ adj — **tem·per·er** \-pər-ər\ n

²**temper** n (14c) 1 a archaic : a suitable proportion or balance of qualities : a middle state between extremes : MEAN, MEDIUM ⟨virtue is . . . a just ~ between propensities —T. B. Macaulay⟩ b archaic : CHARACTER, QUALITY ⟨the ~ of the land you design to sow —John Mortimer⟩ c : characteristic tone : TREND, TENDENCY ⟨the ~ of the times⟩ d : high quality of mind or spirit : COURAGE, METTLE 2 : the state of a substance with respect to certain desired qualities (as hardness, elasticity, or workability): as a (1) : the degree of hardness or resiliency given steel by tempering (2) : the color of steel after tempering b : the feel and relative solidity of leather 3 a : a characteristic cast of mind or state of feeling : DISPOSITION b : calmness of mind : COMPOSURE, EQUANIMITY c : state of feeling or frame of mind at a particular time usu. dominated by a single strong emotion d : heat of mind or emotion : proneness to anger : PASSION 4 : a substance added to or mixed with something else to modify the properties of the latter: as a : any of various mixtures of metals added to another metal in making an alloy b : the carbon content of steel that affects its hardening properties syn see DISPOSITION

**tem·pera** \ˈtem-pə-rə\ n [It tempera, lit., temper, fr. temperare to temper, fr. L] (1832) 1 : a process of painting in which an albuminous or colloidal medium (as egg yolk) is employed as a vehicle instead of oil; also : a painting done in tempera 2 : POSTER COLOR

**tem·per·a·ment** \ˈtem-p(ə-)rə-mənt, -pər-mənt\ n [ME, fr. L temperamentum, fr. temperare to mix, temper] (15c) 1 obs a : constitution of a substance, body, or organism with respect to the mixture or balance of its elements, qualities, or parts : MAKEUP b : COMPLEXION 1 2 obs a : CLIMATE b : TEMPERATURE 2 3 a : the peculiar or distinguishing mental or physical character determined by the relative proportions of the humors according to medieval physiology b : characteristic or habitual inclination or mode of emotional response ⟨a nervous ~⟩ c : extremely high sensibility; esp : excessive sensitiveness or irritability 4 a : the act or process of tempering or modifying : ADJUSTMENT, COMPROMISE b : middle course : MEAN 5 : the process of slightly modifying the musical intervals of the pure scale to produce a set of 12 equally spaced tones to the octave which enables a keyboard instrument to play in all keys syn see DISPOSITION

**tem·per·a·men·tal** \ˌtem-p(ə-)rə-ˈment-ᵊl\ adj (1646) 1 : of, relating to, or arising from temperament : CONSTITUTIONAL ⟨~ peculiarities⟩ 2 a : marked by excessive sensitivity and impulsive changes of mood ⟨a ~ opera singer⟩ b : unpredictable in behavior or performance — **tem·per·a·men·tal·ly** \-ᵊl-ē\ adv