# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| ETHAN RADVANSKY, on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>KENDO HOLDINGS, INC., d/b/a Fenty Beauty,<br><br>    Defendant. | Case No. 3:23-cv-00214-LMM |

**DEFENDANT KENDO HOLDINGS, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS <u>MOTION FOR JUDGMENT ON THE PLEADINGS</u>**

1.	On August 4, 2025, Defendant Kendo Holdings, Inc. ("Kendo") filed its Motion for Judgment on the Pleadings (the "Motion"), contending *inter alia* that Section 227(c) of the Telephone Consumer Protection Act "applies only to 'calls' and not text messages." DE 43-1 at 14. In support, Kendo cited a recent case from the Central District of Illinois so holding. *Id*. at 9 (citing *Jones v. Blackstone Med. Servs., LLC*, 2025 WL 2042764, at *3–4 (C.D. Ill. July 21, 2025)).

2.	On October 23, 2025, Kendo filed a Reply in Support of its Motion, reiterating that argument. DE 49. In support, Kendo cited a decision from the Northern District of Florida that was published after Kendo filed its Motion, which held that "a text message is not a 'telephone call.'" *Id*. at 6 (citing *Davis v. CVS Pharmacy, Inc.*, __ F. Supp. 3d __, 2025 WL 2491195, at *1 (N.D. Fla. Aug. 26, 2025) (C.J. Winsor)).

3.	The next day, on October 24, 2025, the Middle District of Florida issued an opinion endorsing the *Davis* decision and holding: "the statutory text here is clear, and a text message is not a 'telephone call.'" *El Sayed v. Naturopathica Holistic Health, Inc.*, No. 8:25-CV-00847-SDM-CPT, 2025 WL 2997759, at *1 (M.D. Fla. Oct. 24, 2025) (quoting *Davis*, 2025 WL 2491195, at *1).

4.	The *El Sayed* decision marks the second court within the Eleventh Circuit to hold that a text message is not a "telephone call" under Section 227(c). No court in this Circuit has held to the contrary post-*McLaughlin*.

5.   Kendo therefore submits the Middle District of Florida's decision in *El Sayed* as supplemental authority in support of its Motion.

Respectfully submitted this 11th day of November, 2025.

<u>*/s/ Lori Chang*</u>
Steven J. Rosenwasser (SBN GA 614908)
William E. Eye (SBN GA 688914)
Greenberg Traurig, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone:  678.553.2100
Facsimile:  678.553.2212
Email:       Steven.Rosenwasser@gtlaw.com
             eyew@gtlaw.com

Lori Chang (SBN CA 228142) (*pro hac vice*)
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone:  310.586.7700
Facsimile:  310.586.7800
Email:       changl@gtlaw.com

*Attorneys for Defendant Kendo Holdings, Inc.*

## **CERTIFICATE OF COMPLIANCE**

Counsel hereby certifies that the text of this document has been prepared with Times New Roman 14-point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

/s/ Lori Chang
Lori Chang

## CERTIFICATE OF SERVICE

This is to certify that on November 11, 2025, I electronically filed the foregoing **DEFENDANT KENDO HOLDINGS, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY** with the CM/ECF efiling system, which will automatically send email notification of such filing to attorneys of record.

This 11th day of November, 2025.

*/s/ Lori Chang*
Lori Chang