# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Ethan Radvansky, *on behalf of himself and others similarly situated*, | ) Case No.: 3:23-cv-00214-TCB </br> ) </br> ) |
| Plaintiff, | ) </br> ) |
| v. | ) </br> ) |
| Kendo Holdings, Inc., d/b/a Fenty Beauty, | ) </br> ) |
| Defendant. | ) </br> ) |
| _____ | ) |

**PLAINTIFF'S SEVENTH NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HIS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

1. On August 4, 2025, Kendo Holdings, Inc., d/b/a Fenty Beauty ("Defendant") filed its memorandum in support of its motion for judgment on the pleadings, through which it contended that the Telephone Consumer Protection Act ("TCPA") at "227(c) applies only to 'calls' and not text messages," and that the TCPA "does not define telephone 'call' to include text messages." ECF No. 43-1 at 14.

2. On September 18, 2025, Ethan Radvansky ("Plaintiff") filed his response in opposition to Defendant's motion for judgment on the pleadings, through which he argued that the TCPA at 47 U.S.C. § 227(c) applies to text messages, and that a text message qualifies as a call under the TCPA. *See* ECF No. 46 at 19-24.

3. On October 23, 2025, Defendant filed its reply in support of its motion for judgment on the pleadings. *See* ECF No. 49.

4. On January 26, 2026—following the Supreme Court's decision in *McLaughlin Chiropractic Assocs., Inc. v. McKesson Corp.*, 606 U.S. 146 (2025), and after Plaintiff submitted his response in opposition to Defendant's motion for judgment on the pleadings—the United States District Court for the Southern District of Texas found "that 'telephone calls' in the context of § 227(c)(5) include text messages[.]" *Alvarez v. Fiesta Nissan, Inc.*, No. 7:25-CV-00343, 2026 WL 202930, at *1 (S.D. Tex. Jan. 26, 2026).

5.      And after pages of detailed analysis, the Southern District of Texas concluded: "In sum, both the original text and the context support reading § 227(c)'s cause of action to include text messages within its prohibition on violative 'telephone calls' to persons on the National Do-Not-Call List." *Id*. at \*6.

6.      Plaintiff therefore submits the Southern District of Texas's decision in *Alvarez* as supplemental authority in support of his response in opposition to Defendant's motion for judgment on the pleadings.

|  |  |
|---|---|
| Date: January 29, 2026 | */s/ Aaron D. Radbil*<br>Aaron D. Radbil (*pro hac vice*)<br>James L. Davidson (*pro hac vice*)<br>Greenwald Davidson Radbil PLLC<br>5550 Glades Road, Suite 500<br>Boca Raton, Florida 33431<br>(561) 826-5477<br>aradbil@gdrlawfirm.com<br>jdavidson@gdrlawfirm.com<br><br>Anthony I. Paronich (*pro hac vice*)<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Tel: (617) 485-0018<br>anthony@paronichlaw.com<br><br>Steve Koval<br>The Koval Firm, LLC<br>3575 Piedmont Rd NE<br>15 Piedmont Center Suite 120<br>Atlanta, GA 30305<br>Steve@KovalFirm.com<br><br>*Counsel for Plaintiff and the proposed class* |