UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| ETHAN RADVANSKY,<br>　　　　　Plaintiff,<br><br>vs.<br><br>KENDO HOLDINGS, INC.,<br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 3:23-cv-00214-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the Motion for Judgment on the Pleadings, and having granted said motion, it is

**Ordered and adjudged** that the action be **DISMISSED**.

Dated at Newnan, Georgia, this 13th day of February, 2026.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　s/J. Brown
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 13, 2026
Kevin P. Weimer
Clerk of Court

By:　s/J. Brown
　　　Deputy Clerk