# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Ethan Radvansky, *on behalf of himself and others similarly situated*, | ) Case No.: 3:23-cv-00214-TCB ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| Kendo Holdings, Inc., d/b/a Fenty Beauty, | ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S NOTICE OF APPEAL

Ethan Radvansky gives notice that he appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's February 12, 2026 order granting Kendo Holdings, Inc., d/b/a Fenty Beauty's motion for judgment on the pleadings, *see* ECF No. 57, and this Court's related February 13, 2026 judgment dismissing this matter. *See* ECF No. 58.

1

Date: March 11, 2026
/s/ *Aaron D. Radbil*
Aaron D. Radbil (*pro hac vice*)
James L. Davidson (*pro hac vice*)
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
(561) 826-5477
aradbil@gdrlawfirm.com
jdavidson@gdrlawfirm.com

Anthony I. Paronich (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

Steve Koval
The Koval Firm, LLC
3575 Piedmont Rd NE
15 Piedmont Center Suite 120
Atlanta, GA 30305
Steve@KovalFirm.com

*Counsel for Plaintiff and the proposed class*