# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 02, 2026

Clerk - Northern District of Georgia
U.S. District Court
18 GREENVILLE ST
NEWNAN, GA 30263

Appeal Number:  26-10837-FF
Case Style:  Ethan Radvansky v. Kendo Holdings, Inc.
District Court Docket No:  3:23-cv-00214-LMM

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:        404-335-6122
Case Administration:   404-335-6135    Capital Cases:              404-335-6200
CM/ECF Help Desk:    404-335-6125    Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

———————

No. 26-10837-FF

———————

ETHAN RADVANSKY,
on behalf of himself and others similarly situated,

Plaintiff - Appellant,

versus

KENDO HOLDINGS, INC.,
d.b.a. Fenty Beauty,

Defendant - Appellee.

———————————————————————

Appeal from the United States District Court
for the Northern District of Georgia

———————————————————————

ORDER: The parties have filed a Notice of Stipulation of Dismissal. Pursuant to 11th Cir. R.
42(a), this appeal is hereby DISMISSED.

Effective July 02, 2026.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION